

**SOUTHERN DISTRICT OF NEW YORK**

Case No.

Lucio Celli.

         **Plaintiffs,**

      v.

New York City (City Council, Boro Pres, etc), United Federation of Teachers, American Federation of Teachers, NYC Teacher's Retirement System, NYC Dep't of Education, Judge Frank and EEOC/Diamond.

**JURY TRIAL DEMANDED**

## I. NATURE OF THE CASE

1. Plaintiffs, Lucio Celli bring this action individually.

2.

3. This complaint seeks remedies for constitutional remedies and damages for being detained illegally without procedural safeguards due process (3020a & abuse of process), 1st Amendment retaliation, all the causes of actions that be will listed to below, Fifth Amendment protections against the government taking private property without paying for it, Equal Protection Clause, Full and Credit Clause, Spending Clause, Commerce Clause, Contract Clause and denied of substantive right of liberty with a denial of a fair trial under 42 USC § 1983 and 42 USC § 1985 with Federal Arbitration Act

4. This is a civil rights complaint for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII"),

5. This is a civil rights complaint for discrimination and retaliation pursuant to ADA and 504

6. This is a civil rights complaint for discrimination and retaliation pursuant to Title IX

7. This is a civil rights complaint for discrimination and retaliation pursuant to Title VI

8. This is a civil rights complaint for pursuant to a Title VI

9. This is Administrative Procedure Act for EEOC/Diamond because he adjusted his position that I did not state a claim, once I wrote the facts and referenced EEOC guidelines, like EEOC does deal with state law claims or the fact that Diamond did not process the UFT and the City denying me HIV meds from my medicial plan

10. Judge Franks with NYC Law Dept committed "fraud upon the court" because Judge Engelmayer blocked me from defending myself and he stated that he has to allow me to defend myself with the fact judge ignored the required of Full and Fair Credit Clause of Judge Engelmayer's order which I placed a motion pursuant to NYS' CLPR

## II. JURISDICTION and PARTIES

11. This Court has jurisdiction of Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

12. Venue is proper under 28 U.S.C. § 1391 because all of the conduct complained of occurred within this District.

13. Defendants New York City (City Council, Boro Pres, etc), United Federation of Teachers, American Federation of Teachers, NYC Teacher's Retirement System, NYC Dep't of Education, I bring this action under 42 U.S.C. § 1983 with the above-referenced civil rights statute, you may sue state or local officials for the

"deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws].

14. Defendant Judge Franks of NYS, I bright this action under Fraud of Upon the Court because certain issues, like there is no way that he could HONETLY believe that I started my petition on 11/21/23 and Judge Donnelly (EDNY)is my witnesses because she was a former state judge.

15. Defendants EEOC and Diamond because Diamond did not do his job and he corrected his position that I did not state a claim because the EEOC does deal with state law claims and termination, and Diamond is refusing to process my denial of HIV meds by the union—the EEOC has to say that it is part of the original charge, or it is a new charge. **MOSTLY IMPORTANT**, he omitted that I needed to make the charge official and NYC's EEOC office has engaged in mail fraud.

## III. FACTUAL ALLEGATIONS

1. I incorporate all emails sent to the judges here

2. I incorporate 24-cv-07442 because the conduct of Engelmayer, Bensing, and Santana with probation blocking me from protecting me at my 3020a and depriving me of procedural due process—I request that they merely fix what is wrong

3. I incorporate the petition with motions filed before Judge Franks

4. The NYC DOE discounted my health benefits 5 days BEFORE the US Marshalls obtained an arrested warrant and gave the arrest as the reason, so DOE ended my health benefits 6 days before I was arrested—Nov 9, 2018

5. I incorporate the following with their motions and attachments

a) 0:2024mc01490

b) 0:2017cv002340. 20

c) 18cv03230

d) 0:2021cr01760

e) 0:2022mc00222

f) 0:2022mc03138

g) 1:2021cv03359

h) 5:2022cv00220

i) 1:2019cr00127

j) 1:2015cv03679

k) 1:2017cv02239

l) 1:2022cv05385

m) 1:2017cv02239

n) 1:2022cv04646

o) 1:2021cv10455

p) 7:2022cv02353

q) 7:2022cv02354

r) 1:2022cv06535

s) 1:2022cv06542

t) 1:2024cv07442

6. Turning first to the Corporation Counsel, the City Charter charges the office with broad powers and responsibilities.[22] The Charter provides that "the [c]orporation [c]ounsel shall be attorney and counsel for the City and every agency thereof and shall have charge and conduct of all the law business of the City."

