AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __NYC, NYCDOE & NYCTRS__
was received by me on *(date)* __1/14/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __See above__ NYC Law Dept, who is
designated by law to accept service of process on behalf of *(name of organization)* __see above__
__Via certified mail__ on *(date)* __1/14/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __mailed to NYC law Dept.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/15/25__

Server's signature
__Fernanda Celli__
Printed name and title

__89 Widmer Road__
Server's address
__Wappingers Falls NY 12590__

Additional information regarding attempted service, etc:

S.D. OF N.Y.W.P.
2025 JAN 15 PM 2:16
U.S. DISTRICT COURT
FILED