AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UFT__

was received by me on *(date)* __1/14/25__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __1/25/25__

Server's signature

__Fernanda Celli__
Printed name and title

__69 Widmer Road__
__Wappingers Falls__
__NY 12590__
Server's address

Additional information regarding attempted service, etc:

S.D. OF N.Y. W.P.
2025 JAN 15 PM 2:16
FILED
U.S. DISTRICT COURT

[Print]  [Save As...]  [Reset]