AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

24cv9743

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AFT**
was received by me on *(date)* **1/14/25**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* **Certified Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **1/25/25**

Server's signature: **Fernanda Celli**
Printed name and title

Server's address: **89 Widmer Road, Wappingers Falls NY 12590**

Additional information regarding attempted service, etc:

[Filed stamp: 2025 JAN 15 PM 5:16 U.S. DISTRICT COURT S.D. OF N.Y. W.P.]

[Print]  [Save As...]  [Reset]