# UNITED STATES DISTRICT COURT
### for the

Lucio Celli

_Plaintiff(s)_

v.

UFT

_Defendant(s)_

Civil Action No.

24-CV-0974 UB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

82 Broadway
NY, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio Celli
89 Widmer Rd
Wappingers Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Tammi M. Hellwig                    CLERK OF COURT

Date: 1/10/25

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Lucio Celli
_____
Plaintiff(s)

v.

UFT
_____
Defendant(s)

Civil Action No.

24-CU-09743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

52 Broadway
N

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio Celli
89 Widmer Rd
Wappingers Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Tammi M. Hellwig     CLERK OF COURT

Date: 1/10/25     _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Lucocelli

*Plaintiff(s)*

v.

Judge Franks

*Defendant(s)*

Civil Action No.

24-cv-09743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

C.O foley sq
NY, NY 40007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio celli
89 widner Rd
Wappingers falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Tammi M. Hallung*

Date: 1/10/25

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

)
)
Lucio Celli )
_____ )
Plaintiff(s) )
v. )  Civil Action No.
)  24-cv-09743
AFT )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    AFt
555 New Jersey Ave
Washington, DC    NW
20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio Celli
89 Widmer Rd
Wappingers Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Tammi M. Hellburg

Date: 1/10/25  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Lucio celli

_____
Plaintiff(s)

v.

NYC TRS

_____
Defendant(s)

)
)
)
)
)
)
)

Civil Action No.

24-cv-09743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

55 waters st + Law Dept
NY, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio celli
89 widmer Rd
Wappinger Falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tammi M. Halleng

Date: 1/10/25    _____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Dr: Lucio Celli
_____
Plaintiff(s)

v.

Civil Action No. 24-CV-0974?

N Y C
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nyc/DOE C/o Law Dept
100 church st
100 church st
NYNY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio celli
89 widmer Rd
wappingers falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tammi M. Hellwig

Date: 1/10/25

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Lucio ceili
_____
Plaintiff(s)

v.

NYC DOE
_____
Defendant(s)

Civil Action No.

24-CU-09743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

52 chamber Str 7 Law Dept
NY, NY
100 churchSt
NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucio ceili
89 widmer Rd
Wappingers falls, NY 12590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Tammi M. Hallburg

Date: 1/10/25 _____

_____
Signature of Clerk or Deputy Clerk











## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

New

OFFICIAL USE

| Certified Mail Fee | $4.85 |
| --- | --- |
| $ | $4.10 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)       $ $0.00
- ☐ Return Receipt (electronic)     $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required        $ $0.00
- ☐ Adult Signature Restricted Delivery $

| Postage | $1.50 |
| --- | --- |

| Total Postage and Fees | |
| --- | --- |
| $ | $10.45 |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

JAN 14 2025
Postmark
Here

01/14/2025

U.S. DISTRICT COURT
FILED