UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__02/10/2025__
```

-------------------------------------------------------------X

LUCIO CELLI,                                          :
                                                      :        24-CV-9743 (JPC) (RWL)
                        Plaintiff,                    :
                                                      :
        - against -                                   :        **ORDER**
                                                      :
                                                      :
NEW YORK CITY, ET AL.,                                :
                                                      :
                        Defendants.                   :
                                                      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Over the last several days, starting on February 6, 2025, and continuing through at least February 9, 2025, Plaintiff has sent at least nine mass emails directly to several judges of this Court, including the Chief Judge, the Clerk of Court, and the Chief Judge of the Second Circuit Court of Appeals, among 40 or so total recipients. By Standing Order, a pro se party must mail (or hand deliver) all communications with the Court to the Pro Se Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. Accordingly, Plaintiff shall not send any further email or other non-authorized communications to judges or personnel of the Court, and shall instead direct all communications to the Pro Se Intake Unit. Failure to comply with this order may result in sanctions, including monetary sanctions, dismissal of Plaintiff's case, and/or any other appropriate sanction.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2025
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.