UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LUCIO CELLI,

                Plaintiff,

-against-                          **CERTIFICATE OF SERVICE**

NEW YORK CITY (City Council, Boro Pres, etc.);      Case No.: 1:24-CV-09743-JPC-RWL
UNITED FEDERATION OF TEACHERS; AMERICAN
FEDERATION OF TEACHERS; NYC TEACHER'S
RETIREMENT SYSTEM; NYC DEP'T OF EDUCATION;
JUDGE FRANK; and EEOC/DIAMOND,

                Defendants.
-------------------------------------------------------------------------X

    I hereby certify that on February 14, 2025, I electronically filed the foregoing Corrected Pre-Motion Letter on behalf of the Defendant, United Federation of Teachers, using the CM/ECF system, which sent electronic notification of such filing to the Plaintiff, Lucio Celli, *Pro Se*, and all Counsel of Record; and further

    I hereby certify that on February 14, 2025, I served the foregoing Corrected Pre-Motion Letter on behalf of the Defendant, United Federation of Teachers, upon Plaintiff, Lucio Celli, *Pro Se*, by first-class mail at the address designated for that purpose by depositing a true copy of same in an official depository under the care and custody of the United States Postal Service to:

                Lucio Celli
                89 Widmer Road
                Wappingers Falls, New York 12590

Dated:  New York, New York
           February 14, 2025

                **BLITMAN & KING LLP**

                By: _____/s/ Paul Brown_____

                Paul K. Brown
                (Bar No.: PB5193)
                Attorneys for Defendants,
                    *United Federation of Teachers*
                1441 Broadway, Suite 3010
                New York, New York 10018
                T:  (212) 643-2672
                E:  pkbrown@bklawyers.com