```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUCIO CELLI,

                        Plaintiff,

      - against -

NEW YORK CITY, ET AL.,

                     Defendants.
-----------------------------------------------------------------X

24-CV-9743 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On February 10, 2024, this Court issued an order at Dkt. 23 directing Plaintiff not to send any further email or other non-authorized communications to judges or personnel of the Court, and instead direct all communications to the Pro Se Intake Unit. Plaintiff has failed to comply with that order. Since February 10, 2024, Plaintiff has sent additional numerous mass emails directly to judges and Court personnel, including judges and personnel who are not assigned to the instant case. Those emails consist of rants, vulgarities, incoherent statements, and other gratuitous content that is not a non-frivolous request for relief or response to a motion or Court request for a response from Plaintiff. Such conduct continues to be vexatious, disruptive, wasteful of judicial resources, and thereby prejudicial to other Court litigants.

    Accordingly, the Court again orders that Plaintiff shall not send any further email or other non-authorized communications to judges, their chambers, or personnel of the Court, and instead shall direct all communications to the Pro Se Intake Unit. Plaintiff shall also refrain from submitting and filing frivolous and vexatious material with the Court

1

(including the Pro Se Intake Unit) and shall not submit or file any material with the Court unless it is a non-frivolous request for relief or response to a motion or other Court request for a response from Plaintiff.

As previously warned, failure to comply with this order may result in sanctions, including monetary sanctions, dismissal of Plaintiff's case, and/or any other appropriate sanction.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2025
    New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.