**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**February 21, 2025**

**Hon. Robert Lehrburger**
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Judge Cogan stole from me due to the FACT the UFT was former, YOU need ASHAMED yourself of bribed as over 80 AUSAS who said he committed crime-for distorting the facts, which what Randi Weingarten  bribe Judge Marrero to do …ashamed on you for taking and taking stealing me**

*Case Title: Lucio Celli v. New York City et al.*
*Case No.: 2024-cv-09743*

---

**Dear Magistrate Judge Lehrburger,**

.You need to be ashamed of yourself distorting the facts ..shame on you, shame SHAME ON YOU taking a bribe ,..shame .on you

1.

2.

3.

.

4.

5.

6.

7.

8.

.

9.

10.

11.

12.

## .13.  Guidance on How to Proceed

I respectfully request the Court's guidance on scheduling a timeframe for my motions,[1] which will include:

I look forward to the Court's response and stand ready to submit any additional materials or filings necessary to proceed. I have other claims that I would like to add

**Sincerely,**
Lucio Celli

---

[1] Or however Your Honor would like to proceed