**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**February 20, 2025**

**Hon. Robert Lehrburger**
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: These claims are THE FIRST time being presented, so WHAT ARE YOU READING, and my previous complaint had MERIT but Judge Cogan his former CLIENTS IUFT**

*Case Title: Lucio Celli v. New York City et al.*
*Case No.: 2024-cv-09743*

---

**Dear Magistrate Judge Lehrburger,**

.

Please explain what petition are you reading, please

Your Honor wrote, "same series of events" …what are you reading, as this FIRST TIME that these allegations appear

---

1.

---

2.

---

3.

.

4.

5.

6.

7.

8.

.

9.

10.

11.

12.

.13. Guidance on How to Proceed

I respectfully request the Court's guidance on scheduling a timeframe for my motions,[1] which will include:

I look forward to the Court's response and stand ready to submit any additional materials or filings necessary to proceed. I have other claims that I would like to add

**Sincerely,**
Lucio Celli

---

[1] Or however Your Honor would like to proceed