# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

2024-cv-09743

24-cv-7442

Lucio Celli,

Plaintiff,

v.

New York City et al, or Pres Trump

Defendants.

Denied as frivolous and vexatious.

SO ORDERED:

4/17/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

## MOTION TO COMPEL FINANCIAL DISCLOSURE AND REQUEST FORENSIC AUDIT BASED ON JUDICIAL MISCONDUCT AND POLITICAL INFLUENCE IN EMPLOYMENT MATTERS

COMES NOW Plaintiff, pro se, and respectfully moves this Court to:

1. Compel full **financial disclosure** from Judges **Engelmayer, Rearden, Wolfe, and Livingston**;
2. Appoint a **neutral forensic accountant** to conduct a financial and conflict-of-interest audit;
3. Investigate improper **political coordination between federal judges and U.S. Senators Chuck Schumer and Kirsten Gillibrand**;
4. Refer ethical and legal violations for review to the **Judicial Council, Department of Justice**, and **Congressional Ethics Committees**.

---

## I. Grounds for Relief – Political Influence and Judicial Misconduct

Plaintiff alleges the following:

1. **Randi Weingarten**, a powerful union official, received **judicially assisted employment decisions and legal protection** as a result of **undue influence** from Senators Schumer and Gillibrand;