```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUCIO CELLI,                                                :
                                                            :     24-CV-9743 (JPC) (RWL)
                          Plaintiff,                        :
                                                            :
        - against -                                         :     ORDER
                                                            :
                                                            :
NEW YORK CITY, ET AL.,                                      :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed Plaintiff's response to the Court's order to show cause. (See Dkt. 98.) The hearing scheduled for **May 13, 2025**, remains as scheduled and will be conducted at the courthouse, Courtroom 18D, 500 Pearl Street, New York, NY. (See Dkt. 87.)

Plaintiff also is reminded that, pursuant to the briefing schedule previously set by the Court (see Dkt. 49), any response to Defendant UFT's motion to dismiss filed at Dkt. 82 must be filed by **May 14, 2025**. There will be no extensions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.