Judge Lehruburger, I request Your Honor holdoff unti the mandamus is decided in 25-cv-2030, as it deals with your criminal mispresentations for Randi Weingarten and the UFT

Lucio Celli v Pres Trump,

# UNITED STATES District Court

## For the Southern District of New York

2025-cv-02031

24-cv-9743

I know you will Your Honor will because you were bribed to ensure Randi Weingarten and the UFT get away with crimes and prevent them from being terminated. Your order came out the same day the UFT was served in 25-cv-2030

### EMERGENCY MOTION FOR STAY OF PROCEEDINGS

**PRIOR TO ISSUANCE OF ANY ORDER IN CASE NO. 24-cv-97443**

Pursuant to **Federal Rule of Appellate Procedure 8(a)(2)** and the Court's **inherent authority**, Plaintiff-Appellant **Lucio Celli**, proceeding *pro se*, respectfully moves for an **immediate stay of proceedings** in this appeal and the underlying case before any further judicial order is issued. This motion is based on documented **judicial misconduct**, **evidence suppression**, **conflict of interest**, and **criminal manipulation of the appellate record** involving court personnel and politically connected third parties, specifically **Randi Weingarten** and **Clerk Wolfe**.

Please Take Notice, Wolfe and Livingston are at the center of depriving me of HIV meds for Schumer and Randi

### ADDITIONAL GROUNDS FOR STAY

*1. Misuse of Public Office and Political Retaliation* — Kelly v. United States

The Supreme Court in *Kelly v. United States*, 140 S. Ct. 1565 (2020), reaffirmed that it is unlawful for public officials to abuse government mechanisms for political retribution or personal advantage. Here, Appellant alleges that **Randi Weingarten**—a politically connected figure—leveraged her influence to orchestrate adverse rulings and suppress employment rights, health care access, and wages.

Denied as vexatious and frivolous. Case No. 25-CV-2030 is a product-liability case captioned Hoey v. The 3M Company and has no relation to the instant case.

SO ORDERED:

05/05/2025 [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE