Motion for decision on subpoenas, as I know it is the policy of the court not to have anything televised but it is up to the individual court—no problem here. I need the witnesses to prove Mr. Brown's, Randi's and UFT's criminal conduct and bad faith with the appearance of Your Honor's collusion or briberry — maybe

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

*2024-cv-09743*

Lucio Celli,

Plaintiff,

v.

New York City et al,

Defendants.

**Denied.**

SO ORDERED:

5/2/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Judge Cronan and Judge Lehrburger—

Motion to for a televised hearing w/ subpoena UFT leadership, Randi Weingarten, Judge Engelmayer, AUSA Karamigios, AUSA Bensing, AUSA Gold, the AUSA of July 20, 2021, Jamie Santana, Susan Kellman, Judge Chief Taylor-Swain, Judge Seibel, the entire DOI staff, Moode of NYC Corp Counsel, Laura Minicucci, Mr. Brown of the UFT, ALJ Blassman, ALJ Donnelly, Diamond of Diamond, Daniel Perez, Clerk Wolfe, Clerks of the 2d Cir, Clerks of SDNY Pro Se intake, Clerks of EDNY, Clerk for Judge Karom (she didn't give her name—have the audio), DOI (Strauber, fat fuck, Peterson)

--

Judge Lehrburger started with frivolous and vexatious---as this is what Diamond said after a few emails and calls ...it was miracle he changed his mind

Randi does not want the truth to come out

Reason to why I didn't follow orders....Judge Lehrburger was committing a crime for Randi Weingarten and the UFT under 18 USC § 371

Please tell me, the timeframe that I have and what the way to obtain documents that AUSA Karamigios and Ms. Strauber as know that she owed me without Judge Engelmayer's order and it is a crime under 18 USC § 641