**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**May 5, 2025**

**Hon. Robert Lehrburger**
Southern District of New York
500 Pearl Street
New York, NY 10007

Denied. Plaintiff has filed a fulsome 34-page brief.

SO ORDERED:
05/07/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Re: Inform the Court that I am not finished with my opposition documents, as I need to create one for each cause of action and explain why my claims (especially due process based on Engemayer's orders) are not frivolous or vexatious and a proposed brief**

*Case Title: Lucio Celli v. New York City et al.*
*Case No.: 2024-cv-09743*

---

**Dear Magistrate Judge Lehrburger,**

I am not asking for an extension of time, but this is to inform the Court that further documents to explain or to show where the Court has evidence of why Mr. Brown and Law Dept need to be disbarred or at least sanctioned under FRCP 11 for bad faith and knowledge that contradicts public knowledge.

I know Your Honor wants a smaller brief, so I am requesting to allow me to surpass the limit, or I will create a brief for each action, which I believe is a better choice because I do not know how to best organize this to make clear that my requests are not frivolous or vexatious

If no answer, I will proceed with option no. 2.

**Sincerely,**
Lucio Celli