```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUCIO CELLI,                                                           :
                                                                       :
                                Plaintiff,                             :
                                                                       :
                -v-                                                    :   24 Civ. 9743 (JPC) (RWL)
                                                                       :
NEW YORK CITY, et al.,                                                 :   ORDER TO SHOW CAUSE
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 27, 2025, Judge Lehrburger issued a Report and Recommendation in this matter. Dkt. 157. The Report and Recommendation, citing both Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), advised the parties that they have fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *Id.* at 39; *see also* Fed. R. Civ. P. 6(d).

The parties may file one document each containing any objections to Judge Lehrburger's Report and Recommendation. Any document objecting to the Report and Recommendation must be clearly titled "Objections to Report and Recommendation." Such document must comply with the formatting and page limitations set forth in Local Civil Rule 7.1. Plaintiff must submit any objections through the Court's *Pro Se* Intake Unit, as outlined at https://www.nysd.uscourts.gov/prose; objections filed through any other method will not be considered. Should either party submit more than one document objecting to the Report and Recommendation, the Court will consider only the first document filed.

Additionally, Judge Lehrburger's Report and Recommendation recommends that the Court

should issue an order to show cause why a limited filing injunction should not be entered against Plaintiff.  Dkt. 157 at 34-38.  The Court has reviewed Judge Lehrburger's Report and Recommendation as well as Plaintiff's litigation history and agrees that a limited filing injunction may be warranted for the reasons expressed in the Report and Recommendation.

Plaintiff is therefore ordered to show cause why this Court should not issue a filing injunction barring Plaintiff from filing, in either this District or the Eastern District of New York, any action against the United Federation of Teachers or others concerning, at the least, the termination, or consequences of termination, of his employment with the New York City Department of Education, without first requesting and obtaining leave of court to do so.  Plaintiff's response to this Order to Show Cause is due by June 10, 2025, must be clearly entitled "Response to Order to Show Cause," and may not exceed fifteen pages in length.  Plaintiff must submit any response through the Court's *Pro Se* Intake Unit, as outlined at https://www.nysd.uscourts.gov/prose; a response filed through any other method will not be considered.  Should Plaintiff submit more than one document in response to this Order to Show Cause, the Court will consider only the first document filed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

 _____
       JOHN P. CRONAN
       United States District Judge