**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**January 22, 2025**

**Hon McMahon and Clerk of SDNY**

Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Referral of the Hon. John P. Cronan – Judicial Misconduct under 28 U.S.C. § 351**
Request for Nationwide Distribution and Written Receipt of Action Taken

Dear Judge McMahon & Clerk of Court:

I write to formally request and demand that the **referral of the Hon. Judge John P. Cronan** for judicial misconduct under the **Judicial Act of 1980 for** attempt to help Chief Judge Livingston avoid impeachment and to lie about the facts—as Cudina admitted to being forced to lie because they do not want me to enforce Engelmayer's orders and Gleason has the transcript

Please inform each judge that I can PROVE Cronan lied with judge Cudina and the transcript sent to Gleason –but there is SO MUCH to this—I say 300 hundred crimes, but it could be 100— I do not how things are done nor do I truly

I believe that issue is—no judicial can ignore crimes and this is the reason that I want every judge in our country to invite into their courtroom and allow to call the AUSAs, DAs, NYC employees, my former lawyers, etc to show exactly what Livingston allowed and knew what Randi and Engelmayer were doing to me|--as a criminal specialist, she knew exactly what she did to me and why she wants to conceal the preplanning of depriving of HIV meds

I have more loose requesting to appear in each judge's courtroom, in our country, than anyone else—But I stand the GOOD AUSAs who could not believe what was being ignored and it is pure misconduct under Judicial Act of 1980

DATED: [Date]
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
929-429-0155
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on [Date], a copy of the foregoing Motion to [Specify Relief Sought] was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

[Attorney's Name]