# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

### *2024-cv-09743*

Lucio Celli,

Plaintiff,

v.

New York City et al,

Defendants.

Application granted.  Plaintiff has consented to receipt of filings by email.

SO ORDERED:

6/18/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**MOTION TO RECEIVE COURT FILINGS BY EMAIL with I understand and appreciate a quick response to my oversized OSC, as the more common experience of my requests be totally ignored**

Plaintiff respectfully moves this Court for an order permitting all court filings, orders, and notices to be served upon Plaintiff by **email** rather than by regular U.S. mail, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and this District's ECF procedures.

**In support of this motion, Plaintiff states:**

1. Plaintiff is able and willing to receive filings, notices, and orders via **email** at the following address:
   Lucio.celli.12@gmail.com

2. Plaintiff agrees that this email address will serve as the designated point of contact for all service by the Court and parties and waives service by regular mail for purposes of efficiency and prompt access—it is just too much paper for me.

3. This request is made to promote judicial economy and reduce unnecessary delay or duplication in service.

WHEREFORE, Plaintiff respectfully requests that the Court issue an order permitting service of all court filings, orders, and notices via **email** in this case.

DATED: June 16, 2025
Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
917-275-3919
Lucio.Celli.12@gmail.com

I will try will to make do with 15 pages for OSC, as ordered on May 28, 2025  and 25 pages for  objections—per local rules. I will figure out something.

## Certificate of Service

I hereby certify that on June 16, 2025, a copy of the foregoing Motion to court filings by email  was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.