UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

LUCIO CELLI,                            :

                 Plaintiff,         :

                -v-               :       24 Civ. 9743 (JPC) (RWL)

NEW YORK CITY, *et al.*,         :          <u>ORDER</u>

              Defendants.      :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court's May 28, 2025 Order provided that any document a party filed objecting to Judge Lehrburger's May 27, 2025 Report and Recommendation "must comply with the formatting and page limitations set forth in Local Civil Rule 7.1." Dkt. 158. For *pro se* litigants, Local Civil Rule 7.1(c) provides that memoranda of law are subject to either (1) a 8,750 word limit if prepared on a computer, or (2) 25 pages if handwritten or prepared with a typewriter. *See* https://www.nysd.uscourts.gov/rules.

      On June 23, 2025, Plaintiff filed a 266-page submission objecting to Judge Lehrburger's Report and Recommendation. Dkt. 261. As Plaintiff is aware, the Court denied him leave to file an oversized objection, Dkt. 227, and this submission plainly does not comply with the page limitation set by the Court in its May 28, 2025 Order. Plaintiff shall re-file his objections to the Report and Recommendation by July 7, 2025 in a submission that complies with the limitations on length identified by the Court. Such a submission may not contain new material aside from what was provided in Plaintiff's June 23 submission. If Plaintiff does not re-file his objections to the Report and Recommendation by that date, the Court will consider only the first twenty-five pages of Plaintiff's June 23 submission in making its decision on whether to adopt Judge

Lehrburger's Report and Recommendation.

The Court also observes that Plaintiff has filed a number of frivolous submissions in recent weeks.  Such filings are an abuse of the Court's official processes.  Plaintiff is warned that continuing to make frivolous submissions while his objections to Judge Lehrburger's Report and Recommendation and response to the Court's May 28, 2025 Order to Show Cause are under consideration may result in sanctions, including striking Plaintiff's submissions and/or his objections and response to the Order to Show Cause.

SO ORDERED.

Dated: July 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge