**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

**July 10, 2025**

**Your Honors, Pres Trump, AG Bondi and congress .**

Docket 24-cv-9743/25-cv-2031

Re:  **Clarity retro and illegally detention**

Your Honors, Pres Trump, AG Bondi, Congress,  :

Even though the UFT and the DOE made retro and illegal detention as one issue, they are not.

Retro is
Sharika Prime received her retro money, and it was done per the CBA and NYC Admin Code, which I pleaded and then, I provide names and references to emails and audios that support my. claim of entitled to wage ALREADY earned—these claims with people's names, laws, emails and audios were all left out

Illegal detention is separate but closely related due to the fact that the UFT/DOE told me to prove that I was illegally detained which I attempted via my lawyers, Judge Donnelly and Judge Engelmayer

Evidence transcript, audios and Engelmayer's emails

As the DOE cannot claim that their knowledge came from a crystal ball , as the statute is clear that they are notified ONLY when a person is FINGER PRINTED

Respectfully,

---

**Sincerely,**
Lucio Celli