# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

*2024-cv-09743/25-cv-2031*

Lucio Celli,

Plaintiff,

v.

New York City et al,

Defendants.

RE: Letter to Pres Trump and AG Bondi, the judges in my recent cases have allowed the UFT and the DOE to submit false documents that contradicts Engelmayer's orders and events known to AUSA Karamigios, AUSA Bensing, Judge Engelmayer and Judge Livingston because the goal is to protect and aide Randi Weingarten in stealing from me and to conceal her criminal conduct—as there is evidence and Magistrate Lehrburger prevented these people from testifying

Dear Pres Trump, AG Bondi, Rep Green and House Jud. Com.

There is nothing that anyone could do with judges knowingly helping Randi Weingarten, the UFT and the DOE, but Pres Trump and AG Bondi could help by ordering the AUSAs to establish the truth by writing a report of DOE's prior knowledge and forcing them to correct the perjury used to illegally detain me and write that wages already earned are entitled to me. Now, I will never see wages owed to me or obtain money stolen by Randi and Engelmayer for my parents –but exposing her conduct with the truth helps

/s/ Lucio Celli

Respectfully submitted,
Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
929-429-0155
Lucio.Celli.12@gmail.com