**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUCIO CELLI,

                        Plaintiff,                          24 **CIVIL** 9743 (JPC)(RWL)

        -against-                                    **JUDGMENT**

NEW YORK CITY, et al.,
                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 29, 2025, the Court has adopted the Report and Recommendation to the extent it recommends dismissal with prejudice pursuant to Rule 41(b) on account of Celli's repeated failure to comply with court orders. Given that dispositive conclusion, the Court does not reach the other grounds for dismissal identified by Judge Lehrburger in his thorough and well-reasoned Report and Recommendation. In addition, given Judge Subramanian's issuance of the Bar Order, enjoining Celli from filing future civil actions concerning his termination from DOE without leave of Court, this Court has declined to impose a further filing injunction. UFT's motion to dismiss therefore is granted and Celli's claims against all Defendants in this case are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          December 30, 2025

                                        **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                  **BY:**             K. mango

                                        **Deputy Clerk**