

FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1   March 2023

# UNITED STATES

## DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 24-cv-9743

Case title being appealed: Celli   v. NYC et al

Date of final judgment or order being appealed: _____

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

```
Lucio Celli
Doc 281, 282    on Dec 29
                  &
                Dec 30
```

Date: ~~12/29/2025~~  
1/23/26

Signature: s/ Lucio Celli

Name: Lucio Celli

Address: 39 Aveonis, Fishkill NY 12524

Phone Number: 718-547-9675

Email Address: Lucio.celli.12@gmail.com