7. The Charter also states that:

The Corporation Counsel shall have the right to institute actions in law or equity and any proceedings provided by law in any court, local, state or national, to maintain, defend and establish the rights, interests, revenues, property, privileges, franchises or demands of the city or of any part or portion thereof, or of the people thereof, or to collect any money, debts, fines or penalties or to enforce the laws.

8. City Council and Boro Pres knew about penis picture, UFT stealing wages because of

penis picture, charter of NYC requires them to intervene in CBA and discrimination,

they were all cc'ed on email for misconduct of DOE and Art Taylor for the 3020a, and all other claims

    a. I would not be HIV drug resistant if they did their job

    b. The same applies to DOI of NYC and conflict of interest for NYC

9. City Council, by acting or inaction in their obligation to CBA as stated in the Charter of NYC, impaired my rights to under the Contract Clause of the US Cont

10. Judge Franks could not believe that my petition started on Nov. 21, 2023 because the record is clear the petition started on !0/27/23 and this is a fact

11. Judge Donnelly of EDNY is a witness and she was a former NYS Judge

12. Judge Franks committed fraud upon the court

13. Randi bribed Judge Franks, like she did Judge Marrero and Clerk Wolve via Schumer

14. Judge Franks could not believe that there was no due process violation because Judge Engelmayer NEVER allowed me to defend myself and I provided and highlighted that Judge Engelmayer said that he had to allow me to defend myself—fraud upon the court

15. Judge Franks ignored my motion to enforce Judge Engelmayer's order and requirement to address prior to any other motion under NYS' CLPR and the constitution, Full and Fair Credit

16. 1:2024cv07442 is allow about how Judge Engelmayer, Santana, Mysliwiec, AUSA Bensing, AUSA Peace's, US Probation collusion with Judge Cogan and Randi Weingarten to take my employment without due process because they wanted to protect the criminal of Randi Weingarten and Judge for criminal interferinin my criminal case

    a. Randi with the UFT wanted to get away with stealing 200k in wages from em

b. Judge Cogan was a former lawyer for the UFT and he was told about ALJ Blassman order the DOE and the UFT to settle with me because they were affecting my wages by not honoring arbitration decision

c. The audio of Blassman was created by me and the transcript created by Betsy Combier and placed on the docket before Judge Brodie

d. No AUSA could have believe that Judge didn't commit or misuse his office for his former clients

17. Judge Engelmayer ordered me not to contact the DOE and Art Taylor

18. Santana did not inform Judge Engelmayer of the UFT's answer and told him to post it on the docket

19. Santana refused to send my audios and brief to Art Taylor with audios sent to judges

20. Mysliwiec impeded me from enforcing Judge Engelmayer's (Shcumer judge) order with audios sent to the judges

21. Santana affected my wages from Oct of 23 through June of 2024 and pension credit and income

22. Kellman affected my wages from Sept of 2022 through Nov. of 2022 with pension credit and income

23. AUSA Bensing lied to Judge Engelmayer about not being allowed to contact the DOE, as it was on the previous transcript with AUSA Peace being a Schumer person with the AUSAs of EDNY helping cover up the criminal conduct of Judge Cogan and Randi Weingarten with the UFT for stealing 200k over a penis picture and to teach me a lesson

24. AUSA of EDNY, NYC Law Dept, NYC DOE and the information was emailed to the federal judges , Judge Engelmayer and City Council with Boro Pres. that these people all have the audio where Silverman admitted to conspiring with Randi Weingarten and Judge Cogan and they are hiding it from the public record and intentionally helping them cover up their crimes

25. City Council and federal judges were told about what the aide for Howard Friedman said to me, that the UFT and Randi wanted to teach me a lesson for complaining about the Vinny sending me his penis picture

26. City Council and federal judges were told that Betsy Combier posted my HIV status on her blog for Randi because she wanted me to leave my position as a teacher, which the AUSAs, DOE, and Art Taylor helped to cover up

27. Judge Engelmayer's order denied me procedural due process as required under Roth

28. City Council and Boro Pres were made aware of DOE legal and Law Dept helping Betsy with her tax evasion because it is part of NYC's charter

29. City Council had the obligation to intervene and protect me against the UFT and Randi, as they are still employees of the City still

30. I am HIV drug resistance because of their inaction and aide to Randi and the UFT

31. City Council was told that the UFT wanted to avoid labiality for denial of HIV

32. Policies(federal/State/local) and NYC Charter—CBA, Arbitration, discrimination,  health benefits, labor, etc

I. **Here down illegal detention, DOE"s prior knowledge, Randi's and Cogan interference in legal representation with the issues of discovery requirement of in the 3020a**

33. Judge Engelamyer order AUSA Karamigios to write a report of my illegal detention and how the DOE had prior knowledge

34. I emailed the UFT with over 200 federal judges with my file number that they had the same access to DOE system where I was told that DOE had prior knowledge

35. The US Marshalls obtained on November 13, 2018

36. I was arrested on November 14, 2018

37. Brown, lawyer fot the UFT at PERB, stated that the policy is what is found in the CBA, so NYC Admin Law applies because it was never negotiated by the UFT

38. This is the same information provided by Strook and NYC" CBA office

39. I am entitled to my retro money, like Price

40. Bonnie of the UFT told me the same information that 6 DOE HR personnel told me

41. The UFT and DOE, at first said, that I can have my retro money if I prove I was illegal detained

42. Then, the UFT moved to showing me the CBA of 2023 but the retro is from 2014, which the DOE did not handover the information during the 3020a

43. Shakria Price was held in jail, like me

44. Price received her retro payment

45. Price and I had the same supervisor

46. HR told me to inform my supervisor, but he lied to me when I confronted him about Price

47. I saw Price's paychecks with retro money included

## II.  NYSED

**48.** Com. Rosa with her general council were cc'ed each time DOE, UFT, and Art Taylor violated the 3020a statute that included CBA changes

**49.** Due to Rosa's inaction, I am HIV resistance because she had the obligation to intervene and protect me from the UFT

**50.** Com. Rosa was made aware of what Friedman's aide said

**51.** Com. Rosa has the statutory duties to enforce and investigate violations with the obligation to require the parties to redo the hearing if procedures were not done

**52.** Com. Rosa knows that I only received notice and nothing more which is a violation of Roth

**53.** Com. Rosa knew about DOE (lawyer Yu) committed perjury by lying about DOE's prior knowledge or Betsy's tax evasion

**54.** Com. Rosa knew about Judge Engelmayer's order and how Art committed perjury because he wrote that I emailed him

### IV. NYC TRS

**55.** The UFT is on the board of TRS

**56.** TRS would not process my accidental disability claim because the UFT AND the DOE would not process my reports for Vinny's penis picture, the principal who nearly slapped me and lied, and how I was denied a bathroom

**57.** Betsy and the DOE admitted that the UFT and Randi Weingarten were hell bent on harming economically

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**58.** The UFT and DOE have processed my reports for knew injury and leave of absent, therefore, they intentionally are depriving me of 66%--Atiskson of the UFT and Vazquez of the DOE

**59.** I was approved for regular disability pension which is 33%

**60.** the illegal detentions all affects my retirement income, which the DOE, UFT and Randi via Schumer with his people (judges and AUSA) had hand in affecting

**61.** Missing wages are affecting my retirement income

**62.** This was told to Judge Engelmayer in motion that he ignored

**63.** <u>EEOC and Diamond</u>

**64.** Diamond wrote to me that I did not state a claim under EEOC because of state law cliam.

**65.** I have emails and audios of me informing Mr. Diamond that state law claims are part of the EEOC guideline that he is supposed to follow under APA

**66.** When I emailed him with fact---like what Friedman's aide said to me, Betsy said, and facts of Price—he wrote an email that changed his tune but he did not make an official correction

**67.** Diamond omitted how to address the UFT denying me HIV meds

**68.** Diamond and other others at the EEDC of NYC committed mail fraud by receiving my certified return receipt and then sending back to me

**69.** EEOC was given the transcript where DOE and Taylor lied about me presenting evidence of UFT's and Randi's discrimination because of Vinny's penis picture

**70.** Schumer intervene on the UFT's and Randi's behalf

**71.** There is a possibility that Randi bribed Diamond, like Judge Marrero and Clerk Wolfe

**72.** All of my lawyers said that Vinny's penis picture has nothing to do with

**73.** I emailed EEOC and federal judges the official complaint on the EEOC

**74.** Diamond was informed about the same treatment of Jewish, Black, old or young—the UFT helping the DOE avoid liability under 1983 or Title VII with name, which relates to the Black teachers called monkey—actionable under RICO or Title VII or 1983

**75.** I will amend this petition when the court orders the EEOC to issue a decision on denial of health benefits by the UFT, as it was planned by Schumer and Randi Weingarten

    **a.** The UFT only administers the drugs, etc part of my health benefits via the NYC

    **b.** The UFT lied me to me and told me that drugs program is paid via due

    **c.** I told the UFT about MCL and the policy of NYC

**76.** I was at home but the DOE gave me mental exam which the statute requires to get a teacher out of the building---I told this to the doctor because she stated what statute said and I told her that I was not in a building

**77.** This was done to deny me of money

**78.** I incorporate all emails sent to AUSAs and federal judges because I might have forgot facts

**79.** In addition to teaching me a lesson for the penis picture, Friedman's aide stated that the DOE knows, begs me to stop because how this was affecting me emotionally, and that UFT and Randi tried to recreate situations that would cause me to remember what NYPD did to me, which was fully described for Judge Swain-Taylor and EEOC

**80.** I have included NYS's petition to Judge Franks

**81. CAUSES OF ACTION**

## FIRST CAUSE OF ACTION

### a) <u>ABUSE OF PROCESS</u>

**b)** Liability based on policy statement, ordinance, regulations or decisions formally adopted and promulgated by government rulemaker

**c)** Liability based on custom or usage

**d)** Liability based on a policy or custom of inadequate training

**e)** Liability based on conduct of policy making official attributed to government entity

**f)** Failure to protect

**g)** State-created danger

**h)** 1st Amendment retaliation

**i)** 14th Amendment: Equal Protection

**j)** Invasion of privacy

**k)** 14th Amendment: Selective Enforcement (vindictive, corruption, and personal malice

**l)** 14th Amendment: procedural due process

**m)** Title VII

**n)** Title VI

**o)** ADA/504

**p)** Title IX

**q)** Contract Clause

**r)** Commerce Clause

**s)** Full and Fair Clause

**t)** Rico

**u)** Fraud upon the court

**v)** I will add additional clauses once I amend the petition

82. The above paragraphs are here incorporated by reference.

83.  Defendants' intentional tortious acts were undertaken within the scope of their employment

84. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SECOND CAUSE OF ACTION

### Emotional Distress

85. The above paragraphs are here incorporated by reference.

86.  Defendants' intentional tortious acts were undertaken within the scope of their employment

87. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRD CAUSE OF ACTION

### Denial of procedural due process rights to protect my substantive right of liberty under the

### 5th  and 14th Amendments (Substantive Due Process Violation)

88. The above paragraphs are here incorporated by reference.

89.  Defendants' intentional tortious acts were undertaken within the scope of their employment

90. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTH CAUSE OF ACTION

### Equal Protection of the laws

91. The above paragraphs are here incorporated by reference.

92.  Defendants' intentional tortious acts were undertaken within the scope of their employment

93. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTH CAUSE OF ACTION

### Conspiracy and Fraud to deny constitutional rights  under 42 USC § 1983.

94. The above paragraphs are here incorporated by reference.

95.  Defendants' intentional tortious acts were undertaken within the scope of their employment

96. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SIXTH  CAUSE  OF  ACTION

### Negligence

97. The above paragraphs are here incorporated by reference.

98.  Defendants' intentional tortious acts were undertaken within the scope of their employment

99. Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## SEVENTH CAUSE OF ACTION

### 4th Amendment Violation (Unreasonable search and seizure-detention and arrest)

100.       The above paragraphs are here incorporated by reference.

101.       Defendants' intentional tortious acts were undertaken within the scope of their employment

102.       Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EIGHTH CAUSE Of ACTION

### Fraud

103.       The above paragraphs are here incorporated by reference.

104.        Defendants' intentional tortious acts were undertaken within the scope of their employment

105.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## NINTH CAUSE OF ACTION

### Breach of Fiduciary Duty

106.    The above paragraphs are here incorporated by reference.

107.    Defendants' intentional tortious acts were undertaken within the scope of their employment

108.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TENTH CAUSE OF ACTON

### Denial of a fair trial

109.    The above paragraphs are here incorporated by reference.

110.    Defendants' intentional tortious acts were undertaken within the scope of their employment

111.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## EVELETH CAUSE OF ACTON

### Unlawful Detention

112.    The above paragraphs are here incorporated by reference.

113.    Defendants' intentional tortious acts were undertaken within the scope of their employment

114.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## TWELFTH CAUSE OF ACTION

### False arrest and imprisonment

115.    The above paragraphs are here incorporated by reference.

116.    Defendants' intentional tortious acts were undertaken within the scope of their employment

117.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## THIRTEEN CAUSE OF ACTION

### First Amendment Retaliation under 42 USC 1983

118.    The above paragraphs are here incorporated by reference.

119.    Defendants' intentional tortious acts were undertaken within the scope of their employment

120.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FOURTEEN CAUSE OF ACTION

121.    The above paragraphs are here incorporated by reference.

122.    Defendants' intentional tortious acts were undertaken within the scope of their employment

123.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

### Retaliation under 42 USC 1983

124.    The above paragraphs are here incorporated by reference.

125.    Defendants' intentional tortious acts were undertaken within the scope of their employment

126.    Defendants' intentional tortious acts were undertaken within their association with Sen. Schumer with his sister-like, Rhonda Weingarten

## FIFTEENTH CAUSE OF ACTION

1

### Due Process under USC under 42 USC 1983

2

127.     The above paragraphs are here incorporated by reference.

3

128.      Defendants' intentional tortious acts were undertaken within the scope of their

4

employment

5

129.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

6

7

8

### SIXTEEN CAUSE OF ACTION

9

### Sixth Amendment violation of a conflict free lawyers.

10

### EIGHTEENTH CAUSE OF ACTION

11

12

130.     The above paragraphs are here incorporated by reference.

13

131.      Defendants' intentional tortious acts were undertaken within the scope of their
employment

14

132.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

15

16

17

### Conspiracy to deny constitutional rights under 42 USC 1985

18

133.     The above paragraphs are here incorporated by reference.

19

134.      Defendants' intentional tortious acts were undertaken within the scope of their
employment

20

21

135.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

22

23

### NINETEENTH CAUSE OF ACTION

24

### Denial of Access to the Courts

25

26

136.     The above paragraphs are here incorporated by reference.

27

137.      Defendants' intentional tortious acts were undertaken within the scope of their
employment

28

1    138.    Defendants' intentional tortious acts were undertaken within their association with

2    Sen. Schumer with his sister-like, Rhonda Weingarten

3

4    ## TWENTIETH CAUSE OF ACTION

5    ### Failure to intervene

6    139.    The above paragraphs are here incorporated by reference.

7    140.    Defendants' intentional tortious acts were undertaken within the scope of their

8    employment

9    141.    Defendants' intentional tortious acts were undertaken within their association with

10    Sen. Schumer with his sister-like, Rhonda Weingarten

11

12    # ****State Claims***

13

14    ## TWENTIETH-FIRST CAUSE OF ACTION

15    ### Legal Malpractice: negligence

16    142.    The above paragraphs are here incorporated by reference.

17    143.    Defendants' intentional tortious acts were undertaken within the scope of their

18    employment

19    144.    Defendants' intentional tortious acts were undertaken within their association with

20    Sen. Schumer with his sister-like, Rhonda Weingarten

21    ## TWENTIETH-SECOND CAUSE OF ACTION

22    ### Breach of Fiduciary duty

23

24    145.    The above paragraphs are here incorporated by reference.

25    146.    Defendants' intentional tortious acts were undertaken within the scope of their

26    employment

27    147.    Defendants' intentional tortious acts were undertaken within their association with

28    Sen. Schumer with his sister-like, Rhonda Weingarten

1

## TWENTIETH-THIRD CAUSE OF ACTION

2

### Fraud

3

148.     The above paragraphs are here incorporated by reference.

4

5

149.     Defendants' intentional tortious acts were undertaken within the scope of their
employment

6

150.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

7

8

9

## TWENTIETH-FOURTH CAUSE OF ACTION

10

### Aiding and abetting

11

12

151.     The above paragraphs are here incorporated by reference.

13

152.     Defendants' intentional tortious acts were undertaken within the scope of their
employment

14

153.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

15

16

17

## TWENTIETH-FITHT CAUSE OF ACTION

18

### Conflict of Interest

19

20

154.     The above paragraphs are here incorporated by reference.

21

155.     Defendants' intentional tortious acts were undertaken within the scope of their
employment

22

156.     Defendants' intentional tortious acts were undertaken within their association with
Sen. Schumer with his sister-like, Rhonda Weingarten

23

24

## TWENTIETH-SIXTH CAUSE OF ACTION

25

### Failed to exercise the ordinary reasonable skill and knowledge commonly possessed

26

27

28

**Punitive Damages**

33. The conduct of Defendants described above is outrageous. Defendants' conduct demonstrates a reckless disregard for constitutional rights and a conscious disregard for public safety. The acts and omissions described above were willful and performed with actual or implied malice. Punitive and exemplary damages are therefore appropriate and should be imposed in this instance.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1.  Injunctive and equitable relief as the Court deems appropriate including: please see injunctions before judge Swain and Judge Cooper; and

2.  Compensatory damages to be paid by all Defendants, according to proof at trial;

3.  Punitive damages as the court deems appropriate;

4.  Costs and attorneys fees of this lawsuit, with interest;

5.  Any other relief as the court deems appropriate.

Dated: Dec 12, 2024

_____

Lucio Celli