

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 03 2026

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 3, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-1407

**Federal Circuit Short Caption:** Celli v. New York City

**Date of Docketing:** February 3, 2026

**Originating Tribunal:** United States District Court for the Southern District of New York

**Originating Case No.:** 1:24-cv-09743-JPC-RWL

**Appellant:** Lucio Celli

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)

- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed here.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**FEE PAYMENT:** Unless the filing fee was prepaid, fee payment must be submitted within fourteen days after this notice. Fed. Cir. R. 52(d). For outstanding docketing fees due to this court, electronic filers must pay the fee using the event Pay Docketing Fee through the court's electronic filing system. Fed. Cir. R. 52(e). Docketing fees due to other courts, such as U.S. District Courts, the U.S. Court of Appeals for Veterans Claims, and non-vaccine cases at the U.S. Court of Federal Claims, must be submitted to those courts in accordance with their procedures. A filer wishing to proceed without fee payment must submit a motion for leave to proceed in forma pauperis, or other fee waiver request, within fourteen days.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.



Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
  - [General Information and Overview of a Case in the Federal Circuit](#)
  - [Notice of Unrepresented Person Appearance](#)
  - [Informal Brief](#)
  - [Informal Reply Brief](#) (to be completed only after receiving the opposing party's response brief)
  - [Motion and Affidavit for Leave to Proceed in Forma Pauperis](#) (only to filers owing the docketing fee)
  - [Supplemental in Forma Pauperis Form for Prisoners](#) (only to filers in a correctional institution)
  - [Statement Concerning Discrimination](#) (only to petitioners in MSPB or arbitrator case)

**cc:** United States District Court for the Southern District of New York

**Official Caption**

**LUCIO CELLI,**
*Plaintiff-Appellant*

v.

**NEW YORK CITY, UNITED FEDERATION OF TEACHERS, NYC
TEACHER'S RETIREMENT SYSTEM, NYC DEPT. OF EDUCATION,
MULGREW, United Federation of Teachers, RANDI WEINGARTEN,
American Federal of Teachers, EEOC, ENGELMAYER, CLERK WOLFE,
CHIEF JUDGE LIVINGSTON, JUDGE COGAN, BEN SILVERMAN, SUSAN
KELLMAN, DONALD J. TRUMP, SANTANA, DEPARTMENT OF JUSTICE,
(BOP/US Marshals),**
*Defendants-Appellees*

**Short Caption**

Celli v. New York City



RECEIVED
SDNY DOCKET UNIT
2026 JAN 23 PM 12:19

FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for    Form 1
Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)    March 2023

## UNITED STATES

## DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:    24-cv-9743

Case title being appealed:    Celli    v.   NYC et al

Date of final judgment or order being appealed:    _____

**List all Appellants** (List each party filing this appeal.  Do not use "et al." or other abbreviations.  Attach continuation pages if necessary.)

Lucio celli
Doc 281, 282    on Dec 29
&
Dec 30

Date: ~~12/29/2025~~
1/23/26

                      fcu

Signature:  s/ Lucio Celli

Name:  Lucio Celli

Address:  39 Aveonis, Fishkill NY 12524

_____

_____

Phone Number:  718-547-9675

Email Address:  Lucio.celli.12@gmail.com



CLOSED,APPEAL,CASREF,ECF,PRO-SE

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24-cv-09743-JPC-RWL

Celli v. New York City et al            Date Filed: 12/18/2024
Assigned to: Judge John P. Cronan       Date Terminated: 12/30/2025
Referred to: Magistrate Judge Robert W. Lehrburger    Jury Demand: Plaintiff
Related Case: 1:25-cv-02031-JPC      Nature of Suit: 445 Civil Rights:
Cause: 42:12112 Americans with Disabilities Act - Employment   Americans with Disabilities - Employment
Discrimination                 Jurisdiction: Federal Question

**Plaintiff**

**Lucio Celli**           represented by    **Lucio Celli**
                                      89 Widmer Road
                                      Wappingers Road, NY 12590
                                      Email: Lucio.celli.12@gmail.com
                                      PRO SE

V.

**Defendant**

**New York City**
*(City Council, Boro Pres, etc)*

**Defendant**

**United Federation of Teachers**      represented by    **Paul K. Brown**
                                      Blitman & King LLP
                                      1441 Broadway
                                      Suite 3010
                                      New York, NY 10018
                                      212-643-2619
                                      Fax: 929-219-3707
                                      Email: pkbrown@bklawyers.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**America Federation of Teachers**
*TERMINATED: 03/17/2025*

**Defendant**

**NYC Teacher's Retirement System**

**Defendant**

**NYC Dept of Education**

**Defendant**

**Judge Frank**
*TERMINATED: 03/17/2025*

**Defendant**

**EEOC/Diamond**
*TERMINATED: 03/17/2025*

**Defendant**

**Mulgrew**
*United Federation of Teachers*

**Defendant**

**Randi Weingarten**
*American Federal of Teachers, EEOC*

**Defendant**

**Judge Engelmayer**

**Defendant**

**Clerk Wolfe**

**Defendant**

**Chief Judge Livingston**

**Defendant**

**Judge Cogan**

**Defendant**

**Ben Silverman**

**Defendant**

**Susan Kellman**

**Defendant**

**Pres. Trump**

**Defendant**

**Santana**

**Defendant**

**DOJ**
*(BOP/US Marshals)*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2024 | 1 | COMPLAINT against America Federation of Teachers, EEOC/Diamond, Judge Frank, NYC Dept of Education, NYC Teacher's Retirement System, New York |

| | | |
|---|---|---|
| | | City, United Federation of Teachers. Document filed by Lucio Celli.(jbo) (Entered: 12/26/2024) |
| 12/18/2024 | 2 | CIVIL COVER SHEET filed. (jbo) (Entered: 12/26/2024) |
| 12/18/2024 | | Filing fee: $405.00, receipt number 836 received. (jbo) (Entered: 12/26/2024) |
| 12/18/2024 | | Case Designated ECF. (jbo) (Entered: 12/26/2024) |
| 12/18/2024 | 4 | LETTER dated 12/18/24 re: Criminal conduct of Mr. Diamond and Ms. Burrows of the EEOC pursuant to 18 USC 208 with help of Clerk Wolfe. Document filed by Lucio Celli.(jbo) (Entered: 12/26/2024) |
| 12/26/2024 | 3 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Chief Judge Laura Taylor Swain on 3/18/24) (jbo) (Entered: 12/26/2024) |
| 12/26/2024 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party must serve the document on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (jbo) (Entered: 12/26/2024) |
| 12/27/2024 | | MAILING RECEIPT: Document No: 3. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (ak) (Entered: 12/27/2024) |
| 01/10/2025 | | NOTICE OF CASE REASSIGNMENT to Judge John P. Cronan. Judge Cathy Seibel is no longer assigned to the case..(tro) (Entered: 01/10/2025) |

| 01/10/2025 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Robert W. Lehrburger to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only..(tro) (Entered: 01/10/2025) |
| --- | --- | --- |
| 01/10/2025 | 6 | LETTER addressed to Judge Seibel and Judge Rearden from Lucio Celli dated 1/10/2025 re: I forgot to include knowledge from outside proceedings and Ohio v. Tumey for connections, like Sen. Schumer and Sen. Gilliband. I have saying pre-motion because no defendant has had an opportunity to oppose my motion. Your Honors, however, could decide sua sponte." COMES NOW, LUCIO CELLI, Plaintiff in the above-captioned matter and moves this Honorable Court for the recusal of Judges Paul A. Engelmayer, Cathy Seibel, and Jennifer Rearden pursuant to 28 U.S.C. § 455. Document filed by Lucio Celli.(km) (Entered: 01/14/2025) |
| 01/10/2025 | 7 | LETTER addressed to Judge Cathy Seibel from Lucio Celli dated 1/10/2025 re: I hope this letter finds you well. I am writing to bring to your attention an important matter concerning the Equal Employment Opportunity Commission's (EEOC) handling of my discriminatory claims against NYC DOE, NYSED, TRS, AFT and UFT. I will wait until my petition is served, but Your Honor could order the EEOC to conduct a proper infestation because Your Honor with the Supreme Court case. Document filed by Lucio Celli.(km) (Entered: 01/14/2025) |
| 01/10/2025 | 8 | SUMMONS ISSUED as to America Federation of Teachers, EEOC/Diamond, Judge Frank, NYC Dept of Education, NYC Teacher's Retirement System, New York City, United Federation of Teachers..(nb) (Entered: 01/14/2025) |
| 01/13/2025 | 5 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Robert W. Lehrburger. SO ORDERED. (Signed by Judge John P. Cronan on 01/13/2025) (ar) (Entered: 01/13/2025) |
| 01/13/2025 | | Mailed a copy of Notice of Assignment/Reassignment to Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590..(bc) (Entered: 01/13/2025) |
| 01/14/2025 | | MAILING RECEIPT: Document No: 5. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (ak) (Entered: 01/14/2025) |
| 01/15/2025 | 9 | CERTIFICATE OF SERVICE served on EEOC on 1/15/2025. Service was made by Mail...(kgo) (Entered: 01/17/2025) |
| 01/15/2025 | 10 | CERTIFICATE OF SERVICE served on NYC, NYCDOE, NYCTRS on 1/14/2025. Service was made by Mail..(kgo) (Entered: 01/17/2025) |
| 01/15/2025 | 11 | CERTIFICATE OF SERVICE served on Judge Franks on 1/14/2025. Service was made by Mail...(kgo) (Entered: 01/17/2025) |
| 01/15/2025 | 12 | CERTIFICATE OF SERVICE served on UFT on 1/14/2025. Service was made by Mail...(kgo) (Entered: 01/17/2025) |
| 01/15/2025 | 13 | CERTIFICATE OF SERVICE served on AFT on 1/25/2025. Service was made by Certified Mail. Document filed by Lucio Celli. (mml) (Entered: 01/30/2025) |

| 01/15/2025 | 21 | CERTIFICATES OF SERVICE. Document filed by Lucio Celli..(nb) (Entered: 02/04/2025) |
|---|---|---|
| 01/31/2025 | 14 | MOTION for Permission for Lucio Celli to participate in electronic case filing in this case. Document filed by Lucio Celli..(kgo) (Entered: 02/03/2025) |
| 01/31/2025 | 15 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Intent to file motions. Document filed by Lucio Celli..(kgo) (Entered: 02/03/2025) |
| 01/31/2025 | 16 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Preemption Doctrine. Document filed by Lucio Celli..(kgo) (Entered: 02/03/2025) |
| 01/31/2025 | 17 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/25/2025 re: I am writing to respectfully request the appointment of legal counsel to represent me in the above-referenced case, filed pursuant to Title VII of the Civil Rights Act of 1964. Under 42 U.S.C. § 2000e-5(f)(1), the court has discretion to appoint an attorney for a plaintiff in a Title VII claim, and I believe my circumstances merit such an appointment.. Document filed by Lucio Celli.. (nd) (Entered: 02/03/2025) |
| 01/31/2025 | 18 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/29/2025 re: Letter to the court with a Request for a Lawyer Pursuant to 42 U.S.C. 2000e-5(f)(1). Document filed by Lucio Celli..(nd) (Entered: 02/03/2025) |
| 01/31/2025 | 19 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/25/2025 re: Letter about Pleading fraud. Document filed by Lucio Celli.. (nd) (Entered: 02/03/2025) |
| 02/03/2025 | 20 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/29/2025 re: Letter to the court about Judicial Estoppel FRAP 9. Document filed by Lucio Celli..(nd) (Main Document 20 replaced on 2/4/2025) (kgo). (Entered: 02/03/2025) |
| 02/06/2025 | 22 | LETTER addressed to Tammi M. Hellwig from Lucio Celli dated 2/5/2025 re: Clerical Errors in Service Upon Defendants and I will inform the Magistrate Lehrburger that I would prefer to extend the deadline and not put in for default judgement, which courts provide even if I do not agree to extend time because courts prefer the resolutions based on the merits. Document filed by Lucio Celli. (jca) (Entered: 02/06/2025) |
| 02/08/2025 | 24 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/8/2025 re: I am writing to bring to the Courts attention the failure of certain non-federal Defendant(s) to file an answer or otherwise respond to my complaint in the above-referenced matter. The complaint was properly served on January 14, 2025, and under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, the Defendant(s) had 21 days to file an answer or otherwise respond. That deadline expired on February 4, 2025, and these Defendant(s) have failed to comply.. Document filed by Lucio Celli..(nd) (Entered: 02/10/2025) |
| 02/09/2025 | 25 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 2/9/2025 re: I respectfully submit this letter to (1) reaffirm my Application for Accidental Disability Retirement and (2) present evidence that I was denied due process in |

| | | |
|---|---|---|
| | | pursuit of my rightful benefits. Specifically, I was informed that I had to file an "accident report" as a prerequisite for my application-even though the governing statutes do not require such a filing-and I have been hindered at every turn by both my Union and my Employers refusal to submit the report on my behalf.. Document filed by Lucio Celli..(nd) (Entered: 02/10/2025) |
| 02/10/2025 | 23 | ORDER: Over the last several days, starting on February 6, 2025, and continuing through at least February 9, 2025, Plaintiff has sent at least nine mass emails directly to several judges of this Court, including the Chief Judge, the Clerk of Court, and the Chief Judge of the Second Circuit Court of Appeals, among 40 or so total recipients. By Standing Order, a pro se party must mail (or hand deliver) all communications with the Court to the Pro Se Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007. Accordingly, Plaintiff shall not send any further email or other non-authorized communications to judges or personnel of the Court, and shall instead direct all communications to the Pro Se Intake Unit. Failure to comply with this order may result in sanctions, including monetary sanctions, dismissal of Plaintiff's case, and/or any other appropriate sanction. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 2/10/2025) (mml) (Entered: 02/10/2025) |
| 02/11/2025 | | MAILING RECEIPT: Document No: 23. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (Entered: 02/11/2025) |
| 02/14/2025 | 26 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/13/2025 re: Your Honor appears to be biased in your order, as you did not address blatantly misconduct by the Intake Unit and I still do not have access to my prescription plan. Document filed by Lucio Celli.(tp) (Entered: 02/14/2025) |
| 02/14/2025 | 27 | NOTICE OF APPEARANCE by Paul K. Brown on behalf of United Federation of Teachers..(Brown, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | 28 | LETTER MOTION for Leave to File Motion to Dismiss Plaintiff's Complaint addressed to Judge John P. Cronan from Paul K. Brown dated February 14, 2025. Document filed by United Federation of Teachers..(Brown, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | 29 | CERTIFICATE OF SERVICE of UFT Notice of Appearance and Pre-Motion Letter served on Lucio Celli, Plaintiff Pro Se on February 14, 2025. Service was made by Mail. Document filed by United Federation of Teachers..(Brown, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | 30 | LETTER MOTION for Leave to File Motion to Dismiss Plaintiff's Complaint *(Corrected)* addressed to Magistrate Judge Robert W. Lehrburger from Paul K. Brown dated February 14, 2025. Document filed by United Federation of Teachers..(Brown, Paul) (Entered: 02/14/2025) |
| 02/14/2025 | 31 | CERTIFICATE OF SERVICE of UFT Corrected Pre-Motion Letter served on Lucio Celli, Plaintiff Pro Se on February 14, 2025. Service was made by Mail. Document filed by United Federation of Teachers..(Brown, Paul) (Entered: 02/14/2025) |

| 02/16/2025 | 34 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 2/22/2025 re: Response to UFTs assertion that the Court lack personal jurisdiction, but the 120 days is not over yet and sanctions would follow against Mr. Brown because what he presented to the PERB is what is the City told me and his client continues to engage in wage theft and he would be misrepresenting did not claim because I am entitled to those wages and his own filings would come to impeach his statement. Document filed by Lucio Celli..(nd) (Entered: 02/19/2025) |
|---|---|---|
| 02/17/2025 | 36 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: How DID RANDI BRIBED to help retaliate against by take HIV med against? You NEED TO BE (BLANK) OF YOURSEL. You are going to cause my immunity to more because you took bribe. Document filed by Lucio Celli. (tp) (Entered: 02/19/2025) |
| 02/17/2025 | 37 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Once a livestream hearing is held for the criminal conduct of the Pro Se Intake Unit for Engelmayer and to deprive me of HIV meds, then I would adhere--which I told Judge Wier about their crimes since 2022. You were bribed to withhold HIV meds again! Document filed by Lucio Celli. (tp) (Entered: 02/19/2025) |
| 02/17/2025 | 38 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Magistrate Lehrburgers clerk said they have NEVER received anything from Pro Se Intake Unit, but the intake unit said it gather all documents and send to the judgethe Pro Se intake HELP Engelmayer with covering up his 300 hundred crimes for Randi and Coganit is the same statement by EDNY Pro Se office and Judge Korans clerks for Scott v. Qauy. Document filed by Lucio Celli..(tp) (Entered: 02/19/2025) |
| 02/18/2025 | 32 | ORDER granting 30 Letter Motion for Leave to File Document. Defendant UFT's application at Dkt. 30 to file a motion to dismiss is granted and the briefing schedule is as follows. Accordingly, UFT's motion to dismiss shall be filed by March 21, 2025; Plaintiff's response shall be filed by April 21, 2025; and UFT's reply shall be filed by May 2, 2025. The parties shall adhere to this Court's limitation on the length of briefs. Additionally, it is apparent from the face of the complaint that Plaintiff has again defied previous judicial warnings about filing frivolous legal actions, including actions concerning the same series of events that have been the subject of previous actions, such as those identified in UFT's application to file its motion to dismiss. Accordingly, in addition to his brief responding to UFT's motion to dismiss due by April 21, 2025, Plaintiff shall show cause in writing by April 21, 2025, why his claims in this case should not be dismissed with prejudice as to all defendants due to Plaintiffs (1) violation of courts' previous orders in cases filed by Plaintiff that have directed Plaintiff not to file frivolous complaints; (2) violation of the courts' previous orders in cases filed by Plaintiff that have directed Plaintiff not to file civil complaints challenging his previous conviction; (3) violation of Federal Rule of Civil Procedure 8 requiring that a complaint be a short and plain statement of the claims being asserted; and (4) in light of numerous emails sent directly by Plaintiff to this Court's chambers and to other judges of this Court and the Second Circuit Court of Appeals, violation of this Courts orders directing that all communications from Plaintiff to the Court be submitted only through the Pro Se Office. Plaintiffs responding brief to the order to show cause shall not exceed 20 |

| | | |
|---|---|---|
| | | pages. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 2/18/2025) (ar) (Entered: 02/18/2025) |
| 02/18/2025 | | Set/Reset Deadlines: Motions due by 3/21/2025. Responses due by 4/21/2025 Replies due by 5/2/2025. (ar) (Entered: 02/18/2025) |
| 02/18/2025 | 33 | ORDER re: 23 Order. On February 10, 2024, this Court issued an order at Dkt. 23 directing Plaintiff not to send any further email or other non-authorized communications to judges or personnel of the Court, and instead direct all communications to the Pro Se Intake Unit. Plaintiff has failed to comply with that order. Since February 10, 2024, Plaintiff has sent additional numerous mass emails directly to judges and Court personnel, including judges and personnel who are not assigned to the instant case. Those emails consist of rants, vulgarities, incoherent statements, and other gratuitous content that is not a non-frivolous request for relief or response to a motion or Court request for a response from Plaintiff. Such conduct continues to be vexatious, disruptive, wasteful of judicial resources, and thereby prejudicial to other Court litigants. Accordingly, the Court again orders that Plaintiff shall not send any further email or other non-authorized communications to judges, their chambers, or personnel of the Court, and instead shall direct all communications to the Pro Se Intake Unit. Plaintiff shall also refrain from submitting and filing frivolous and vexatious material with the Court (including the Pro Se Intake Unit) and shall not submit or file any material with the Court unless it is a non-frivolous request for relief or response to a motion or other Court request for a response from Plaintiff. As previously warned, failure to comply with this order may result in sanctions, including monetary sanctions, dismissal of Plaintiff's case, and/or any other appropriate sanction. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 2/18/2025) (ar) (Entered: 02/18/2025) |
| 02/18/2025 | 39 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: I emailed every SDNY judges about the criminal conduct of SDNY judges and why you should be reappointed because you took bribe from Randi to deoprive of HIV again..you need to be ashamed of yourself. Document filed by Lucio Celli..(nd) (Entered: 02/20/2025) |
| 02/18/2025 | | Transmission to Office of the Clerk of Court. Transmitted re: 33 Order, to the Office of the Clerk of Court for processing. (ar) (Entered: 03/05/2025) |
| 02/19/2025 | | MAILING RECEIPT: Document No: 32. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (anc) (Entered: 02/19/2025) |
| 02/19/2025 | | MAILING RECEIPT: Document No: 33. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (anc) (Entered: 02/19/2025) |
| 02/20/2025 | 40 | PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT. Document filed by Lucio Celli. (jjc) (Entered: 02/21/2025) |
| 02/21/2025 | 41 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/20/2025 re: These claims are THE FIRST time being presented, so WHAT ARE YOU READING, and my previous complaint had MERIT but |

| 02/21/2025 | 42 | Judge Cogan his former CLIENTS IUFT. Document filed by Lucio Celli..(nd) (Entered: 02/24/2025) |
|---|---|---|
| 02/21/2025 | 42 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/21/2025 re: Judge Cogan stole from me due to the FACT the UFT was former, YOU need ASHAMED yourself of bribed as over 80 AUSAS who said he committed crime-for distorting the facts, which what Randi Weingarten bribe Judge Marrero to do ashamed on you for taking and taking stealing me. Document filed by Lucio Celli..(nd) (Entered: 02/24/2025) |
| 02/22/2025 | 45 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/21/2025 re: You need to be ashamed of yourself distorting the facts ..shame on you, shame SHAME ON YOU taking a bribe ,..shame .on you. Document filed by Lucio Celli. (tp) Modified on 2/25/2025 (tp). (Entered: 02/25/2025) |
| 02/22/2025 | 46 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/21/2025 re: Please explain what petition are you reading, please Your Honor wrote, "same series of events" what are you reading, as this FIRST TIME that these allegations appear. Document filed by Lucio Celli.(tp) Modified on 2/25/2025 (tp). (Entered: 02/25/2025) |
| 02/22/2025 | 47 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/20/2025 re: It appears that Your Honor was bribed to distort the facts, but I was denied due process at my 3020a hearing. I was only provided notice because Weingarten and Engelmayer did not want me to create a record of how they denied me all of my rights to a fair trial. I appreciate the fact that Your Honor is treating me like a FUCKING animal that is not entitled to any constitutional rights. Engelmayers order makes my complaint nonfrivolous and Your Honor is being bribed or (I hope) some clerk did this in your name or provided you with the wrong information. Document filed by Lucio Celli..(tp) (Entered: 02/25/2025) |
| 02/22/2025 | 48 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/20/2025 re: I plan on filing the following petition in the 2d Cir and I request that Your Honor does not make any ruling until the 2d. Cir. issues one. Obviously, Clerk Wolfe will commit another crime, but we have to pretend. I will also ask for your recusal under mandamus. Document filed by Lucio Celli. (tp) Modified on 2/25/2025 (tp). (Entered: 02/25/2025) |
| 02/22/2025 | 51 | MOTION to Engelmayers Order creates the fact that Federal Courts have exclusive jurisdiction. Document filed by Lucio Celli. (ar) (Entered: 02/25/2025) |
| 02/23/2025 | 52 | MOTION for the Court to Intervene on the fact Defendants'(the City & the UFT) wrongful denial of prescription coverage. Document filed by Lucio Celli. (Attachments: # 1 Supplement Attachment 1)(ar) (Entered: 02/25/2025) |
| 02/23/2025 | 53 | MOTION for relief under mandamus and the all writs act to require Ausa Karamigos to provide an explanation on how Judge Engelmayer's order impeded due process during arbitration, and to address the allegations of Judge Cogan misusing his office to the detriment of the movant and for the benefit of his former clients, the uft. Document filed by Lucio Celli. (ar) (Entered: 02/25/2025) |

| 02/24/2025 | 43 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Violations of Title VII, Title IX, ADA, and Section 504 Due to Retaliation, Denial of Pension Disability, and Health Insurance with the UFT continuing to deprive me access to insurance makes my complaint nonfrivolous because it is grounded in fact and law. Document filed by Lucio Celli..(nd) (Entered: 02/25/2025) |
| 02/24/2025 | 44 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/25/2025 re: Preemption Doctrine and Title II Violation for Access to the Court under ADA. Document filed by Lucio Celli..(nd) (Entered: 02/25/2025) |
| 02/24/2025 | 54 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/25/2025 re: After Judge Frank issued his decision, I discovered and believe that the 10-day appeals clause found in the 3020-a statute violates federal law and the preemption doctrine. I write to argue that this Court must remedy these issues to ensure compliance with federal law. As I will explain, this provision unconstitutionally limits access to the courts, violates my due process rights, and discriminates against individuals with disabilities under Title II of the Americans with Disabilities Act (ADA). Document filed by Lucio Celli. (tp) (Entered: 02/26/2025) |
| 02/24/2025 | 55 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/20/2025 re: I plan on filing the following petition in the 2d Cir and I request that Your Honor does not make any ruling until the 2d. Cir. issues one. Obviously, Clerk Wolfe will commit another crime, but we have to pretend. I will also ask for your recusal under mandamus. Document filed by Lucio Celli. (tp) (Entered: 02/26/2025) |
| 02/24/2025 | 56 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 2/22/2025 re: Denial of Prescription Drug Coverage Urgent Matter (HIV, Diabetes and Psychotropic, as I will be out of these meds next week) ---Frivolous to Judge Lehrburger because his health is not being screwed with by the Defendants, especially the Ms. Weingarten. Document filed by Lucio Celli.(km) (Entered: 02/26/2025) |
| 02/24/2025 | 57 | PLAINTIFF'S MOTION TO Enforce Engelmayer's Order Against the Defendants, as the order deprived me of Due Process in my 3020a and deprived of 80k in pay and pension credit. Document filed by Lucio Celli. (jjc) (Entered: 02/26/2025) |
| 02/24/2025 | 58 | PLAINTIFF'S MOTION TO Enforce Engelmayer's order against the Defendants and to recoup lost wages and pension credit. Document filed by Lucio Celli. (jjc) (Entered: 02/26/2025) |
| 02/24/2025 | 59 | PLAINTIFF'S MOTION FOR RECUSAL OF JUDGE. Document filed by Lucio Celli. (jjc) (Entered: 02/26/2025) |
| 02/24/2025 | 60 | PLAINTIFF'S MOTION for the Court to Intervene on the fact DEFENDANTS' (the City & the UFT) WRONGFUL DENIAL OF PRESCRIPTION COVERAGE. Document filed by Lucio Celli..(jjc) (Entered: 02/26/2025) |
| 02/24/2025 | 62 | MOTION for Relief. Document filed by Lucio Celli.(ar) (Entered: 02/26/2025) |
| 02/24/2025 | 63 | MOTION for Recusal. Document filed by Lucio Celli.(ar) (Entered: 02/26/2025) |

| 02/25/2025 | 49 | ORDER granting 40 Letter Motion for Leave to File Document. Accordingly, 1. Plaintiff shall file his amended complaint by March 17, 2025. Plaintiff is reminded that a complaint must be a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). 2. As Plaintiff has been advised of certain specific grounds on which the current complaint may be dismissed, he will not be given a further opportunity to amend to address those issues. 3. If UFT intends to file a motion to dismiss the amended complaint, it need not seek a pre-motion conference and shall file its motion by April 14, 2025. Plaintiff shall file his opposition by May 14, 2025. UFT shall file any reply by May 28, 2025. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 40. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 2/25/2025) (mml) (Entered: 02/25/2025) |
| 02/25/2025 | | Set/Reset Deadlines: Amended Pleadings due by 3/17/2025. Motions due by 4/14/2025. Responses due by 5/14/2025. Replies due by 5/28/2025. (mml) (Entered: 02/25/2025) |
| 02/25/2025 | 50 | ORDER: The motion also is frivolous on the merits. Plaintiff asserts that recusal is warranted because the judges have "political relationships with United States Senators Charles Schumer and Kirsten Gillibrand." (Dkt. 6 at 1.) United States Senators are involved in the appointment of all United States District Court Judges. This case implicates neither Senator Schumer or Senator Gillibrand, let alone in any way that would warrant recusal. Accordingly, there is no ground by which the Judges' impartiality in this case might reasonably be questioned. See 28 U.S.C. § 455 (a) and (b)(1); United States v. Yousef, 327 F.3d 56, 169 (2d Cir. 2003) (explaining that standard under § 455 (a) is an objective one). Plaintiff again is warned that he is not to file frivolous and vexatious requests or documents, and that failure to comply may result in sanctions, including monetary sanctions and/or other sanctions, including dismissal of the case with prejudice. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 6. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 2/25/2025) (mml) (Entered: 02/25/2025) |
| 02/26/2025 | | MAILING RECEIPT: Document No: 49,50. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (anc) (Entered: 02/26/2025) |
| 02/26/2025 | 61 | MOTION to Acknowledge. Document filed by Lucio Celli.(ar) (Entered: 02/26/2025) |
| 02/28/2025 | 64 | ORDER denying 57 Motion; denying 58 Motion; denying 59 Motion for Recusal; denying without prejudice as moot 60 Motion to Intervene; denying 61 Motion ; denying 62 Motion ; denying 63 Motion for Recusal; deferring ruling on 14 Motion for Permission for Electronic Case Filing. This order addresses several purported motions by Plaintiff Celli. 1. Plaintiff's application at Dkt. 14 for electronic filing privileges is DENIED. Plaintiff has already failed to follow court orders and has repeatedly file vexatious and frivolous items on the docket. Relatedly, the Court will NOT consider any communication from Plaintiff unless properly filed via the Pro Se Clerk office. 2. Plaintiff's applications at Dkts. 57, 58, 61, and 62 are DENIED as frivolous and vexatious. 3. Plaintiff's applications |

| | | |
|---|---|---|
| | | at Dkts. 59 and 63 are motions to recuse. The form used, however, is entirely generic, and Plaintiff has identified no facts that would provide a basis for recusal. Plaintiff's other filings reflect general displeasure with the Court's rulings, which is not a valid basis for recusal. Accordingly, the motions at Dkt. 59 and 63 are DENIED. 4. Plaintiff's application at Dkt. 60 is captioned as a motion to intervene. The body of the motion, however, reads more like a complaint and asks the Court to reverse the DOE and UFT's denial of prescription drug insurance coverage. Plaintiff already has been granted permission to file an amended complaint as of right by March 17, 2025. (See Dkt. 49.) To the extent Plaintiff's initial pleading does not already address the claims that are subject of Dkt. 60, Plaintiff may include them in his intended amended complaint if he has a good faith basis to do so. Plaintiff is once again reminded that the amended complaint must be a short and plain statement of his claims. The application at Dkt. 60 therefore is denied without prejudice as moot. 5. Plaintiff is also reminded again that he must send and file all communications with the Court via the Pro Se Clerk office and that all submissions must present a non-frivolous request for relief or response to a court order or another party's request for relief. Plaintiff has continued to violate that admonition - previously ordered on multiple occasions - by filing frivolous and vexatious documents; by sending numerous vexatious, ranting, profane emails to an email list of more than 400 recipients, including numerous judges and court staff; and repeatedly calling judicial chambers and leaving ranting voicemails. Plaintiff shall refrain from all such conduct. Finally, Plaintiff is reminded that violation of this or any other court order may result in sanctions, including monetary sanctions, contempt sanctions, and/ or dismissal of the action with prejudice. The Clerk of Court is directed to terminate the motions at Dkts. 14, and 57 through 63. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 2/28/2025) (mml) (Entered: 02/28/2025) |
| 03/03/2025 | | MAILING RECEIPT: Document No: 64. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (Entered: 03/03/2025) |
| 03/05/2025 | 65 | PLAINTIFF'S MOTION TO RECOGNIZE THE EVIDENTIARY VALUE OF CERTIFIED TRANSCRIPTS. Document filed by Lucio Celli..(ks) (Entered: 03/05/2025) |
| 03/05/2025 | 66 | PLAINTIFF'S MOTION TO DECLARE JUDGE LEHRBURGERS ORDER UNCONSTITUTIONAL AND UNENFORCEABLE. Document filed by Lucio Celli..(ks) (Entered: 03/05/2025) |
| 03/06/2025 | 67 | ORDER denying 14 Motion for Permission for Electronic Case Filing. Plaintiff's application for permission to electronically file documents in this case is DENIED. Plaintiff has repeatedly and vexatiously filed numerous unauthorized documents and has violated court orders prohibiting same. Accordingly, he should not be granted ECF filing privileges. The Clerk of Court is directed to terminate the motion at Dkt. 14. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 3/6/2025) (mml) (Entered: 03/06/2025) |

| 03/06/2025 | 68 | MEMO ENDORSED ORDER denying without prejudice 65 Motion. ENDORSEMENT: The motion is denied without prejudice as premature. There is no basis for the Court's consideration of evidence at this juncture. The Court will take judicial notice of proceedings and judicial materials when warranted. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 3/6/2025) (mml) (Entered: 03/06/2025) |
| 03/07/2025 | | MAILING RECEIPT: Document No: 67. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (anc) (Entered: 03/07/2025) |
| 03/07/2025 | | MAILING RECEIPT: Document No: 68. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (anc) (Entered: 03/07/2025) |
| 03/17/2025 | 69 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli re: Service by ECF on Mr. Bronw and Judge Engelmayer's order with my motions makes my case non-frivolous and non-vexatious: National Labor Rel. Bd. v. Sandy Hill Iron & Brass Wks. 165 F.2d 660. Document filed by Lucio Celli..(nd) (Main Document 69 replaced on 3/19/2025) (sac). (Entered: 03/18/2025) |
| 03/17/2025 | 70 | AMENDED COMPLAINT amending 1 Complaint against Cogan, DOJ, Engelmayer, Susan Kellman, Livingston, Mulgrew, NYC Dept of Education, NYC Teacher's Retirement System, New York City, Santana, Ben Silverman, Trump, United Federation of Teachers, Randi Weingarten, Wolfe with JURY DEMAND.Document filed by Lucio Celli. Related document: 1 Complaint. (sac) (Entered: 03/19/2025) |
| 04/09/2025 | 71 | MOTION for Reconsideration. Document filed by Lucio Celli. (ar) (Entered: 04/10/2025) |
| 04/09/2025 | 72 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 4/6/2025 re: Service of parties. Document filed by Lucio Celli. (ar) (Entered: 04/10/2025) |
| 04/09/2025 | 73 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 4/9/2025 re: Plaintiffs Motion to Certify Constitutional Question and for Intervention Under 28 U.S.C. § 2403. Document filed by Lucio Celli. (ar) (Entered: 04/10/2025) |
| 04/09/2025 | 74 | AFFIRMATION OF SERVICE. United Federation of Teachers served on 3/4/2025, answer due 3/25/2025. Service was accepted by Elena Pizzarello, Executive Assistant. Document filed by Lucio Celli. (ar) (Entered: 04/10/2025) |
| 04/09/2025 | 75 | AFFIRMATION OF SERVICE. New York City served on 2/27/2025, answer due 3/20/2025. Service was accepted by Adam Goebler-Clerk. Document filed by Lucio Celli. (ar) (Entered: 04/10/2025) |
| 04/10/2025 | 76 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. NYC Teacher's Retirement System served on 2/27/2025, answer due 3/20/2025. Service was accepted by Adam Goebler. Document filed by Lucio Celli. (jca) (Entered: 04/10/2025) |
| 04/10/2025 | 77 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. NYC Dept of Education served on 2/27/2025, answer due 3/20/2025. Service was accepted by Adam Goebler. Document filed by Lucio Celli. (jca) (Entered: |

| | | |
|---|---|---|
| | | 04/10/2025) |
| 04/10/2025 | 78 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. America Federation of Teachers served on 2/25/2025, answer due 3/18/2025. Service was accepted by Michael Laone. Document filed by Lucio Celli. (jca) (Entered: 04/10/2025) |
| 04/10/2025 | 79 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. EEOC/ Diamond served on 2/26/2025, answer due 3/19/2025. Service was accepted by EEOC/Diamond Mailroom Clerk. Document filed by Lucio Celli. (jca) (Entered: 04/10/2025) |
| 04/10/2025 | 80 | AFFIRMATION OF SERVICE of Summons and Amended Complaint,. Judge Frank served on 3/13/2025, answer due 4/3/2025. Service was accepted by Nicole Grant, Administrative Assistant of Judge Frank. Document filed by Lucio Celli. (jca) (Entered: 04/10/2025) |
| 04/14/2025 | 81 | ORDER denying 71 Motion for Reconsideration. Accordingly, the motion is DENIED. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 71 and 73. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 4/14/2025) (mml) (Entered: 04/14/2025) |
| 04/14/2025 | 82 | MOTION to Dismiss . Document filed by United Federation of Teachers. Responses due by 5/14/2025 (Attachments: # 1 Affidavit Attorney Declaration in Support of Motion to Dismiss, # 2 Exhibit A to Attorney Declaration - Arbitration Award of Timothy S. Taylor, Esq., # 3 Exhibit B to Attorney Declaration - Decision and Order Dated May 9, 2024, # 4 Supplement Memorandum of Law in Support of Motion to Dismiss).(Brown, Paul) (Entered: 04/14/2025) |
| 04/14/2025 | 83 | CERTIFICATE OF SERVICE of UFT Motion to Dismiss Amended Complaint served on Lucio Celli, Plaintiff Pro Se on April 14, 2025. Service was made by Mail. Document filed by United Federation of Teachers..(Brown, Paul) (Entered: 04/14/2025) |
| 04/14/2025 | 85 | MOTION TO COMPEL FINANCIAL DISCLOSURE AND REQUEST FORENSIC AUDIT BASED ON JUDICIAL MISCONDUCT AND POLITICAL INFLUENCE IN EMPLOYMENT MATTERS. Document filed by Lucio Celli. (jjc) (Entered: 04/16/2025) |
| 04/15/2025 | | MAILING RECEIPT: Document No: 81. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 04/15/2025) |
| 04/15/2025 | 84 | ORDER denying 51 Motion; denying 52 Motion to Intervene; denying 53 Motion for Writ of Mandamus. This order addresses three subjects. 1. The Court has repeatedly warned Plaintiff that he may face sanctions, including dismissal of his case, for sending vexatious emails to judges of this court and court staff. See, e.g., Dkt. 23, 33, 64. Plaintiff has continued to defy those orders and warnings. Since the most recent order and warning on February 28, 2025, Plaintiff has sent 91 such emails (filled with rants and many with profanity). In total, he has sent 147 such emails since February 6, 2025, many to an email list of over 400 addressees. The Court again directs Plaintiff to communicate with the Court solely through the Pro Se Office and to cease sending emails to any other Court |

| | | staff, Court chambers, and any party, or employee, officer, or director of any party, to this case. If Plaintiff fails to comply, the Court will issue an order to show cause why the case should not be dismissed for repeated failures to comply with court orders. 2. Defendant UFT filed its motion to dismiss as scheduled on April 14, 2025. (See Dkt. 82.) Plaintiff is reminded that his opposition is due by May 14, 2025. 3. On February 23, 2025, Plaintiff filed three motions. The first (Dkt. 51), essentially asks the Court to exercise jurisdiction over Plaintiff's claims concerning his criminal conviction in a previous legal proceeding. As other courts have held, his civil claims are not the proper forum in which to challenge his conviction (which, in any event, was affirmed on appeal). See, e.g., Celli v. Engelmayer, No. 22-CV-4646, 2023 WL 2666876, at *1 (E.D.N.Y. Mar. 28, 2023); Celli v. Perez, No. 22-CV-2353, 2022 WL 922779, at *1 (S.D.N.Y. Mar. 29, 2022). Accordingly, the motion is DENIED. The second, a "motion for the Court to intervene on the fact Defendants' (the City & the UFT) wrongful denial of prescription coverage," addresses subject matter and relief already encompassed within Plaintiff's claims (Dkt. 52). Accordingly, the motion is DENIED. The third (Dkt. 53), a motion for mandamus relief directed at matters and persons concerning his criminal conviction, is DENIED for the same reasons as the first motion. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 51, 52, and 53. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 4/15/2025) (mml) (Entered: 04/15/2025) |
|---|---|---|
| 04/16/2025 | | MAILING RECEIPT: Document No: 84. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (vba) (Entered: 04/16/2025) |
| 04/17/2025 | 86 | ORDER denying 85 Motion to Compel. Denied as frivolous and vexatious. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 4/17/2025) (mml) (Entered: 04/17/2025) |
| 04/18/2025 | | MAILING RECEIPT: Document No: 86. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kgo) (Entered: 04/18/2025) |
| 04/20/2025 | 88 | MOTION TO VACATE UNAUTHORIZED JUDICIAL ACTIONS AND COMPLAINT OF JUDICIAL MISCONDUCT. Document filed by Lucio Celli. (ar) (Entered: 04/22/2025) |
| 04/20/2025 | 89 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RECUSE AND FOR REFERRAL FOR JUDICIAL MISCONDUCT BASED ON POLITICAL ACTIVITY IN VIOLATION OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES re: 88 MOTION to Vacate. Document filed by Lucio Celli. (ar) (Entered: 04/22/2025) |
| 04/20/2025 | 90 | JUDICIAL MISCONDUCT COMPLAINT. Document filed by Lucio Celli. (jjc) (Entered: 04/22/2025) |
| 04/20/2025 | 91 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RECUSE JUDGE AND VACATE ORDERS DUE TO POLITICAL FAVORITISM AND JUDICIAL MISCONDUCT re: 88 MOTION to Vacate. Document filed by Lucio Celli. (jjc) (Entered: 04/22/2025) |
| 04/21/2025 | 87 | ORDER: Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed due to Plaintiff's repeated failure to comply with Court orders. |

| | | The show cause hearing will be held on May 13, 2025, at 11:30 A.M. in Courtroom 18D. Any written submission must be filed no later than May 8, 2025. Show Cause Hearing set for 5/13/2025 at 11:30 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Show Cause Response due by 5/8/2025. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 4/21/2025) (mml) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 92 | MOTION TO STAY AND STRIKE UNLAWFUL DEADLINES DUE TO PENDING MANDAMUS PETITION. Document filed by Lucio Celli. (Attachments: # 1 Exhibit motion) (jjc) (Entered: 04/23/2025) |
| 04/21/2025 | 93 | MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE UNLAWFUL DEADLINES AND TO STAY PROCEEDINGS DUE TO LACK OF JURISDICTION AND UNAUTHORIZED ACTION BY MAGISTRATE JUDGE re: 92 MOTION to Stay. MOTION to Strike. Document filed by Lucio Celli. (jjc) (Entered: 04/23/2025) |
| 04/22/2025 | | MAILING RECEIPT: Document No: 87. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kgo) (Entered: 04/22/2025) |
| 04/24/2025 | 94 | ORDER denying 88 Motion to Vacate; denying 92 Letter Motion to Stay; denying 92 Motion to Strike.. This order addresses several applications made by Plaintiff. 1. The application at Dkt. 66 is addressed to Judge Cronan and will be addressed by him in due course to the extent the motion may be considered objections to an order of the undersigned. 2. Plaintiff's "motion to vacate unauthorized judicial actions and complaint of judicial misconduct" at Dkt. 88 is addressed to Judge Rearden and the Chief Judge. Neither of those judges is assigned to the case. Additionally, the supporting memorandum of law at Dkt. 89 (see also Dkt. 91) argues generally for recusal of "the assigned judge(s)" and referral for investigation of misconduct based on unspecified political activity. Elsewhere, Plaintiff has expressed concern about various judges alleged political affiliations with Senators Schumer and Gillibrand. Those Senators either sponsored and/or voted to confirm various judges pursuant to lawful procedures. Any suggestion of political influence is frivolous. Accordingly, the motion is DENIED. 3. Plaintiff's "motion to stay and strike unlawful deadlines due to pending mandamus petition" at Dkt. 92 seeks to stay the dates this Court set in connection with the order to show cause issued at Dkt. 87. Those dates are May 8, 2025 (written submission, if any) and May 13, 2025 (hearing at court). Plaintiff argues that the deadlines are "unlawful" because Plaintiff has filed a mandamus petition divesting this Court of jurisdiction. The only application for mandamus relief on the docket is at Dkts. 53 and 62, which seek relief as to matters involving his criminal conviction in the Eastern District of New York. That mandamus application, directed to Judge Cronan and this the undersigned, has no relevance to the orders issued by this Court in this matter and, in any event, is frivolous. A letter from Plaintiff dated February 24, 2025 at Dkt. 55 states that Plaintiff plans to file a petition in the Second Circuit seeking my "recusal under mandamus," and asks that I not make any ruling until the Second Circuit acts on the petition. There is nothing on the docket indicating that any such mandamus petition has been filed with the Second Circuit. Plaintiff did file a motion for recusal at Dkt. 63, which was denied by Dkt. 64. Accordingly, Plaintiff's motion to stay and strike is DENIED, and the order to show cause, |

| | | |
|---|---|---|
| | | including the dates set forth therein, remains operative. Failure to appear for the show cause hearing may result in dismissal of Plaintiff's complaint with prejudice for that reason alone. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 88 and 92. SO ORDERED. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. (Signed by Magistrate Judge Robert W. Lehrburger on 4/24/2025) (mml) (Entered: 04/24/2025) |
| 04/24/2025 | 95 | LETTER addressed to Clerk of Court, Chief Judge Boasberg, Clerk Ceaser, and Judge Cooper from Lucio Celli re: Formal Complaint. Document filed by Lucio Celli..(ks) (Entered: 04/24/2025) |
| 04/25/2025 | | MAILING RECEIPT: Document No: 94. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (vba) (Entered: 04/25/2025) |
| 04/29/2025 | 96 | MOTION TO HAVE DISHONORABLE LEHRBURGER AS A WITNESSES. Document filed by Lucio Celli. (jjc) (Entered: 04/30/2025) |
| 04/30/2025 | 99 | MOTION FOR TELEVISED HEARING. Document filed by Lucio Celli. (jjc) (Entered: 05/01/2025) |
| 05/01/2025 | 97 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated January 22, 2025 re: I wrote what Your Honor wanted before May 8, 2025. I ask that Your Honor dismiss the case, as Randi Weingarten wants to you do. Document filed by Lucio Celli. (rsh) (Entered: 05/01/2025) |
| 05/01/2025 | 98 | Memorandum of Law in Response to Order to Show Cause. Plaintiff respectfully requests that the Court not dismiss this action. The conduct at issue was based on good-faith efforts to preserve constitutional rights and safety in the face of credible threats and judicial indifference to misconduct. Dismissal would not serve justice and would constitute an abuse of discretion under well-settled Second Circuit precedent. Document filed by Lucio Celli. (rsh) (Entered: 05/01/2025) |
| 05/01/2025 | 100 | MEMO ENDORSED ORDER denying 96 Motion. ENDORSEMENT: To the extent the instant motion is directed to the District Court, the request is denied as frivolous and vexatious. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/1/2025) (mml) (Entered: 05/01/2025) |
| 05/01/2025 | 101 | ORDER: The Court has reviewed Plaintiff's response to the Court's order to show cause. (See Dkt. 98.) The hearing scheduled for May 13, 2025, remains as scheduled and will be conducted at the courthouse, Courtroom 18D, 500 Pearl Street, New York, NY. (See Dkt. 87.) Plaintiff also is reminded that, pursuant to the briefing schedule previously set by the Court (see Dkt. 49), any response to Defendant UFT's motion to dismiss filed at Dkt. 82 must be filed by May 14, 2025. There will be no extensions. Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Responses due by 5/14/2025. (Signed by Magistrate Judge Robert W. Lehrburger on 5/1/2025) (mml) (Entered: 05/01/2025) |
| 05/01/2025 | 103 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: New York, NY 10007 Re: Standing and Urgent Request for Review of Judicial, Agency, and Union Misconduct Related to Randi Weingarten, the UFT, and the Suppression of Student and Teacher Rightsbut Your Honor is not misusing his office for Randi (side-eyes). Document filed by |

| | | Lucio Celli.(tg) (Entered: 05/02/2025) |
|---|---|---|
| 05/01/2025 | 104 | EMERGENCY MOTION FOR STAY OF PROCEEDINGS. Document filed by Lucio Celli. (jjc) (Entered: 05/02/2025) |
| 05/02/2025 | 102 | ORDER denying 99 Motion for Hearing. Denied. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/2/2025) (mml) (Entered: 05/02/2025) |
| 05/05/2025 | 105 | MEMO ENDORSEMENT denying 104 Letter Motion to Stay. ENDORSEMENT: Denied as vexatious and frivolous. Case No. 25-CV-2030 is a product-liability case captioned Hoey v. The 3M Company and has no relation to the instant case. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/5/2025) (tg) (Entered: 05/05/2025) |
| 05/05/2025 | | MAILING RECEIPT: Document No: 100. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (vba) (Entered: 05/05/2025) |
| 05/05/2025 | | MAILING RECEIPT: Document No: 101. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (vba) (Entered: 05/05/2025) |
| 05/05/2025 | | MAILING RECEIPT: Document No: 102, 105. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 05/05/2025) |
| 05/05/2025 | 106 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 5/5/2025 re: Please see the attachment as my filing was not frivolous or vexatious --- the truth doesn't matter to you. Document filed by Lucio Celli. (tp) (Entered: 05/06/2025) |
| 05/05/2025 | 107 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 5/5/2025 re: I am not asking for an extension of time, but this is to inform the Court that further documents to explain or to show where the Court has evidence of why Mr. Brown and Law Dept need to be disbarred or at least sanctioned under FRCP 11 for bad faith and knowledge that contradicts public knowledge as further set forth herein. Document filed by Lucio Celli. (tp) (Entered: 05/06/2025) |
| 05/05/2025 | 108 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 5/5/2025 re: Opposition to Your Honors obvious misconduct because you can READ... the motion does not even mention Hoey v. The 3M---who reads my papers? Document filed by Lucio Celli. (tp) (Entered: 05/06/2025) |
| 05/05/2025 | 109 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli re: previous filling of Emergency Motion for Stay of Proceedings. Document filed by Lucio Celli. (tp) (Entered: 05/06/2025) |
| 05/05/2025 | 111 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Your Honor has access to evidence for Judicial Estoppel via audio and probation has of Mark Collins, Director of UFT Greivance Dept, as the UFTs position is they didnt negotiate the 3020a procedures and they are not found in the CBA at Art 21. Document filed by Lucio Celli.(km) (Entered: 05/07/2025) |
| 05/05/2025 | 113 | MOTION TO AMEND COMPLAINT TO ADD SUPPLEMENTAL MONELL CLAIMS BASED ON CORPORATION COUNSEL'S VIOLATIONS OF THE NYC CHARTER AND DUTIES AS OFFICERS OF THE COURT 70 Amended |

| | | |
|---|---|---|
| | | Complaint. Document filed by Lucio Celli. (ar) (Entered: 05/07/2025) |
| 05/05/2025 | 114 | PLAINTIFF'S MOTION TO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, Number 1 re: 82 MOTION to Dismiss. Document filed by Lucio Celli.(ar) (Entered: 05/07/2025) |
| 05/05/2025 | 115 | PLAINTIFF'S MOTION FOR RECONSIDERATION OF MEMORANDUM ENDORSEMENT (DKT. 104) PURSUANT TO LOCAL CIVIL RULE 6.3 AND FED. R. CIV. P. 60(b). Document filed by Lucio Celli.(ar) (Entered: 05/07/2025) |
| 05/05/2025 | 116 | MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL ESTOPPEL AGAINST THE UNITED FEDERATION OF TEACHERS (UFT). Document filed by Lucio Celli. (ar) (Entered: 05/07/2025) |
| 05/05/2025 | 117 | RESPONSE TO COURT ORDER. Document filed by Lucio Celli. (ar) (Entered: 05/07/2025) |
| 05/06/2025 | | MAILING RECEIPT: Document No: 105. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (tro) (Entered: 05/06/2025) |
| 05/06/2025 | 110 | SUMMONS ISSUED as to Cogan, NYC Dept of Education, Santana, Ben Silverman, Trump, Randi Weingarten. (kma) (Entered: 05/06/2025) |
| 05/06/2025 | 112 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 5/5/2025 re: Inform the Court that I am not finished with my opposition documents, as I need to create one for each cause of action and explain why my claims (especially due process based on Engemayer's orders) are not frivolous or vexatious and a proposed brief. Document filed by Lucio Celli.(km) (Entered: 05/07/2025) |
| 05/07/2025 | 118 | MEMO ENDORSEMENT on re: 104 MOTION to Stay filed by Lucio Celli. ENDORSEMENT: Stay denied. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/7/2025) (mml) (Entered: 05/07/2025) |
| 05/07/2025 | 119 | MEMO ENDORSEMENT on re: 112 Letter, filed by Lucio Celli. ENDORSEMENT: Denied. Plaintiff has filed a fulsome 34-page brief. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/7/2025) (mml) (Entered: 05/07/2025) |
| 05/07/2025 | 120 | MOTION TO DEFER DISMISSAL. Document filed by Lucio Celli..(ks) (Entered: 05/07/2025) |
| 05/08/2025 | 121 | MEMO ENDORSED ORDER denying 113 Motion to Amend/Correct. ENDORSEMENT: Denied. Plaintiff has already had an opportunity to amend and, in any event, the proposed claim would be futile. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/8/2025) (mml) (Entered: 05/08/2025) |
| 05/08/2025 | 122 | MEMO ENDORSED ORDER denying 115 Motion for Reconsideration. ENDORSEMENT: The Court has reviewed Case No. 25-cv-2031. The request for reconsideration is denied. Plaintiff has pointed to no error or any fact or law overlooked by the Court. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/8/2025) (mml) (Entered: 05/08/2025) |

| 05/08/2025 | [123](#) | MEMO ENDORSED ORDER denying [120](#) Motion to Defer Dismissal. ENDORSEMENT: Denied. A plaintiff has 90 days to serve defendants and the court must extend such time if good cause is shown. Fed. R. Civ. P. 4(m). Plaintiff filed this action on December 18, 2024. Plaintiff has had more than 140 days to serve defendants. Plaintiff has not shown good cause for any more time to do so. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/8/2025) (mml) (Entered: 05/08/2025) |
| 05/08/2025 | [124](#) | MEMO ENDORSED ORDER terminating [114](#) Motion. ENDORSEMENT: This filing is an opposition brief to a motion to dismiss filed by Defendant UFT. The Court will consider this filing in addition to the 36-page brief already filed by Plaintiff but will not consider any additional briefing by Plaintiff on the motion to dismiss. The Clerk of Court is respectfully directed to terminate the motion flag associated with this filing. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/8/2025) (mml) (Entered: 05/08/2025) |
| 05/08/2025 | | MAILING RECEIPT: Document No: 118, 119, 121-124. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 05/08/2025) |
| 05/08/2025 | [126](#) | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: 10k to ignore and distort facts when probation has evidence of some of my claims for amended complaint-but if Your Honor had any integrity-but you don't-so I will not finish the sentence---but please use Foman v. Davis, 371 U.S. 178, 182 (1962) in the reconsideration. Document filed by Lucio Celli. (jjc) (Entered: 05/09/2025) |
| 05/08/2025 | [127](#) | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Probation Department are my witnesses because my amended complaint deals with how they helped Randi Weingarten; therefore Your Honor has access to some of my Monell claims -. Document filed by Lucio Celli. (jjc) (Entered: 05/09/2025) |
| 05/08/2025 | [128](#) | PLAINTIFF'S MOTION TO APPEAL AND SET ASIDE MAGISTRATE RULINGS (MAY 1-PRESENT) PURSUANT TO FED. R. CIV. P. 72 AND 28 U.S.C. § 636. Document filed by Lucio Celli. (jjc) (Entered: 05/09/2025) |
| 05/08/2025 | | **\*\*\*DELETED DOCUMENT. Deleted document number 125 LETTER. The document was incorrectly filed in this case. (jjc)** (Entered: 05/09/2025) |
| 05/08/2025 | [129](#) | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: 10k bribe to not take judicial notice of NYC's charter that is mentioned in Monell by NYS Law-so my "request is futile" because it is NOT just known within 2d Cir is --- in every court in this --- country--. Under Fed. R. Evid. 201(c)(2). Document filed by Lucio Celli. (jjc) (Entered: 05/09/2025) |
| 05/09/2025 | | MAILING RECEIPT: Document No: 121. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kgo) (Entered: 05/09/2025) |
| 05/09/2025 | | MAILING RECEIPT: Document No: 122,123. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kgo) (Entered: 05/09/2025) |
| 05/09/2025 | | MAILING RECEIPT: Document No: 124. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kgo) (Entered: 05/09/2025) |

| 05/09/2025 | 130 | PLAINTIFF'S RULE 60 (b) (6) MOTION to Vacate Orders Issued under Judicial Bias and Denial of Fair Hearing-- not to issue subpoenas and to suppress City's action in fostering, concealing evidence and stealing from my family--which Hon. Gleason and Probation. Document filed by Lucio Celli.(tro) (Entered: 05/12/2025) |
| 05/09/2025 | 131 | MOTION for Judicial Notice. Document filed by Lucio Celli.(ar) (Entered: 05/13/2025) |
| 05/12/2025 | 133 | MOTION TO INFORM THE COURT OF THE ACTUAL NEED FOR RECUSAL. Document filed by Lucio Celli.(rro) (Entered: 05/14/2025) |
| 05/12/2025 | 134 | MOTION FOR JUDICIAL NOTICE OF ETHICAL STANDARDS GOVERNING MAGISTRATE JUDGE REAPPOINTMENT. Document filed by Lucio Celli.(rro) (Entered: 05/14/2025) |
| 05/13/2025 | 132 | MOTION TO DISQUALIFY MAGISTRATE JUDGE STEWART D. LEHRBURGER PURSUANT TO 28 U.S.C. §§ 144 AND 455. Document filed by Lucio Celli. (Attachments: # 1 Exhibit Motion to Disqualify)(jca) (Entered: 05/13/2025) |
| 05/13/2025 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Show Cause Hearing held on 5/13/2025 at 2:30 p.m. (rsh) (Entered: 05/14/2025) |
| 05/13/2025 | 135 | MOTION (and Letter) to take Notice. Document filed by Lucio Celli. (ar) (Entered: 05/14/2025) |
| 05/13/2025 | 136 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/20025 re: Fear of Cherry-Picking and Request for Protective Measures & Discovery Under Bracy v. Gramley with the denial of calling witnesses to establish I, in fact, stated a claim, like Judge Engelmayer or AUSA Bensing or anyone from NYC.. Document filed by Lucio Celli. (ar) (Entered: 05/14/2025) |
| 05/14/2025 | 137 | MOTION FOR AN ORDER DIRECTING THE CLERKS OR, IN THE ALTERNATIVE, THE COURT ITSELF, TO ISSUE A LETTER OF ASSURANCE CONFERRING THE SAME PUBLIC-ACCESS STATUS AND PRIVILEGES ENJOYED BY DEFENDANT RANDI WEINGARTEN. Document filed by Lucio Celli.(yv) (Entered: 05/15/2025) |
| 05/14/2025 | 138 | MOTION FOR AN ORDER DIRECTING THE CLERK OR, Chief Judge Livingston, Chief Judge Taylor-Swain and Chief Judge Brodie. Document filed by Lucio Celli.(yv) (Entered: 05/15/2025) |
| 05/15/2025 | 139 | NOTICE OF MOTION FOR SANCTIONS, CONTEMPT, PUBLIC HEARING, AND CRIMINAL REFERRAL. Document filed by Lucio Celli. (jjc) (Entered: 05/15/2025) |
| 05/15/2025 | 140 | NOTICE OF MOTION FOR SANCTIONS, CONTEMPT, PUBLIC HEARING, AND CRIMINAL REFERRAL. Document filed by Lucio Celli. (ar) (Entered: 05/15/2025) |
| 05/19/2025 | 141 | LETTER from Lucio Celli re: NOTICE IS HEREBY GIVEN that Plaintiff Lucio Celli, pro se, hereby give Judge Cronan that I will appeal to him and then the 2d Cirif Your Honor accepts the ruling. Document filed by Lucio Celli..(nd) |

| | | |
|---|---|---|
| | | (Entered: 05/19/2025) |
| 05/19/2025 | 142 | NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY UNDER THE CRIME-FRAUD EXCEPTION. Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/19/2025 | 143 | MOTION TO COMPEL COMPLIANCE WITH JUDICIAL CONFLICT-SCREENING REQUIREMENTS AND DISCLOSURE UNDER FEDERAL RULES OF CIVIL PROCEDURE Rule 16(c)(2)(P). Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/19/2025 | 144 | PLAINTIFF'S MOTION TO APPLY COLLATERAL ESTOPPEL AGAINST DEFENDANT UNITED FEDERATION OF TEACHERS BASED ON FINDINGS NECESSARILY DECIDED IN A CRIMINAL PROCEEDING. Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/19/2025 | 145 | MOTION PLAINTIFF'S MOTION TO ESTABLISH ARTICLE III STANDING BASED ON FUTURE HARM AND JUDGE ENGELMAYER'S ORDER, AND FOR RELIEF UNDER RULE 60(b) WHICH COMPLIES WITH RULE 8. Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/19/2025 | 146 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(6) for intrinsic and extrinsic fraudwhich relates to the audio of Randi paying Judge Marrero, which he said is a crime and I believe the crime falls under 18 USC § 371 re: 145 MOTION PLAINTIFFS MOTION TO ESTABLISH ARTICLE III STANDING BASED ON FUTURE HARM AND JUDGE ENGELMAYERS ORDER, AND FOR RELIEF UNDER RULE 60(b) WHICH COMPLIES WITH RULE 8.. Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/19/2025 | 147 | AFFIDAVIT OF LUCIO CELLI IN SUPPORT OF MOTION TO RECUSE MAGISTRATE JUDGE ROBERT LEHRBURGER PURSUANT TO 28 U.S.C. 144 re: 132 MOTION to Disqualify Judge. Document filed by Lucio Celli. (jjc) (Entered: 05/20/2025) |
| 05/20/2025 | 148 | LETTER addressed to Judge John P. Cronan and Magistrate Lehrburger from Lucio Celli dated 1/22/2025 re: Re: Consociate the cases, notice of interlocutory appeal for Engelmayer's orders, and ask the court for an extension of time to serve and issue an order to serve Pres Trump and DOJ via certified mail. Document filed by Lucio Celli.(km) (Entered: 05/22/2025) |
| 05/20/2025 | 149 | PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE FILINGS NOS. 139 AND 140. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/20/2025 | 150 | NOTICE OF MOTION & MOTION FOR SANCTIONS, CONTEMPT, PUBLIC HEARING, AND CRIMINAL REFERRAL. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/20/2025 | 151 | NOTICE. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/20/2025 | 152 | PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS, CONTEMPT, CRIMINAL REFERRAL, AND PUBLIC HEARING. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |

| 05/20/2025 | 153 | MOTION FOR JUDICIAL NOTICE THAT KEY FEDERAL JUDICIAL/Exc INTEGRITY STATUTES (Watergate) WERE ENACTED TO PREVENT THE KIND OF SILENCE, POLITICAL ABUSE, AND OFFICE MISUSE THAT PLAINTIFF IS CHALLENGINGAND WERE ALL GROUNDED IN UNITED STATES v. NIXON, 418 U.S. 683 (1974). Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/20/2025 | 154 | MOTION FOR JUDICIAL NOTICE AND RELIEF UNDER 28 U.S.C. § 2106, RULE 60(b), AND THE ALL-WRITS ACT. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/20/2025 | 155 | PLAINTIFF'S BRIEF FOR SUPPORT OF MOTION TO APPLY THE CRIME-FRAUD EXCEPTION TO WAGE, BENEFIT, AND IIED VIOLATIONS. Document filed by Lucio Celli. (mml) (Entered: 05/23/2025) |
| 05/25/2025 | 159 | NOTICE OF MOTION AND MOTION FOR JUDICIAL NOTICE OF DEFENDANTS' DISREGARD OF TRIBUNAL ORDERS IN VIOLATION OF RULE 3.4(c) OF THE RULES OF PROFESSIONAL CONDUCT. Document filed by Lucio Celli. (jjc) (Entered: 05/28/2025) |
| 05/26/2025 | 160 | MOTION FOR JUDICIAL NOTICE OF 28 U.S. Code § 1861. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/26/2025 | 161 | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND PROTECTIVE ORDER BASED ON FUTURE HARM AND RETALIATION UNDER 2 CRR-NY § 336.5. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/26/2025 | 162 | PLAINTIFF'S MOTION FOR SANCTIONS. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/26/2025 | 163 | NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 3.4 OF THE RULES OF PROFESSIONAL CONDUCT, RULE 11, 28 U.S.C. § 1927, AND THE COURTS INHERENT AUTHORITY. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/26/2025 | 164 | MOTION TO AMEND THE PLEADING TO ADD ASSISTANT UNITED STATES ATTORNEYS OF THE EASTERN DISTRICT OF NEW YORK AS DEFENDANTS. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/26/2025 | 165 | MOTION TO INVOKE THE SUPREMACY CLAUSE. Document filed by Lucio Celli. (ar) (Entered: 05/28/2025) |
| 05/27/2025 | 156 | ORDER: Attached hereto are emails received by chambers from Plaintiff during the course of this matter. Copies transmitted this date to all counsel of record. The Clerk of Court is directed tomail a copy of this order to Plaintiff and note service on the docket. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/27/2025) (ar) (Entered: 05/27/2025) |
| 05/27/2025 | 157 | REPORT AND RECOMMENDATION: TO HON. JOHN. P. CRONAN: MOTION TO DISMISS re: 82 MOTION to Dismiss . filed by United Federation of Teachers. For the foregoing reasons, UFT's motion to dismiss should be GRANTED, and the Amended Complaint should be dismissed sua sponte with prejudice as to all Defendants. Additionally, I recommend issuing an order for Celli to show cause why a filing injunction should not be issued barring him |

| | | |
|---|---|---|
| | | from filing any action in the Southern and Eastern Districts of New York against UFT or others concerning, at the least, the termination, or consequences of termination, of his employment with the DOE, without first requesting and obtaining leave of court to do so. Copies transmitted this date to all counsel of record. DEADLINE FOR FILING OBJECTIONS AND PRESERVING APPEAL Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days to file written objections to this Report and Recommendation. Any party shall have fourteen (14) days to file a written response to the other partys objections. Any such objections and responses shall be filed with the Clerk of the Court, with courtesy copies delivered to the Chambers of the Honorable John P. Cronan, United States Courthouse, 500 Pearl Street, New York, New York 10007, and to the Chambers of the undersigned, at United States Courthouse, 500 Pearl Street, New York, New York 10007. Any request for an extension of time for filing objections must be addressed to Judge Cronan. Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/27/2025) Objections to R&R due by 6/10/2025. (ar) Modified on 9/2/2025 (ar). Modified on 9/10/2025 (ar). (Entered: 05/27/2025) |
| 05/27/2025 | 166 | MOTION for Leave to File Amended Complaint. Document filed by Lucio Celli. (vfr) (Entered: 05/29/2025) |
| 05/27/2025 | 167 | LETTER addressed to Judge McMahon and Cronan from Lucio Celli dated 5/27/2025 re: Request for Review, Impeachment Referral, and Ancillary Reliefas Lehrburger took actions, as one of Schumers soldiers in the Cartel and has not addressed his criminal conduct of concealing Randis criminal conduct in US Court by not enforcing Engelmayers ordersas ordered by Livingston and Engelmayer and told to me over a year ago from Officer Cudinait is TIME to hold Livingston and Engelmayer accountable for Randis criminal conduct with full blessing of Livingston as this is what Cudina admitted to. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/27/2025 | 168 | MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/27/2025 | 170 | MOTION FOR JUDICIAL NOTICE 30-pages without addressing any facts found in my complaint and criminal referral of Magistrate Lehrburger for participating in the criminal scheme with Livingston and Engelmayeras I am fucking animal that anyone could commit any fuck crime and get away and help to conceal evidence. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/27/2025 | 171 | MOTION TO STRIKE MAGISTRATE JUDGES REPORT AND RECOMMENDATION because 28 USC § 144 because I filed an affidavit informing the Court that this was pretermitted by Engelmayer and Livingston. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/27/2025 | 172 | NOTICE OF MOTION to have the conversations of AUSA Gold. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/27/2025 | 173 | LETTER addressed to Judge Colleen McMahon from Lucio Celli dated 1/22/2025 re: I write pro se to enlist your assistance, as a former member of the Judicial Conference alongside Chief Judge Livingston, in addressing urgent evidence of third-party and court-officer misconduct. Although Chief Judge |

| | | |
|---|---|---|
| | | Livingston has been informed of ex parte coordination by union president Randi Weingarten and Judge Coganconduct that rose to the level of criminal obstruction of my HIV treatment and probation conditionsno action has been taken to expose or remediate it. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 05/28/2025 | | MAILING RECEIPT: Document No: 156,157. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (tro) (Entered: 05/28/2025) |
| 05/28/2025 | 158 | ORDER TO SHOW CAUSE: The Court has reviewed Judge Lehrburger's Report and Recommendation as well as Plaintiff's litigation history and agrees that a limited filing injunction may be warranted for the reasons expressed in the Report and Recommendation. Plaintiff is therefore ordered to show cause why this Court should not issue a filing injunction barring Plaintiff from filing, in either this District or the Eastern District of New York, any action against the United Federation of Teachers or others concerning, at the least, the termination, or consequences of termination, of his employment with the New York City Department of Education, without first requesting and obtaining leave of court to do so. Plaintiff's response to this Order to Show Cause is due by June 10, 2025, must be clearly entitled "Response to Order to Show Cause," and may not exceed fifteen pages in length. Plaintiff must submit any response through the Court's Pro Se Intake Unit, as outlined at https://www.nysd.uscourts.gov/prose; a response filed through any other method will not be considered. Should Plaintiff submit more than one document in response to this Order to Show Cause, the Court will consider only the first document filed. The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Plaintiff. (And as further set forth herein.) SO ORDERED. Show Cause Response due by 6/10/2025. (Signed by Judge John P. Cronan on 5/28/2025) (jca) (Entered: 05/28/2025) |
| 05/28/2025 | 174 | PLAINTIFF'S MOTION Document filed by Lucio Celli.(sgz) (Entered: 05/30/2025) |
| 05/28/2025 | 175 | MOTION TO COMPEL HON. GLEASON TO PRODUCE TRANSCRIPT SENT TO CHAMBERS THAT CONFIRMS PLAINTIFF'S ILLEGAL DETENTION ABSENT ANY PROBATION VIOLATION. Document filed by Lucio Celli.(sgz) (Entered: 05/30/2025) |
| 05/28/2025 | 176 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Submission of Criminal Complaint under 18 U.S.C. § 245(b)(2)(D), as he influenced decisions for Randi and UFT because Kopplin has evidence that relates to Lehrburger's crime under 18 USC § 371 for Randi and the UFT with knowledge of AUSA Karamigous's and Bensing's for HIV drug resistance, Engelmayer's order, Engelmayer's objection of justice for Schumer and Randi, and the nonenforcement of order - as said Cudina -Livingston and Engelmayer already knew what the evidence would unveil for Randi and the UFTwhich correlates to what Friedmans aide said. Document filed by Lucio Celli..(sgz) (Entered: 05/30/2025) |
| 05/28/2025 | 177 | LETTER from Lucio Celli dated 1/22/2025 re: Criminal Complaint for Piece of Shit Lehrburger, as he listened to Livingston's and Engelmayer's order to protect Randi and the UFT because planned and told me by Officer Cudina in May of 2024 and Livingston knew what a month's non-HIV med would do to me and I learn a lesson complaining about Schumer and Randi. Document filed by Lucio Celli.(sgz) (Entered: 05/30/2025) |

| 05/28/2025 | 178 | MOTION for Criminal Referral of Chief Judge Cronan. Document filed by Lucio Celli..(tro) (Entered: 05/31/2025) |
|---|---|---|
| 05/28/2025 | 179 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli..(tro) (Entered: 05/31/2025) |
| 05/28/2025 | 180 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (tro) (Entered: 05/31/2025) |
| 05/28/2025 | 181 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (tro) (Entered: 05/31/2025) |
| 05/28/2025 | 182 | MOTION for Recusal and Criminal referral of Judge Cronan. Document filed by Lucio Celli..(tro) (Entered: 05/31/2025) |
| 05/28/2025 | 183 | PROPOSED ORDER TO SHOW CAUSE Document filed by Lucio Celli..(tro) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/31/2025) |
| 05/28/2025 | 184 | LETTER addressed to Judge McMahon and Clerk of Court from Lucio Celli dated 1/22/2025 re: Referral of the Hon. John P. Cronan. Document filed by Lucio Celli..(tro) (Entered: 05/31/2025) |
| 05/29/2025 | | MAILING RECEIPT: Document No: 158. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (tro) (Entered: 05/29/2025) |
| 05/29/2025 | 185 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Clarification Request Supporting Case Law Submission for Your Honors prior ruling and request of reason for change in opinion, as I must accept whatever you write. Document filed by Lucio Celli..(tro) (Entered: 05/31/2025) |
| 05/29/2025 | 186 | MOTION for Clarification of Finding of Frivolousness and vexatious. Document filed by Lucio Celli.(tro) (Entered: 05/31/2025) |
| 05/29/2025 | 187 | MOTION for Extension of Time to Answer or Move and for Stay of Proceedings with vacate all motion after a valid affidavit is filed. Document filed by Lucio Celli.(tro) (Entered: 05/31/2025) |
| 05/30/2025 | 169 | MOTION FOR JUDICIAL NOTICE2d Cirs Case to strike any Ruling Post Affidavit filing for 28 USC § 144. Document filed by Lucio Celli. (tp) (Entered: 05/30/2025) |
| 06/02/2025 | 188 | LETTER addressed to Clerk of Court from Lucio Celli dated 6/1/2025 re: Clerical Error for Doc 178. Document filed by Lucio Celli. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2) (ar) (Entered: 06/03/2025) |
| 06/02/2025 | 189 | LETTER addressed to Clerk of Court from Lucio Celli dated 6/1/2025 re: Signed-Clerical Error for Doc 178. Document filed by Lucio Celli.(ar) (Entered: 06/03/2025) |
| 06/02/2025 | 190 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 6/1/2025 re: Letter to inform. Document filed by Lucio Celli. (ar) (Entered: 06/03/2025) |
| 06/02/2025 | 191 | LETTER addressed to Clerk of Court from Lucio Celli dated 6/1/2025 re: Judicial Notices. Document filed by Lucio Celli.(ar) (Entered: 06/03/2025) |

| | | |
|---|---|---|
| 06/02/2025 | 192 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (ar) (Entered: 06/03/2025) |
| 06/02/2025 | 193 | MOTION TO FORWARD JUDICIAL MISCONDUCT COMPLAINT UNDER THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 (28 U.S.C. §§ 351364) AND REQUEST FOR IMPACTMENT REFERRAL TO THE JUDICIAL CONFERENCE. Document filed by Lucio Celli. (ar) (Entered: 06/03/2025) |
| 06/02/2025 | 194 | MOTION TO FORWARD JUDICIAL MISCONDUCT COMPLAINT UNDER THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 (28 U.S.C. §§ 351-364) AND REQUEST FOR IMPACTMENT REFERRAL TO THE JUDICIAL CONFERENCE. Document filed by Lucio Celli. (ar) (Entered: 06/03/2025) |
| 06/03/2025 | 195 | ORDER TO SHOW CAUSE denying 182 Motion for Recusal ; terminating 187 Motion to Stay ; granting 187 Motion for Extension of Time to File Response/Reply. Plaintiff's motion is denied. Plaintiff has also requested a two-week extension of time to file a response to the Court's Order to Show Cause. Dkt. 187. The Court construes this as a motion for an extension of time both to file objections to Judge Lehrburger's May 27, 2025 Report and Recommendation, Dkt. 157, and to respond to the Court's Order to Show Cause why a filing injunction should not be imposed, Dkt. 158. The request is granted. Plaintiff's deadlines to file any objections to the May 27 Report and Recommendation and to respond to the Court's Order to Show Cause is extended to June 24, 2025. Plaintiff is advised that no further extensions of these deadlines will be granted. The Court notes that Plaintiff has filed a voluminous amount of frivolous motions and submissions in recent weeks. Plaintiff is cautioned that abusing the Courts official processes with baseless filings may result in sanctions. See Miller v. Apple, Inc., No. 25 Civ. 1172 (JPC) (RFT), 2025 WL 1554589, at *10-11 (S.D.N.Y. June 2, 2025) (imposing a sanction on a pro se plaintiff for abusive filing practices). The Clerk of Court is respectfully directed to close Docket Number 182. (And as further set forth herein.) SO ORDERED.. (Signed by Judge John P. Cronan on 6/3/2025) (jca) (Entered: 06/03/2025) |
| 06/03/2025 | | Set/Reset Deadlines: Objections to R&R due by 6/24/2025, Show Cause Response due by 6/24/2025. (jca) (Entered: 06/03/2025) |
| 06/04/2025 | | MAILING RECEIPT: Document No: 195. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (nb) (Entered: 06/04/2025) |
| 06/04/2025 | 196 | MOTION TO CORRECT RECORD AND IDENTIFY ASSIGNED JUDGE FOR § 144 AFFIDAVIT FILED AGAINST JUDGE CronanJudicial Misconduct and DONE to help Judge Engelmayer during his impeachment inquiry. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 197 | MOTION TO CORRECT RECORD AND IDENTIFY ASSIGNED JUDGE FOR § 144 AFFIDAVIT FILED AGAINST MAGISTRATE JUDGE LEHRBURGERquid pro quid is a crime under 18 USC § 201 and misconduct under Mandatory Screeing. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 198 | MOTION TO CORRECT RECORD AND IDENTIFY ASSIGNED JUDGE FOR § 144 AFFIDAVIT FILED AGAINST MAGISTRATE JUDGE |

SDNY CM/ECF NextGen Version 1.8.5       https://nysd-ecf.sso.dcn/cgi-bin/DktRpt.pl?103786576467691-L_1_0-1

Case 1:24-cv-09743-PC-RWL   Document 12   Filed 03/03/2026   Page 29 of 67    Case 1:24-cv-09743-PC-RWL   Document 12   Filed 03/03/2026   Page 33 of 67    (33 of 67)

| | | |
|---|---|---|
| | | LEHRBURGER. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 199 | MOTION TO CORRECT THE RECORD AND JUDICIAL NOTICE OF MISREPRESENTATION IN ECF NO. 195 REGARDING RECUSAL MOTION AT ECF NO. 182 and No Mention of Doc. NO 178. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 200 | MOTION for Sanctions 1. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 201 | MOTION for Sanctions 2. Document filed by Lucio Celli. (km) (Entered: 06/06/2025) |
| 06/04/2025 | 202 | MOTION TO ENFORCE THE ORDER OF JUDGE ENGELMAYER with Certified Transcript of August 9, 2023 and proof that the SDNY Pro Se Office is Tampering with the docket and the need for Trump to have AUSAs of EDNY do thier Job as this Part of Engelmayer's politicial impeachment inquiry and the truth of the Kingpin Schumer need to made public. Document filed by Lucio Celli. (km) Modified on 6/6/2025 (kgo). (Entered: 06/06/2025) |
| 06/04/2025 | 203 | MOTION to Enforce 2. Document filed by Lucio Celli.(km) . (Entered: 06/06/2025) |
| 06/04/2025 | 204 | MOTION FOR EXPLANATION. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 205 | MOTION FOR ORAL ARGUMENT. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 207 | MOTION TO RECUSE. Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/04/2025 | 208 | MEMORANDUM OF LAW in Support re: 207 MOTION TO RECUSE.. Document filed by Lucio Celli. (km) (Entered: 06/06/2025) |
| 06/04/2025 | 209 | MEMORANDUM OF LAW in Support re: 207 MOTION TO RECUSE.. Document filed by Lucio Celli. (km) (Entered: 06/06/2025) |
| 06/04/2025 | 210 | MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL. Document filed by Lucio Celli. (Attachments: # 1 Exhibit Exhibit, # 2 Exhibit Exhibit).(km) (Entered: 06/06/2025) |
| 06/04/2025 | 211 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Email from Admin & Oversight (automated). Document filed by Lucio Celli.(km) (Entered: 06/06/2025) |
| 06/06/2025 | 206 | MOTION TO IDENTIFY JUDGE ASSIGNED. Document filed by Lucio Celli. (km) (Entered: 06/06/2025) |
| 06/06/2025 | 215 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/6/2025 re: Documenting SDNY or Your Honor's misuse of office for Judge Engelmayer is not an abuse of filing yet, no one finds it an abuse of what Engelmayer did for Randi and Schemer. Document filed by Lucio Celli. (jjc) (Entered: 06/10/2025) |
| 06/06/2025 | 217 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 1/22/2025 re: That you dont remember is human and nothing wrong. Your Honor, however, intentionally or clerks fault (which I hope) because Your Honors profile matches |

| | | |
|---|---|---|
| | | the person that I spoke to. Document filed by Lucio Celli. (tp) (Entered: 06/10/2025) |
| 06/06/2025 | 218 | MOTION FOR CRIMINAL REFERRAL. Document filed by Lucio Celli. (Attachments: # 1 Appendix Attachment). (tp) (Entered: 06/10/2025) |
| 06/08/2025 | 212 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated 1/22/2025 re: Urgent Request for Accountability and Public Hearing on Retaliatory Misconduct by Randi Weingarten, AFT and the UFT. Document filed by Lucio Celli. (rro) (Entered: 06/09/2025) |
| 06/09/2025 | 213 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated June 8, 2025 re: Judge Cronan is impeding this Committing from gaining all knowledge of Judge Engelmayers political bias for Schumer and Schumer and Weingarten planned to cause my HIV drug resistance because I told the senate about their case fixing. Document filed by Lucio Celli.(jca) (Entered: 06/09/2025) |
| 06/09/2025 | 214 | ORDER denying 178 Motion ; denying 196 Motion ; denying 197 Motion ; denying 198 Motion ; denying 199 Motion ; denying 200 Motion ; denying 201 Motion ; denying 206 Motion ; denying 207 Motion ; denying 210 Motion. Plaintiff has made multiple filings that seek the undersigned's recusal and/or disqualification under 28 U.S.C. § 144 and he has filed an affidavit to this effect. Dkts. 178, 196-199, 206-207. These motions are denied for several reasons. Plaintiff's motion for certification of an interlocutory appeal, Dkt. 210, is denied. Plaintiff's motions for sanctions, Dkts. 200, 201, are denied as frivolous. The Court's June 3, 2025 Order noted "that Plaintiff has filed a voluminous amount of frivolous motions and submissions in recent weeks" and cautioned Plaintiff "that abusing the Court's official processes with baseless filings may result in sanctions." Dkt. 195 at 2. The Court notes that the overwhelming majority of Plaintiff's frivolous submissions have been transparently authored by an artificial intelligence program. If Plaintiff files additional frivolous motions in this matter, the Court will enter an order prohibiting him from filing any document which was authored with the assistance of an artificial intelligence program and require any submission be accompanied by a sworn affidavit that no such program was used in its creation. The Clerk of Court is respectfully directed to close Docket Numbers 178, 196, 197, 198, 199, 200, 201, 206, 207, and 210. (And as further set forth herein.) SO ORDERED. (Signed by Judge John P. Cronan on 6/9/2025) (jca) (Entered: 06/09/2025) |
| 06/09/2025 | 216 | MOTION MOTION FOR A REASON BEYOND FRIVOLOUS FOR § 1292(b) AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLARIFICATION AND STATEMENT OF REASONS REGARDING DENIAL OF CERTIFICATION OF INTERLOCUTORY APPEAL. Document filed by Lucio Celli. (jjc) (Entered: 06/10/2025) |
| 06/10/2025 | | MAILING RECEIPT: Document No: 214. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (mjy) (Entered: 06/10/2025) |
| 06/11/2025 | 219 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/11/2025 re: Please disregard and strike any filings of that are filed on June 9th and 10ththey were premature. Document filed by Lucio Celli. (jjc) (Entered: 06/11/2025) |

| 06/11/2025 | 220 | MOTION FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201(b)(d). Document filed by Lucio Celli. (jjc) (Entered: 06/11/2025) |
|---|---|---|
| 06/11/2025 | 221 | MOTION FOR ENGELMAYER'S ORDER BE REVIEWED UNDER STRICT SCRUTINY PURSUANT TO FEDERAL REGISTER RULE AT 85 FR 84229 AND HORNE v. FLORES, 557 U.S. 433, 448 (2009. Document filed by Lucio Celli. (jjc) (Entered: 06/11/2025) |
| 06/11/2025 | 222 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/11/2025 re: My Emails to Judge Engelmayer w/ him ignoring pension, wages, health and so is a pure violation of Federal Register rule 85 FR 84229 and Horne v. Flores, 557 U.S. 433, 448 (2009). Document filed by Lucio Celli. (jjc) (Entered: 06/11/2025) |
| 06/11/2025 | 223 | MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65. Document filed by Lucio Celli. (jjc) (Entered: 06/11/2025) |
| 06/12/2025 | 225 | LETTER addressed to Judge John P. Cronan dated 6/12/2025 re: Magistrate Lehrburger committed the same crime/misconduct that Judge Engelmayer did for Randi Weingartenignored the admission of Ben Silverman, esq with the fact that he did not do his job B/C Randi Weingarten and Cogan. Document filed by Lucio Celli..(nd) (Entered: 06/13/2025) |
| 06/12/2025 | 226 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/12/2025 re: Magistrate Lehrburger ignored the fact that most of my claims/facts had evidence within his possession-heightened my claim under 18 USC § 3711 with facts not yet disclosed to the public. Document filed by Lucio Celli..(nd) (Entered: 06/13/2025) |
| 06/13/2025 | 224 | PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED OBJECTION. Document filed by Lucio Celli. (jjc) (Entered: 06/13/2025) |
| 06/15/2025 | 229 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/15/2025 re: There are briefs to follow but they will be filed after I finish answer for OSC and Objections. Document filed by Lucio Celli. (vfr) (Entered: 06/16/2025) |
| 06/15/2025 | 231 | MOTION FOR EVIDENTIARY HEARING AND APPLICATION OF THE CRIME-FRAUD EXCEPTION. Document filed by Lucio Celli. (mml) (Entered: 06/17/2025) |
| 06/15/2025 | 232 | BRIEF. Document filed by Lucio Celli. (mml) (Entered: 06/17/2025) |
| 06/15/2025 | 233 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/15/2025 re: There are briefs to follow but they will be filed after I finish answer for OSC and Objections. Document filed by Lucio Celli. (mml) (Entered: 06/17/2025) |
| 06/15/2025 | 234 | SUPPLEMENTAL MOTION UNDER FRCP 60(b)(4), 60(d)(3), AND 52(b) FOR VACATUR, JUDICIAL FINDINGS, AND REFERRAL DUE TO FRAUD, CONFLICT OF INTEREST, AND COLLUSION. Document filed by Lucio Celli. (mml) (Entered: 06/17/2025) |
| 06/16/2025 | 227 | ORDER denying 224 Letter Motion for Leave to File Excess Pages. The request is denied. The Clerk of Court is respectfully directed to close Docket Number 224. SO ORDERED. (Signed by Judge John P. Cronan on 6/14/2025) (jca) (Entered: 06/16/2025) |

| 06/16/2025 | 228 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/13/2025 re: I read 28 USC § 144 now, I needed to pay attention to key words and phrases. Document filed by Lucio Celli.(ar) (Entered: 06/16/2025) |
|---|---|---|
| 06/16/2025 | 230 | MOTION TO VACATE UNDER FRCP 60(b)(4) AND 60(d)(3). Document filed by Lucio Celli.(tg) (Entered: 06/16/2025) |
| 06/16/2025 | 236 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/16/2025 re: Corrected Letter. Document filed by Lucio Celli. (ar) (Entered: 06/17/2025) |
| 06/17/2025 | | MAILING RECEIPT: Document No: 227. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kma) (Entered: 06/17/2025) |
| 06/17/2025 | 235 | MOTION TO RECEIVE COURT FILINGS BY EMAIL. Document filed by Lucio Celli. (jca) (Entered: 06/17/2025) |
| 06/17/2025 | 238 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/17/2025 re: Lack of/willful ignorance/ blind eye of the conduct of Randi Weingarten, Judge Engelmayer, Clerk Wolfe, and Judge Cogan were never mentioned by Judge Lehrburger in his R&Rwith Your Honors comment of the Court has reviewed is sign of bias when coupled with evidence being totally ignored, like my lawyers admission of conspiracy or that of Officer Cudina with her not allowed to testify of Judge Livingstons plan of Retaliation. Document filed by Lucio Celli. (Attachments: # 1 Exhibit to letter).(tro) (Entered: 06/18/2025) |
| 06/18/2025 | | MAILING RECEIPT: Document No: 227. Mailed to: Lucio Celli 89 Widmer Road Wappingers Falls, NY 12590. (kma) (Entered: 06/18/2025) |
| 06/18/2025 | 237 | ORDER granting 235 Motion To Receive Court Filings by Email. Application granted. Plaintiff has consented to receipt of filings by email. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 6/18/2025) (mml) (Entered: 06/18/2025) |
| 06/18/2025 | 239 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/18/2025 re: Question. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 240 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/15/2025 re: Letter of Assurance. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 241 | MOTION FOR EVIDENTIARY HEARING AND APPLICATION OF THE CRIME-FRAUD EXCEPTION for Randi Weingarten, the UFT, Judge Cogan, and Judge Engelmayer. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 242 | MOTION FOR JUDICIAL NOTICE OF LEGISLATIVE HISTORY CONCERNING 28 U.S.C. §§ 351-364 AND THE PURPOSE OF THE JUDICIAL CONDUCT AND DISABILITY ACT OF 1980 political bias being covered up by Schumer and Randi Wiengarten by this Court. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 243 | MOTION for Judicial notice of Mr. Browns brief to PERB and PERBs verification sent to me under FOIL, as Brown wrote be on payroll and NYC publicly filed the CBA with MOAs that states continuous employment with Lehrbuger intentionally ignoring the pleased facts because he has a quid pro quo with Livingston, Engelmayer and Weingartenthis is meant to protect the Cartel. |

| | | Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
|---|---|---|
| 06/18/2025 | 244 | MOTION FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201(b)-(d)-Filing Injunction Should Not Be Used to Quell a Whistleblower, as personnel actions fall under 5 USC §1216. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 245 | MOTION FOR RELIEF FROM PURSUANT TO FRCP 60(b)(3) as THE FRAUD-CRIME EXCEPTION because Mr. Brown lied to PERB with be on payroll and NYC Admin Code states Continuous Employment,-this is wage theft by the UFT and Brown was lawyer for the UFT during this time that I am OWED wages from 2009-2011. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 246 | PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11. Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/18/2025 | 247 | MOTION TO VACATE ORDERS PURSUANT TO FED. R. CIV. P. 60(b)(6) AND 60(d)(3)-no determination of Lehrburger's quid pro quo with Livingston and his suppression of evidence to this fact, "Officer Cudina's admission to me." Document filed by Lucio Celli. (ar) (Entered: 06/23/2025) |
| 06/19/2025 | 248 | MOTION TO COMPEL JUDICIAL NOTICE AND ACCOUNTING OF CONFLICTS, RETALIATORY MOTIVE, AND SUPPRESSION OF MATERIAL EVIDENCE BY JUDGES LEHRBURGER, CRONAN, AND LIVINGSTON IN LIGHT OF 1980 JUDICIAL MISCONDUCT AC. Document filed by Lucio Celli. (jjc) (Entered: 06/23/2025) |
| 06/23/2025 | 249 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/21/2025 re: Like I have been saying, Randi is like a crackhead and she the UFT repeat the same behaviors--most of which I believe fall under RICO, and I asked Hon. Gleason if she could listen since he prosecuted a few high-profiled cases. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 250 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/21/2025 re: I will provide the Court with OSC and Objection this week, but I believe that Your Honor should hold a little televised evidentiary. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 251 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/21/2025 re: I do not appreciate the threat of "sanctions' when I can provide Your Honor misconduct opinion and congressional records of "improper hiring practice of a magistrate judge.". Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 252 | MOTION FOR FINDING AND REFERRAL OF JUDICIAL MISCONDUCT AGAINST ASSIGNED JUDGES AND MAGISTRATE JUDGE. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 253 | MOTION FOR FINDING AND REFERRAL OF JUDICIAL MISCONDUCT AGAINST ASSIGNED DISTRICT JUDGE AND MAGISTRATE JUDGE. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 254 | MOTION FOR FINDING AND REFERRAL OF JUDICIAL MISCONDUCT AGAINST ASSIGNED DISTRICT JUDGE AND MAGISTRATE JUDGE. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |

| 06/23/2025 | 255 | MOTION FOR JUDICIAL NOTICE OF CONGRESSIONAL AND JUDICIAL findings MISCONDUCT PRECEDENT UNDER FED. R. EVID. 201. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/23/2025 | 256 | MOTION TO COMPEL JUDICIAL NOTICE AND ACCOUNTING OF CONFLICTS, RETALIATORY MOTIVE, AND SUPPRESSION OF MATERIAL EVIDENCE BY JUDGES LEHRBURGER, CRONAN, AND LIVINGSTON IN LIGHT OF 1980 JUDICIAL MISCONDUCT AC. Document filed by Lucio Celli. (jjc) (Entered: 06/26/2025) |
| 06/25/2025 | 257 | RESPONSE TO ORDER TO SHOW CAUSE re: 158 Order to Show Cause,. Document filed by Lucio Celli.(yv) (Entered: 06/27/2025) |
| 06/26/2025 | 258 | PLAINTIFF SUFFERED INJURY TO BUSINESS AND PROPERTY. Document filed by Lucio Celli. (jjc) (Entered: 06/27/2025) |
| 06/26/2025 | 260 | MOTION FOR SANCTIONS AND CRIMINAL REFERRAL FOR FRAUD, EMBEZZLEMENT, OBSTRUCTION, AND RACKETEERING CONDUCT OF THE UFT AND RANDI WEINGARTEN. Document filed by Lucio Celli. (jca) (Entered: 06/27/2025) |
| 06/26/2025 | 261 | PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION to 157 Report and Recommendations. Document filed by Lucio Celli. (jca) (Entered: 06/27/2025) |
| 06/26/2025 | 262 | MOTION FOR SANCTIONS PURSUANT TO RULE 11 AND THE COURTS INHERENT AUTHORITY FOR SUBMISSION OF A FRAUDULENT DOCUMENT. Document filed by Lucio Celli.(jca) (Entered: 06/27/2025) |
| 06/27/2025 | 259 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Lucio Celli dated January 22, 2025 re: Please take off Doc. 252, 253 and 254 because it is already filed. Document filed by Lucio Celli..(rro) (Entered: 06/27/2025) |
| 06/28/2025 | 263 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 6/28/2025 re: Retaliatory Sanctions by the Doe and UFT and Denial of Remedy in Coordination with Randi Weingarten and UFTas there is evidence that the NYC has and as doe DOJ. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 264 | LETTER from Lucio Celli dated 6/28/2025 re: Howard Friedmans aide admitted that Randi Weingarten and the UFT were harassing and this is what Engelmatyer helped to cover up. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 265 | LETTER from Lucio Celli dated 6/28/2025 re: Attached are letters to Pres Trump and other government agencies to terminate federal funds as they were are away of and have admitted to Randi Weingarten and UFTs to retaliation and mental harassment towards me with Lehrburger CRIMINALLY helping Randi Wiengarten and the UFT. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 266 | MOTION FOR EVIDENTIARY HEARING ON EMPLOYER ADMISSION OF UNION HARASSMENT. Document filed by Lucio Celli. (jjc) (Entered: 06/30/2025) |
| 06/28/2025 | 268 | PLAINTIFF'S MOTION FOR AN EVIDENTIARY HEARING. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |

| 06/28/2025 | 269 | MOTION FOR SANCTIONS, INVESTIGATORY HEARING, AND RELIEF UNDER FRCP 11, 26, 37, AND 60 BASED ON THE CITY'S KNOWLEDGE AND FAILURE TO INTERVENE IN CRIMINAL CONDUCT AND WAGE THEFT. Document filed by Lucio Celli. (jjc) Modified on 7/1/2025 (jjc). (Entered: 07/01/2025) |
|---|---|---|
| 06/28/2025 | 270 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE CITY OF NEW YORK FOR AIDING AND ABETTING RACKETEERING ACTIVITY INVOLVING THE UFT AND RANDI WEINGARTEN. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/28/2025 | 271 | PLAINTIFF'S MOTION TO AMEND OR MAKE ADDITIONAL FINDINGS OF FACT UNDER FEDERAL RULE OF CIVIL PROCEDURE 52(b). Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/28/2025 | 272 | PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' SANCTIONS REQUEST AND FOR SANCTIONS UNDER RULE 11(c), RULE 26(g), AND THE COURT'S INHERENT AUTHORITY. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/28/2025 | 273 | NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11(c), 26(g), AND THE COURT'S INHERENT AUTHORITY. Document filed by Lucio Celli. (jjc) (Entered: 07/01/2025) |
| 06/29/2025 | 280 | MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(rro) (Entered: 07/02/2025) |
| 07/01/2025 | 267 | ORDER: On June 23, 2025, Plaintiff filed a 266-page submission objecting to Judge Lehrburgers Report and Recommendation. Dkt. 261. As Plaintiff is aware, the Court denied him leave to file an oversized objection, Dkt. 227, and this submission plainly does not comply with the page limitation set by the Court in its May 28, 2025 Order. Plaintiff shall re-file his objections to the Report and Recommendation by July 7, 2025 in a submission that complies with the limitations on length identified by the Court. Such a submission may not contain new material aside from what was provided in Plaintiffs June 23 submission. If Plaintiff does not re-file his objections to the Report and Recommendation by that date, the Court will consider only the first twenty-five pages of Plaintiff's June 23 submission in making its decision on whether to adopt Judge Lehrburger's Report and Recommendation. The Court also observes that Plaintiff has filed a number of frivolous submissions in recent weeks. Such filings are an abuse of the Court's official processes. Plaintiff is warned that continuing to make frivolous submissions while his objections to Judge Lehrburger's Report and Recommendation and response to the Courts May 28, 2025 Order to Show Cause are under consideration may result in sanctions, including striking Plaintiff's submissions and/or his objections and response to the Order to Show Cause. (And as further set forth herein.) SO ORDERED. (Objections to R&R due by 7/7/2025) (Signed by Judge John P. Cronan on 7/1/2025) (jca) (Entered: 07/01/2025) |

| 07/01/2025 | 274 | MOTION FOR JUDICIAL NOTICE OF MATERIAL FACTS REGARDING JUDICIAL OBSTRUCTION AND SUPPRESSION OF EVIDENCE BY JUDGES ENGELMAYER AND LEHRBURGER. Document filed by Lucio Celli..(jca) (Entered: 07/01/2025) |
|---|---|---|
| 07/01/2025 | 275 | MOTION TO AMEND MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SANCTIONS AND FOR AN EVIDENTIARY HEARING. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 276 | MOTION TO CONFIRM TIMELY SERVICE UPON DEFENDANT CITY OF NEW YORK. Document filed by Lucio Celli. (jca) (Entered: 07/01/2025) |
| 07/01/2025 | 277 | PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11, 37(b), AND THE COURT'S INHERENT POWERS FOR CONCEALMENT OF EVIDENCE OF CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 278 | NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(c) AND 37(b)-Lehrburger concealing evidence from BOP of Silverman and Randi Weingarten intimating my mother. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 279 | MOTION UNDER FRCP 52(b), 60(b)(6), AND 11 FOR SANCTIONS AND RELIEF FROM MAGISTRATE JUDGE LEHRBURGER'S FINDINGS AND LEHRBURGER's OBSTRUCTION ALSO COUNTS as a predicate act for the UFT and Randi Weingarten. Document filed by Lucio Celli.(jca) (Entered: 07/01/2025) |
| 07/01/2025 | 284 | NOTICE OF MOTION, AFFIRMATION, AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SANCTIONS, RECORD CORRECTION, AND CRIME-FRAUD RELIEF PURSUANT TO PENAL LAW § 175.20 AND JUDICIARY LAW § 487. Document filed by Lucio Celli. (yv) (Entered: 07/07/2025) |
| 07/01/2025 | 285 | MOTION to Strike ARBITRATION DECISION OBTAINED THROUGH CRIME-FRAUD SCHEME AND RICO ENTERPRISE CONDUCT, AND TO STRIKE KNOWINGLY FALSE SUBMISSION BY MR. BROWN. Document filed by Lucio Celli.(yv) (Entered: 07/07/2025) |
| 07/01/2025 | 286 | MOTION TO STRIKE DOE'S PLEADINGS with Sanction request AND FOR SANCTIONS UNDER FEDERAL LAW FOR EVIDENCE CONCEALMENT, RICO VIOLATIONS, OBSTRUCTION, AND CRIME-FRAUD SCHEME. Document filed by Lucio Celli.(yv) (Entered: 07/07/2025) |
| 07/01/2025 | 291 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND DECLARATION OF FEDERAL EXCLUSIVE JURISDICTION OVER PROCEEDINGS ARISING FROM JUDGE ENGELMAYER'S AUGUST 9, 2023 ORDER. Document filed by Lucio Celli. (mml) (Entered: 07/08/2025) |
| 07/01/2025 | 292 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE UNDER FEDERAL RULE OF EVIDENCE 201. Document filed by Lucio Celli. (mml) (Entered: 07/08/2025) |
| 07/02/2025 | 281 | MOTION FOR SANCTIONS, EVIDENTIARY HEARING, AND ENFORCEMENT OF 18 U.S.C. § 1581, AND RELATED CONSTITUTIONAL |

| | | VIOLATIONS ARISING FROM ILLEGAL DETENTION TO ENFORCE WAGE THEFT AND OBSTRUCT JUDICIAL ORDERS-part of fabricated probation violation and civil RICO. Document filed by Lucio Celli. (jca) (Entered: 07/02/2025) |
|---|---|---|
| 07/02/2025 | 282 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE UNITED FEDERATION OF TEACHERS AND THE NEW YORK CITY DEPARTMENT OF EDUCATION. Document filed by Lucio Celli.(jca) (Entered: 07/02/2025) |
| 07/02/2025 | 283 | NOTICE OF MOTION AND AFFIRMATION IN SUPPORT OF MOTION TO STRIKE PRIVILEGE, COMPEL DISCLOSURE, AND SANCTION DEFENDANTS FOR FRAUD ON THE TRIBUNAL UNDER THE CRIME-FRAUD EXCEPTION AND PENAL LAW §§ 215.00 ET SEQ. Document filed by Lucio Celli. (jca) (Entered: 07/02/2025) |
| 07/03/2025 | 293 | MOTION FOR TO PROVIDE A REASON FOR FINDING OF FRIVOLOUSNESS. Document filed by Lucio Celli.(tg) (Entered: 07/08/2025) |
| 07/03/2025 | 294 | LETTER addressed to Judge Jennifer H. Rearden from Lucio Celli dated 7/3/2025 re: Re: This Court KEEPS concealing the FACTS of Engelmayers and Randi Weingartens crimes against THEY [REDACTED] DEPRIVED me of every [REDACTED] and there is evidence that the court ignore. Document filed by Lucio Celli.(tg) (Entered: 07/08/2025) |
| 07/03/2025 | 295 | LETTER addressed to Clerk an Assigned Judges from Lucio Celli dated 7/3/2025 re: Formal Objection - Sanction Threats Used to Conceal Magistrate Judge Lehrburger's Criminal Misconduct and Conspiracy to Obstruct Under 18 U.S.C. § 371 for Judge Engelmayer and Randi Weingarten- in a time that he might be up for impeachment during 2025-2026 congressional session is Your Honor's misconduct. Document filed by Lucio Celli.(tg) (Entered: 07/08/2025) |
| 07/03/2025 | 296 | MOTION FOR TO PROVIDE A REASON FOR "FINDING OF FRIVOLOUSNESS." Document filed by Lucio Celli.(tg) (Entered: 07/08/2025) |
| 07/03/2025 | 297 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/3/2025 re: Your Honor provided the pro se plaintiff in Miller v. Apple, Inc., No. 25 Civ. 1172 (JPC) (RFT), 2025 WL 1554589, at *10-11 (S.D.N.Y. June 2, 2025) detailed reasons and warnings of what and how the filings were frivolous, but Your Honor has ignored my requests for detailed reasoning which is legally owed to me and needed for the Court of Appeals. Document filed by Lucio Celli.(tg) (Entered: 07/08/2025) |
| 07/04/2025 | 287 | LETTER addressed to Clerk and the Assigned Judges from Lucio Celli dated 7/3/2025 re: Formal Objection Sanction Threats Used to Conceal Magistrate Judge Lehrburgers Criminal Misconduct and Conspiracy to Obstruct Under 18 U.S.C. § 371 for Judge Engelmayer and Randi Weingartenin a time that he might be up for impeachment during 2025-2026 congressional session is Your Honors misconduct. Document filed by Lucio Celli..(nb) (Entered: 07/08/2025) |
| 07/05/2025 | 288 | OBJECTION to 157 Report and Recommendations Document filed by Lucio Celli..(nb) (Entered: 07/08/2025) |
| 07/05/2025 | 289 | Objections to Report and Recommendation and reduced to pages. Document filed by Lucio Celli..(nb) (Entered: 07/08/2025) |

| 07/05/2025 | 290 | MOTION to Vacate ANY Final Judgment or DISMISSAL. Document filed by Lucio Celli. (nb) (Entered: 07/08/2025) |
|---|---|---|
| 07/07/2025 | 299 | OBJECTION to 157 Report and Recommendations. Document filed by Lucio Celli. (jca) (Entered: 07/09/2025) |
| 07/09/2025 | 298 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 3, 2025 re: I plan, for the moment, to stop filing for a while because I need to focus on others things and it does not matter what I file or do not file because it has already been decided for Randi and the UFT. Document filed by Lucio Celli. (jca) (Entered: 07/09/2025) |
| 07/10/2025 | 300 | MOTION FOR EVIDENTIARY HEARING. Document filed by Lucio Celli.(tg) (Entered: 07/11/2025) |
| 07/10/2025 | 301 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/10/2025 re: Clarity retro and illegally detention. Document filed by Lucio Celli.(tg) (Entered: 07/11/2025) |
| 07/10/2025 | 302 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 10, 2025 re: Clarity retro and illegally detention. Document filed by Lucio Celli. (jca) (Entered: 07/14/2025) |
| 07/10/2025 | 303 | LETTER addressed to Pres Trump, AG Bondi, FBI, Congress and Rep Green with Your Honors from Lucio Celli dated July 11, 2025 re: Notice. Document filed by Lucio Celli. (ar) (Entered: 07/14/2025) |
| 07/10/2025 | 304 | MOTION FOR Pres Trump to intervene as Engelmayers orders are part of his duties and it is part of the reason Engelmayer needs to be impeached because of his misuse of his office for political reasons of Schumer and Randi Weingarten. Document filed by Lucio Celli. (ar) (Entered: 07/14/2025) |
| 07/11/2025 | 305 | LETTER addressed to Pres Trump, AG Bondi, Rep Green and House Jud. Com. from Lucio Celli re: submission of false documents that contradicts Engelmayer's orders and events. Document filed by Lucio Celli.(yv) (Entered: 07/14/2025) |
| 07/11/2025 | 306 | MOTION FOR Pres Trump to intervene as Engelmayers orders are part of his duties and it is part of his office for political reasons of Schumer and Randi Weingarten. Document filed by Lucio Celli.(yv) (Entered: 07/14/2025) |
| 07/11/2025 | 307 | LETTER addressed to Hon. Cronan Pres Trump, AG Bondi, Rep Green and House Jud. Com. from Lucio Celli re: Letter to Judge Cronan, how are the UFT, Randi Weingarten and the DOE allowed to get away with wage theft and pension theft when I have evidence and admissions various agencies within the NYC. Document filed by Lucio Celli.(yv) (Entered: 07/14/2025) |
| 07/11/2025 | 308 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: Letter to Judge Cronan, how or when is Your Honor going to address the fact that I was prevented from defending myself and the fact that Brown of the UFT prevented the Court with false evidence and Frank has not informed the Court with a request from Trump/Bondi to have the AUSAs write a letter of this fact known to them as the record is clear in 19cr127. Document filed by Lucio Celli.(tg) (Entered: 07/14/2025) |

| 07/13/2025 | 309 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Ms. Kopplin of US Ethics Committee, ethical complaint against Sen. Schumer and Sen. Gillibrand for helping Randi Wiengarten, the UFT, the NYC and Judge Engelmayer steal wages owed to me and preventing the testimony of Ms. Petterson and others to establish this fact for the record or call Friedmans aide or the emails he mentioned-under 18 USC § 245. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| --- | --- | --- |
| 07/13/2025 | 310 | PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ASSISTANT UNITED STATES ATTORNEYS FOR CONCEALING MATERIAL FILINGS, WAGE THEFT, AND FACILITATING FRAUD ON THE COURT. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 311 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Price and I have the same Supervisor and both held without bail, but our supervisor gave Price her retro and knew about the bail and deprived me of my retro money because of the bail. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 312 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Lehrburger prevented Dubeck and Strauber from testifying about pension theft and lied about pension theft to help Livingston and Engelmayernow I inform the Court that Hon. Gleason was on the emails to Strauber with the evidence from the UFT and NYC TRS. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 313 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Wolfe continue to obstruct justice by blocking my filings at the 2d Cir. and Livingston has not answered my letter for N95 form for Probation's misconduct. Document filed by Lucio Celli. (jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 314 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025 re: Senate Ethics Committee, please have Ms. Kopplin remind Chef Judge Livingston that she was on the cc'ed that Livingston, Brown of the UFT and NYC Law Deptas Brown, and Franks with Lehrburger made material misrepresentation of facts about Engelmayer's order, Judge Frank's order, & Art. Taylor's decision because they are ALL based on what occurred before Judge Engelmayer with 400 judges (w/ Brown and Law Dept) were sent audios of Probation and my lawyers. Document filed by Lucio Celli..(jjc) (Entered: 07/15/2025) |
| 07/13/2025 | 315 | LETTER MOTION to Compel addressed to Judge John P. Cronan from Lucio Celli dated 7/13/2025. Document filed by Lucio Celli. (jjc) (Entered: 07/16/2025) |
| 07/19/2025 | 317 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated June 11, 2025 re: City Councils Obligations under the Charter of NYC which are violation under Monell, ADA, 504, and ACA. Document filed by Lucio Celli. (jca) (Entered: 07/21/2025) |
| 07/19/2025 | 318 | LETTER from Lucio Celli dated 6/11/2025 re: Re: Doc Nos. from 40 through 47 are Motion or Letters to Judge Subramanian and not Judge Cronan with Pres Trump and AG Bondi are only being served in their official capacity, so no need to rule my request. Document filed by Lucio Celli.(tg) (Entered: 07/21/2025) |

| 07/21/2025 | 316 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated June 11, 2025 re: Denial of HIV Meds. By Council members staff w/ audios and Subsequence to Amend, and injunction to allow, as City Council had knowledge, the Charter of NYC and intentional indifference. Document filed by Lucio Celli. (jca) (Entered: 07/21/2025) |
| --- | --- | --- |
| 07/21/2025 | 319 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: Taylor's main statements which were misrepresentations of the CBA and the 3020a statute. Document filed by Lucio Celli.(yv) (Entered: 07/22/2025) |
| 07/22/2025 | 320 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: Evidence that the City Council members and/or their staff relates to Magistrate Lehrburger's crime for Livingston, Weingarten, and Engelmayer with how Engelmayer/Weingarten fabricated arbitration decision by UFTs & Weingarten's former employee, Taylor-lets not forget the need for Frank to be terminated for his conduct before this courts. Document filed by Lucio Celli. (jca) (Entered: 07/22/2025) |
| 07/22/2025 | 321 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: Please strike Doc. No. 318, as this letter belongs in 25-cv-4505. Document filed by Lucio Celli.(jca) (Entered: 07/22/2025) |
| 07/23/2025 | 322 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: Letters/Motions sent to SDNY have not made their debut in EDNY or 2d Cir., as I am required to inform judges of any possible crime and/or misconduct of Court personnel. Document filed by Lucio Celli..(jca) (Entered: 07/23/2025) |
| 07/23/2025 | 323 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: I want the court to know that I sent the Zoom link to Officer Sparks, Officer Lombardo and another one for the 3020a-because I told Sparks that I can PROVE false report of Silvermans email was not the transcript of July 20, 2021 and perjury because Silverman was my lawyer and Engelmayer was my judge on July 20, 2021-these are pure facts. Document filed by Lucio Celli. (jca) (Entered: 07/23/2025) |
| 07/23/2025 | 324 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated July 22, 2025 re: I need the Court to know that Officer Sparks, Kopplin and City Council with their staff all have evidence of one document that has been missing since 2017 and Wolfe said, I told Clerk Young not to docket - plus a NEW ONE. Document filed by Lucio Celli.(jca) (Entered: 07/23/2025) |
| 07/24/2025 | 325 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Compel Officer Sparks to provide evidence that 2d Cir. did not rule on Cogans misuse of office for the UFT and Weingarten BECAUSE there has been a motion missing SINCE 2017-so, further shows Hon. Gujaratis criminal conduct for the UFT and Weingarten via Sen. Gillibrand-remember over a penis picture-and aided conceal their crime-fraud before Your Honor with Chief Judge Livingston ignoring misconduct/crime of Wolfe and Sparks. Document filed by Lucio Celli. (jjc) (Entered: 07/25/2025) |
| 07/25/2025 | 328 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I can promise Engelmayer's impeachment requesters that I can prove political misconduct by Engelmayer and all other Schumer or Gillibrand judge-as there is |

| | | HARD evidence of Randi Weingarten's and Judge Cogan crimes before Engelmayer-I will not receive any justice in the 2d Cir because it has been preplanned since May 2024, but I would be VERY happy with a televised playing and showing of my evidence. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 327 | MOTION TO REQUEST INTERJUDICIAL CONFERENCE. Document filed by Lucio Celli.(yv) (Entered: 07/30/2025) |
| 07/26/2025 | 329 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subranmain wants to sanction me for attempting to correct the criminal injustice by Weingarten and Engelmayer with the help of Schumer-I am a right to a fair trial, I have a right to wages earned, I have the rights to pension, and I have the right to show how Subranmain is committing a crime for Randi under 18 USC § 371, as Livingston has some of the evidence mentioned to DA Dubeck or Peterson. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 330 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subranmain, Rearden, Donnelly, Gujarati, Aaron, Lehrburger, Sebiel, Taylor-Swain, Wolfe, and Livingston have misused their office for political misuse for Randi Weingarten to conceal her interference with my lawyer, Silverman, retaliate by stealing wages from me and for Randi and aided Randi and Engelmayer conceal what they did to me for the past 6 years-reason I now approach Engelmayer's impeachment requesters to present evidence of what is being conceal by Schumer/Gillibrand. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 331 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I want Engelmayer's impeachment requesters to know what is being ignored or distorted are crimes under 18 USC § 371 when Cronan was an AUSA and he was one of the AUSAs who said if those are the facts, then a crime was committed...I need to go back to make sure if there if there is anything about evidence because you could some of it from Kopplin. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 332 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: I am submitting the audio of Cudina's admission of Livingston's and Engelmayer's interference of preventing Engelmayer's orders from being enforced, her admission of Engelmayer violated me the 2nd time, and her admission of retaliation of HIV as a lesson for telling because I wanted to enforce Engelmayer's order, as Subramanian wrote an opinion that my evidence of judicial misconduct is frivolous, denial of HIV meds is frivolous, wage and pension theft are frivolous. Document filed by Lucio Celli. (jjc) (Entered: 07/30/2025) |
| 07/26/2025 | 333 | LETTER addressed to Judge John P. Cronan from Lucio Celli dated 7/22/2025 re: Subramain did not review my document because Schumer is mentioned in it and Cudina's admission, Kellman's, Santana's, and Silverman's admission are all mentioned but only some of Cudina's statement deal with my termination and some of Sanatna's too-the others deal with Engelmayer's and Randi's criminal conduct under 18 USC § 371-another judge commits a crime for Randi.. Document filed by Lucio Celli..(jjc) (Entered: 07/30/2025) |

| 07/28/2025 | 326 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/22/25 re: Engelmayer's impeachment. Document filed by Lucio Celli.(yv) (Entered: 07/30/2025) |
| 07/28/2025 | 334 | MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(e) AND/OR RULE 60(b). Document filed by Lucio Celli.(rro) (Entered: 07/31/2025) |
| 07/28/2025 | 335 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Mention of emails but not audios. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 336 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Failure to address allegations in emails. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 337 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 6/11/2025 re: Case distorted by R&R. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 338 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Hon. Gleason not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 339 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Randi's interference not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 340 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Sen. Schumer recommendations not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 07/28/2025 | 341 | LETTER addressed to Judge Arun Subramanian from Lucio Celli dated 7/28/2025 re: Judge Livingston issue not addressed. Document filed by Lucio Celli. (ar) (Entered: 08/01/2025) |
| 08/07/2025 | 342 | LETTER addressed to Court of Appeals from Lucio Celli dated 6/11/2025 re: I will send the affidavits Congress, especially to those who have requested Engelmayers impeachment.. Document filed by Lucio Celli.(tg) (Entered: 08/08/2025) |
| 08/20/2025 | 343 | LETTER from Lucio Celli dated 8/19/2025 re: Re: Judge Subramanian wrote that I didnt like the fucking out come of my conviction but the FUCKING state by Karamigios that I DID NOT HAVEV ... FREE WILL. Document filed by Lucio Celli. (jjc) Modified on 8/21/2025 (jjc). (Entered: 08/21/2025) |
| 08/21/2025 | 344 | LETTER from Lucio Celli dated 8/19/2025 re: the transcriptionist informed me that the transcript of July 20, 2021 was never sent to the 2d Cir., per Judge Engelmayer's orders-audio recorded there is evidence of Engelmayer's criminal conduct!!! Document filed by Lucio Celli..(sgz) (Entered: 08/21/2025) |
| 08/21/2025 | 345 | LETTER from Lucio Celli dated 8/21/2025 re: Schumer with his judges and Randi Weingarten deprived me of FREE WILL to plead guilty. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 346 | LETTER from Lucio Celli dated 8/21/2025 re: One of audios related to Cudina's admission of Engelmayer's fabrication of probation violation and Livingston's |

| | | |
|---|---|---|
| | | retaliation to fix cases against me were sent to Officer Sparks and Ms. Kopplin of Senate Ethics Committee. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 348 | MOTION FOR JUDICIAL NOTICE OF AUDIO RECORDING. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/21/2025 | 349 | MOTION to Strike. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/22/2025 | 347 | MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE [11(c)/37(b)/83(b)] TO VACATE OR DENY SANCTIONS THAT ARE POLITICALLY MOTIVATED AND RETALIATORY. Document filed by Lucio Celli. (jjc) (Entered: 08/22/2025) |
| 08/26/2025 | 350 | BRIEF TO SUPPORT ENGELMAYER'S ORDER WAS AN OVERREACH IN MY 3020a FEDERALISM IS AT THE CORE OF THIS BRIEF AND SUPPORTS DOC NOS: 220, 221, 222, 223, AND 225. Document filed by Lucio Celli. (jjc) (Entered: 08/27/2025) |
| 08/26/2025 | 351 | OBJECTION TO R&R AND REDUCED TO PAGES 157 Report and Recommendations Document filed by Lucio Celli. (jjc) (Entered: 08/27/2025) |
| 08/26/2025 | 352 | THIS IS TO OBJECTION SANCTIONS FOR SCHUMER RNADI. Document filed by Lucio Celli. (jjc) (Entered: 08/27/2025) |
| 09/09/2025 | 353 | MOTION TO VACATE JUDGMENT AS VOID UNDER RULE 60(b)(4) DUE TO RECORD SUPPRESSION. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 354 | MOTION FOR AN EVIDENTIARY HEARING REGARDING CLERICAL ERROR IN DOCKETING OF CASE NO. 25-CV-4505. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 355 | MOTION TO VACATE JUDGMENT FOR INSTITUTIONAL BIAS AND DENIAL OF A NEUTRAL TRIBUNAL. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 356 | MOTION TO CORRECT THE RECORD AND STRIKE CASE NO. 25-CV-4505. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 357 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: There is serious clerical error in 25-cv-4505 with the fact that I do not know if the mistake was mine or the Pro Se Intake Office because the first page informs the Court that the 25-cv-4505 is ONLY about the outside interference by Randi Weingarten, Judge Cogan and my lawyers admission with BOP and probation denying me access to HIV meds AND NOTHING to do with my employment so Judge Subramanian did not distort the record and I am glad that I did not make this accusation. Document filed by Lucio Celli..(tg) (Entered: 09/10/2025) |
| 09/09/2025 | 358 | LETTER addressed to Judge John P. Cronan from Lucio Celli re: I will submit an affidavit that 25-cv-4505 has a clerical mistake because the petition should have ONLY centered on outside interference by Randi Wiengarten and others with audio suppression of Silvermanat the present time, I do not if the mistake was mine or Pro Ses fault as I need to locate the email and timestamp. Document filed by Lucio Celli.(tg) (Entered: 09/10/2025) |

| 09/10/2025 | 359 | MOTION TO CORRECT DOCKET ENTRY PURSUANT TO FRCP 60(a) at Doc. 110 in 25-cv-4505 has Doc. 107 reading as "motion to amend" for Doc. No 107 but has Doc no 107 as "motion to accept late." And motion to amend for clerical error was submitted after judge's decision and at the present time does not appear on 25-cv-4505 but appears on 24-cv-9743 and 25-cv-2031. Document filed by Lucio Celli.(tro) (Entered: 09/11/2025) |
|---|---|---|
| 09/10/2025 | 360 | LETTER addressed to Judge Laura Taylor Swain from Lucio Celli re: I will submit an amended complaint to include SDNY and EDNY clerks office as there are missing documents and 25-cv-4505 has the wrong complaint because it has nothing to do with my employment but Lehrburger helping Randi Weingarten, Livingston and Schumer with missing defendants nameslastly the Pro Se Office has motion to amend for Doc 107 at Doc.110 but doc no 107 has motion to accept late in 35-cv-4505 with Judge Arun Subramanian did not even had motion to amend for the WRONG complaint in 25-cv-4505. Document filed by Lucio Celli..(tro) (Entered: 09/11/2025) |
| 09/11/2025 | 361 | MOTION FOR JUDICIAL NOTICE AND TO CORRECT THE RECORD. Document filed by Lucio Celli. (jca) (Entered: 09/12/2025) |
| 09/12/2025 | 362 | LETTER from Lucio Celli dated 9/9/2025 re: I attached the docket for 24-cv-9743 and not the docket for 25-cv -4505. Attached is the pre corrected docket and the Pro Se Office has not uploaded my notice for appeal order no.98. Document filed by Lucio Celli. (jjc) (Entered: 09/15/2025) |
| 09/15/2025 | 363 | LETTER from Lucio Celli dated 9/15/25 re: intentionally ignored audios of the UFT denying me grievances and HIV meds. Document filed by Lucio Celli.(yv) (Entered: 09/16/2025) |
| 09/16/2025 | 364 | PLAINTIFF'S MOTION TO CORRECT AND SUPPLEMENT THE RECORD PURSUANT TO FRCP 60(b), 60(d)(3), AND FRAP 10(e). Document filed by Lucio Celli. (jjc) (Entered: 09/16/2025) |
| 09/16/2025 | 365 | PLAINTIFF'S MOTION TO PRESERVE APPEALABLE ISSUES. Document filed by Lucio Celli. (jjc) (Entered: 09/16/2025) |
| 09/17/2025 | 366 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND TO VOID JUDGMENT BASED ON CLERK MISCONDUCT AND CONCEALMENT OF FILINGS. Document filed by Lucio Celli. (rro) (Entered: 09/19/2025) |
| 10/06/2025 | 367 | PRO SE MEMORANDUM re: CHANGE OF ADDRESS for Lucio Celli. New Address: 39 Aveonis Court Fishkill, NY 12524. (jca) (Entered: 10/07/2025) |
| 10/06/2025 | 368 | DECLARATION OF LUCIO CELLI IN SUPPORT OF MOTION TO RECONSIDER EXCLUSION OF AUDIO EVIDENCE. Document filed by Lucio Celli. (jca) (Entered: 10/07/2025) |
| 10/06/2025 | 369 | LETTER addressed to Congress from Lucio Celli dated 9/15/2025 re: to enact or use The Suspension Clause, the Judicial Power Clause, and Structural Separation of Powers. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 370 | LETTER from Lucio Celli dated 10/6/2025 re: Senate Judiciary Committee Responsibilities and Request for Oversight. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |

| 10/06/2025 | 371 | MOTION FOR JUDICIAL NOTICE. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
|---|---|---|
| 10/06/2025 | 372 | MOTION AND MEMORANDUM OF LAW IN SUPPORT OF JUDICIAL NOTICE. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 373 | PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND TO VOID APPEAL JUDGMENT BASED ON CLERK MISCONDUCT. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 374 | MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S RULE 60(b)(4)/(6) MOTION AND REQUEST FOR JUDICIAL NOTICE re: 373 MOTION PLAINTIFF'S MOTION FOR JUDICIAL NOTICE AND TO VOID APPEAL JUDGMENT BASED ON CLERK MISCONDUCT.. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 375 | MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 376 | PETITION FOR INVESTIGATION INTO PROSECUTORIAL MISCONDUCT. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/06/2025 | 377 | JUDICIAL MISCONDUCT COMPLAINT AND REQUEST FOR INVESTIGATION. Document filed by Lucio Celli. (jjc) (Entered: 10/08/2025) |
| 10/10/2025 | 378 | AFFIDAVITS TO SUPPORT MY FRCP 65. Document filed by Lucio Celli. (jjc) (Entered: 10/15/2025) |
| 10/10/2025 | 379 | MOTION FOR EMERGENCY INJUNCTION. Document filed by Lucio Celli. (jjc) (Entered: 10/15/2025) |
| 10/21/2025 | 380 | MOTION TO THE CHIEF JUDGE FOR ADMINISTRATIVE REVIEW AND REASSIGNMENT UNDER LOCAL RULE 13(b) and 28 U.S.C. § 137(a). Document filed by Lucio Celli. (jjc) (Entered: 10/21/2025) |
| 12/29/2025 | 381 | OPINION ADOPTING REPORT AND RECOMMENDATION for 157 Report and Recommendations. For the reasons stated above, the Court adopts the Report and Recommendation to the extent it recommends dismissal with prejudice pursuant to Rule 41(b) on account of Celli's repeated failure to comply with court orders. Given that dispositive conclusion, the Court does not reach the other grounds for dismissal identified by Judge Lehrburger in his thorough and well-reasoned Report and Recommendation. In addition, given Judge Subramanian's issuance of the Bar Order, enjoining Celli from filing future civil actions concerning his termination from DOE without leave of Court, this Court declines to impose a further filing injunction. UFT's motion to dismiss therefore is granted and Celli's claims against all Defendants in this case are dismissed with prejudice. The Clerk of Court is respectfully directed to enter final judgment in favor of Defendants and to close this case. SO ORDERED. (Signed by Judge John P. Cronan on 12/29/2025) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 12/29/2025) |
| 12/29/2025 | 383 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** NOTICE OF APPEAL TO THE FEDERAL CIRCUIT..(nd) (Entered: 12/30/2025) |

| 12/30/2025 | 382 | CLERK'S JUDGMENT re: 381 Order Adopting Report and Recommendations 157 Report and Recommendations in favor of Cogan, DOJ, Engelmayer, Livingston, Mulgrew, NYC Dept of Education, NYC Teacher's Retirement System, New York City, Santana, Trump, United Federation of Teachers, Wolfe, Ben Silverman, Randi Weingarten, Susan Kellman against Lucio Celli. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated December 29, 2025, the Court has adopted the Report and Recommendation to the extent it recommends dismissal with prejudice pursuant to Rule 41(b) on account of Celli's repeated failure to comply with court orders. Given that dispositive conclusion, the Court does not reach the other grounds for dismissal identified by Judge Lehrburger in his thorough and well-reasoned Report and Recommendation. In addition, given Judge Subramanian's issuance of the Bar Order, enjoining Celli from filing future civil actions concerning his termination from DOE without leave of Court, this Court has declined to impose a further filing injunction. UFT's motion to dismiss therefore is granted and Celli's claims against all Defendants in this case are dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 12/30/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 12/30/2025) |
| --- | --- | --- |
| 12/30/2025 | | ***NOTICE TO FILER REGARDING DEFICIENT APPEAL. Notice to Lucio Celli to RE-FILE Document No. 383 Notice of Appeal to the Federal Circuit.. The filing is deficient for the following reason(s): plaintiff did not mention which order/judgment being appealed. Re-file the Notice of Appeal. (nd)** (Entered: 12/30/2025) |
| 01/23/2026 | 384 | **FILING ERROR - NO ORDER SELECTED FOR APPEAL -** NOTICE OF APPEAL. Document filed by Lucio Celli. Form D-P is due within 14 days to the Court of Appeals, Second Circuit.(km) Modified on 1/27/2026 (km). (Entered: 01/27/2026) |
| 01/23/2026 | 385 | PLAINTIFF'S MOTION FOR RECONSIDERATION, VACATUR, AND DISQUALIFICATION. Document filed by Lucio Celli. (jjc) (Entered: 01/27/2026) |
| 01/23/2026 | 386 | NOTICE OF APPEAL TO THE FEDERAL CIRCUIT from 382 Clerk's Judgment, 381 Opinion Adopting Report and Recommendations..(nd) (Entered: 01/29/2026) |
| 01/23/2026 | | Appeal Fee Due: for 386 Notice of Appeal to the Federal Circuit.$605.00 Appeal fee due by 2/6/2026..(nd) (Entered: 01/29/2026) |
| 01/27/2026 | | ***NOTICE TO FILER REGARDING DEFICIENT APPEAL. Notice to Filer regarding Document No. 384 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. (km)** (Entered: 01/27/2026) |
| 01/29/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals for the Federal Circuit re: 386 Notice of Appeal to the Federal Circuit..(nd) (Entered: 01/29/2026) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                    :

LUCIO CELLI,                           :

                             :

                 Plaintiff,       :

                           :         24 Civ. 9743 (JPC) (RWL)

         -v-                    :

                           :        <u>OPINION ADOPTING</u>

NEW YORK CITY, *et al.*,       :         <u>REPORT AND</u>

                           :        <u>RECOMMENDATION</u>

                Defendants.    :

                           :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case marks at least the ninth action Lucio Celli has brought alleging claims arising out of his federal criminal conviction and subsequent termination as a tenured teacher for the New York City Department of Education ("DOE"). On May 27, 2025, the Honorable Robert W. Lehrburger, to whom this case has been referred for general supervision of pretrial proceedings and to issue a report and recommendation on any dispositive motions, recommended that the undersigned dismiss Celli's *pro se* Amended Complaint on various alternative grounds: Celli's failure to comply with Federal Rule of Civil Procedure 8, Dkt. 157 ("Report and Recommendation") at 19-21, Celli's repeated and flagrant violations of judicial orders, *id.* at 21-25, and the Amended Complaint's failure to state a claim upon which relief may be granted, *id.* at 25-34. Judge Lehrburger further recommended that the undersigned order Celli to show cause why a filing injunction should not issue barring him from commencing any further actions in the Southern and Eastern Districts of New York concerning the termination of his employment with the DOE without first requesting and obtaining leave of court to do so. *Id.* at 34-38.

       For reasons that follow, this Court adopts Judge Lehrburger's recommendation to dismiss this action with prejudice on account of Celli's repeated violations of judicial orders. Given that

dispositive conclusion, the Court declines to reach Judge Lehrburger's alternative grounds for dismissal. In light of a filing injunction imposed on Celli by another judge of this District since the Report and Recommendation was issued, this Court declines to issue a further filing injunction.

## I. Background

### A.    Celli's Litigation History and Criminal Conviction

Celli is a vexatious litigant whose court filings are predominantly "rambling," *Celli v. N.Y.C. Dep't of Educ.*, No. 15 Civ. 3679 (BMC), 2016 WL 10567948, at *2 (E.D.N.Y. Dec. 24, 2016), "disjointed," *Celli v. N.Y. Dep't of Educ.*, No. 21 Civ. 10455 (LTS), 2022 WL 19696, at *2 (S.D.N.Y. Jan. 3, 2022), "frivolous," Report and Recommendation at 5, and "brazen and profane," *Celli v. Cole*, 699 F. App'x 88, 89 (2d Cir. 2017) (summary order). Extraordinary defiance of court orders, rants, and vulgarities have been hallmarks of the barrage of frivolous lawsuits that Celli has brought over the last decade.

Celli's disruptive conduct began on June 24, 2015, when, proceeding *pro se*, he sued the DOE and various individuals in the Eastern District of New York. *Celli v. New York Dep't of Educ.*, No. 15 Civ. 3679 (BMC) (E.D.N.Y.), Dkt. 1 (June 24, 2015). In that case, the Honorable Brian M. Cogan denied Celli's motion for recusal, which was "based predominantly on a previous Order where [Judge Cogan] pointed out the deficiencies in [Celli's] complaint and told him what he had to do to fix it," *Celli v. N.Y.C. Dep't of Educ.*, 2016 WL 10567948, at *1, and then dismissed Celli's third amended complaint for failing to comply with Federal Rule of Civil Procedure 8(a)'s requirement that a complaint set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," *id.* at *2 (quoting Fed. R. Civ. P. 8(a)(2)). Instead, Judge Cogan explained, Celli's complaint was a "confused document" replete with "extensive rants, rambling allegations, and many vulgar *ad hominem* attacks against several individuals based on perceived wrongs." *Id.* at *2-3. The Second Circuit affirmed Judge Cogan's dismissal, explaining that

Celli's conduct presented "'extraordinary circumstances' . . . warranting dismissal without leave" to further amend due to his refusal to comply with Rule 8 and his "brazen and profane resistance to the District Court's instructions." *Celli v. Cole*, 699 F. App'x at 89 (quoting *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988)). The Second Circuit also affirmed Judge Cogan's denial of Celli's recusal motion as lacking any evidentiary support. *Id.* at 88. After ordering Celli to show cause why a leave-to-file sanction should not be imposed, *id.* at 89, the Second Circuit barred him from filing "any future appeal, motion, or other papers" without leave of that court. *Celli v. Cole*, No. 17-234, Dkt. 90 (2d Cir. Nov. 21, 2017).

In another action in the Eastern District of New York, Celli filed on January 3, 2018, "frivolous" counterclaims, which were dismissed *sua sponte* by the Honorable Margo K. Brodie for "lack[ing] any basis in law or fact." *Combier v. Portelos*, No. 17 Civ. 2239 (MKB), 2018 WL 4678577, at *7 (E.D.N.Y. Sept. 29, 2018). Judge Brodie also granted the motion of the plaintiff in that case to seal or redact certain of Celli's filings, explaining that "Celli's voluminous, and at times irrelevant, filings in this matter implicate the privacy interests of [the plaintiff] and her husband sufficient to warrant the Court's order to seal." *Id.* at *9 (citation omitted).

Approximately six weeks after that ruling, Celli emailed death threats to Judges Cogan and Brodie. *See United States v. Celli*, No. 19 Cr. 127 (PAE) (E.D.N.Y.), Dkt. 299-1 (sentencing transcript) at 37:1-21. After Celli pleaded guilty in the Eastern District of New York[1] to transmitting in interstate commerce threats to injure another person in violation of 18 U.S.C. § 875(c), he was sentenced on July 20, 2021, to time served and two years of supervised release. *United States v. Celli*, No. 19 Cr. 127 (PAE) (E.D.N.Y.), Dkt. 178 (July 20, 2021) ("Criminal Judgment").

---

[1] Celli's criminal case was assigned to a visiting judge, the Honorable Paul A. Engelmayer of the Southern District of New York. *United States v. Celli*, No. 19 Cr. 127 (PAE) (E.D.N.Y.), Dkt. 80.

Just months after that sentencing, Celli violated the conditions of his supervised release by contacting a judge and a prosecutor and by filing a document in the Eastern District of New York. *United States v. Celli*, No. 19 Cr. 127 (PAE) (E.D.N.Y.), Dkt. 273 (judgment revoking supervised release) at 1 (Nov. 21, 2022); *see also* Criminal Judgment at 5 (setting forth special conditions of supervised release to include precluding Celli from contacting "any judge of any court, or any judge's chambers," from "mak[ing] any phone calls or send[ing] any written correspondence . . . to any prosecutor," and from "fil[ing] any document in court unless or until counsel reviews it and certifies to him that it does not contain a threat"). On November 21, 2022, Judge Engelmayer revoked Celli's term of supervised release and sentenced him to a term of imprisonment of time-served followed by a new eighteen-month term of supervised release. *United States v. Celli*, No. 19 Cr. 127 (PAE) (E.D.N.Y.), Dkt. 273 at 2-3 (Nov. 21, 2022). On April 23, 2024, the Second Circuit summarily affirmed that sentence. *United States v. Celli*, No. 22-3138, Dkt. 120 (2d Cir. Apr. 23, 2024).

**B.      Termination of Celli's Employment and His Subsequent Lawsuits[2]**

In late 2021, following Celli's conviction in the Eastern District of New York, DOE initiated disciplinary proceedings against him pursuant to the New York statute that governs disciplinary procedures for tenured employees of DOE. *See* Arbitration Award at 1; *see also* N.Y. Educ. Law § 3020-a. DOE granted Celli's request for a hearing, and New York State Unified

---

[2] The following factual allegations are taken from the Amended Complaint, Dkt. 70 ("Am. Compl."), and documents incorporated by reference into the Amended Complaint. *See Kleinman v. Elan Corp.*, 706 F.3d 145, 152 (2d Cir. 2013); *La Vigne v. Costco Wholesale Corp.*, 284 F. Supp. 3d 496, 502 (S.D.N.Y. 2018), aff'd, 772 F. App'x 4 (2d Cir. 2019). That includes the arbitrator's award determining that the appropriate penalty for Celli's conduct was termination, Dkt. 82-2 ("Arbitration Award"). *See* Am. Compl. at 33-35, 37-40. Similarly, a court may consider "documents . . . of which plaintiffs had knowledge and relied on in bringing suit." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 153 (2d Cir. 2002) (citation modified) (emphasizing that a plaintiff's "*reliance* on the terms and effect of a document in drafting the complaint is a necessary prerequisite to the court's consideration of the document on a dismissal motion").

Teachers, the state-wide affiliate of Defendant United Federation of Teachers' ("UFT"), appointed a lawyer to represent him. Arbitration Award at 3-4. Celli terminated that representation and opted to proceed *pro se* at the arbitration hearing. *Id.* at 4. On October 19, 2023, the arbitrator sustained the disciplinary charges based on Celli's convictions for transmitting threats in violation of federal law and for driving while impaired in violation of New York law, *id.* at 12, 18, and determined that the appropriate penalty was Celli's immediate termination from his DOE job, *id.* at 20. Celli's subsequent challenge in New York state court to the arbitration award and his termination was dismissed as time-barred and meritless. *See* Dkt. 82-3 (May 9, 2024 Decision and Order of Judge Lyle E. Frank of the New York Supreme Court, New York County).

Celli also has sought relief in federal court. Since 2021, and including this lawsuit, Celli has filed at least nine unsuccessful challenges to his criminal conviction and termination of employment.[3] Throughout those cases, judges repeatedly have warned Celli to communicate with the courts and to file additional lawsuits only in the manners prescribed by law. They also have warned him that non-compliance could result in sanctions. For instance, the Honorable Thomas J. McAvoy, sitting as a visiting judge in the Eastern District of New York, dismissed Celli's claim with prejudice and warned Celli that "future filing of repetitive, vexatious and frivolous litigation may result in the imposition of an injunction prohibiting him from making future filings seeking *in forma pauperis* status without leave of the Court." *Celli v. Engelmayer*, No. 22 Civ. 4646 (TJM), 2023 WL 2666876, at *4 (E.D.N.Y. Mar. 28, 2023). Other judges have warned Celli that he may face a filing injunction if he continued to violate court orders. *See Celli v. Perez*, No. 22

---

[3] In addition to the instant case, Celli has brought: *Celli v. N.Y. Dep't of Educ.*, No. 21 Civ. 10455 (LTS) (S.D.N.Y.); *Celli v. Weingarten*, No. 21 Civ. 3359 (CRC) (D.D.C.); *Celli v. Perez*, No. 22 Civ. 2353 (CS) (S.D.N.Y.); *Celli v. Katzman*, No. 22 Civ. 2354 (CS) (S.D.N.Y.); *Celli v. Engelmayer*, No. 22 Civ. 6535 (LTS) (S.D.N.Y.); *Celli v. Engelmayer*, No. 22 Civ. 4646 (TJM) (E.D.N.Y.); *Celli v. Bondi*, No. 24 Civ. 7442 (JHR) (S.D.N.Y.); and *Celli v. Lehrburger*, No. 25 Civ. 4505 (AS) (S.D.N.Y.).

Civ. 2353 (CS), 2022 WL 922779, at *4 (S.D.N.Y. Mar. 19, 2022); *Celli v. Bondi*, No. 24 Civ. 7442 (JHR), 2025 WL 903136, at *13 (S.D.N.Y. Mar. 24, 2025).

Sure enough, after countless warnings from multiple judges, a filing injunction was issued. While this case was pending, the Honorable Arun Subramanian in a separate case enjoined Celli, pursuant to the All Writs Act, 28 U.S.C. § 1651, from filing in the Southern District of New York "future civil actions concerning his termination from the DOE or the consequences of his termination"—however characterized, including as a "separation"—"without first obtaining from the court leave to file." *Celli v. Lehrburger*, No. 25 Civ. 4505 (AS) (S.D.N.Y.), Dkt. 98 at 2 (Sept. 4, 2025) ("Bar Order").[4]

## C.    Procedural History

### 1.    The Amended Complaint and Motion to Dismiss

Celli filed his initial Complaint in this action on December 18, 2024.  Dkt. 1.  The undersigned was assigned the case on January 10, 2025, and soon after referred it to Judge Lehrburger for general pretrial supervision and to issue a report and recommendation as to any dispositive motions.  Dkt. 5.  Upon Celli's application, Judge Lehrburger granted Celli leave to amend his Complaint and reminded him "that a complaint must be a 'short and plain statement of the claim showing that the pleader is entitled to relief.'"  Dkt. 49 at 1 (quoting Fed. R. Civ. P. 8(a)(2).  Celli filed his operative Amended Complaint on March 17, 2025, naming numerous individuals and entities as Defendants, including, *inter alia*, UFT, DOE, Randi Weingarten, several federal judges, the Second Circuit Clerk of Court, President Trump, and the "DOJ (BOP/US Marshals)."  Am. Compl. at 1.

---

[4] Celli filed that frivolous action against Judge Lehrburger and others the very day that Judge Lehrburger issued his Report and Recommendation in this case.  *See Celli v. Lehrburger*, No. 25 Civ. 4505 (AS) (S.D.N.Y.), Dkt. 1 (May 27, 2025); *see also id.*, Dkt. 49 at 1 (ordering dismissal because Celli did not present "a single non-frivolous argument").

Celli's 52-page Amended Complaint is largely incoherent and unwieldy, incorporating by reference "all complaints since 2015." *Id.* at 50. As Judge Lehrburger deciphered it:

> The first page is a list of defendants, and the following page is a table of contents. The next 18 pages largely include excerpts from and comments about cases and laws, interspersed with legal argument. (*See id.* at 3-20.) The ensuing 15 pages or so largely rehash the events of Celli's DOE hearing and termination of employment. (*See id.* at 26-40.) Along the way, Celli dredges up allegations about his criminal conviction, alleging "interference" by Judge Engelmayer, Assistant United States Attorneys from the Eastern District, probation officers, and former criminal defense counsel. (*See id.* at 38-39.) Celli then alludes to alleged consequences of his employment termination, including loss of wages, discontinuation of medical insurance, denial of HIV medication, and loss of pension benefits. (*See id.* at 43-45.) He also alleges three instances of illegal detention, comprised of incomprehensible or fantastical allegations such as reference to "a UFT Officer who took part in depriving me of a bathroom key grievance," "second illegal detention with switching transcripts by [Second Circuit] Clerk Wolfe with how it relates to 200k in missing wages," and "Randi Weingarten considers Gaglione like a brother to her. Like Sen. Schumer consider [sic] Randi a sister." (*Id.* at 45-47.)

Report and Recommendation at 9. Celli lodges eleven claims against Defendants, including that they discriminated and retaliated against him in violation of federal civil rights laws, breached his employment contract, engaged in "torturous" interference, violated the duty of fair representation, violated the Administrative Procedure Act, engaged in abuse of process, violated the Racketeer Influenced and Corrupt Organizations Act, and conspired to violate his civil rights in violation of 42 U.S.C. § 1985. Am. Compl. at 49-51. He alleges also that the DOE hearing deprived him of due process. *Id.* at 48-49.

UFT is the only Defendant who has appeared. In its motion to dismiss filed on April 14, 2025, UFT argues that the Amended Complaint fails to comply with the "short and plain statement" requirement of Federal Rule of Civil Procedure 8, that *res judicata* and collateral estoppel bar Celli's claims because they were litigated in his state-court challenge to the Arbitration Award, that any claim for breach of the duty to fair representation is time-barred and unsupported by factual allegations, and that the Amended Complaint does not state any constitutional claim against UFT. Dkt. 82-4 (memorandum of law) at 12-20. When setting a

briefing schedule for this motion on February 18, 2025, Judge Lehrburger ordered that Celli

supplement any arguments opposing UFT's motion by showing cause why his claims should not

be dismissed with prejudice as to all Defendants because of Celli's

> (1) violation of [the] courts' previous orders in cases filed by [Celli] that have
> directed [Celli] not to file frivolous complaints; (2) violation of the courts' previous
> orders in cases filed by [Celli] that have directed [Celli] not to file civil complaints
> challenging his previous conviction; (3) violation of Federal Rule of Civil
> Procedure 8 requiring that a complaint be a short and plain statement of the claims
> being asserted; and (4) in light of numerous emails sent directly by [Celli] to this
> Court's chambers and to other judges of this Court and the Second Circuit Court of
> Appeals, violation of this Court's orders directing that all communications from
> [Celli] to the Court be submitted only through the Pro Se Office.

Dkt. 32 at 1-2.  While Celli filed two briefs in opposition, Dkts. 107, 114, he failed to address those

issues.

### 2.     Celli's Violation of Court Orders in This Action

Celli has serially defied court orders throughout this litigation.  On February 10, 2025, after

Celli sent "at least nine mass emails" to approximately forty recipients, including judges of this

District and the Second Circuit, Judge Lehrburger ordered Celli to cease "any further email or

other non-authorized communications to judges or personnel of the Court" and to direct

communications to the *Pro Se* Office, and warned that failure to comply with that order could

result in sanctions, including dismissal of the case.  Dkt. 23.  Notwithstanding this order, over the

next week, Celli sent numerous mass emails to judges and court personnel that consisted of "rants,

vulgarities, incoherent statements, and other gratuitous content that [was] not a non-frivolous

request for relief or response to a motion or Court request for a response from Plaintiff."  Dkt. 33

at 1.  On February 18, 2025, Judge Lehrburger again ordered Celli to cease those unauthorized

communications as they were "vexatious, disruptive, wasteful of judicial resources, and thereby

prejudicial to other Court litigants," and reiterated that failure to comply may result in sanctions,

including dismissal.  *Id.* at 1-2.  But Celli's conduct only got worse.  He expanded his recipient list

to approximately 400 people and repeatedly called chambers and left "ranting voicemail messages." Report and Recommendation at 12. Yet again, on February 28, 2025, Judge Lehrburger warned Celli that violation of judicial orders may result in sanctions, including "dismissal of the action with prejudice." Dkt. 64 at 2. But Celli kept going. *See* Report and Recommendation at 13; Dkt. 84 (April 15, 2025 Order) at 1 ("Since the most recent order and warning on February 28, 2025, Plaintiff has sent 91 [vexatious emails to judges and court staff] (filled with rants and many with profanity). In total, he has sent 147 such emails since February 6, 2025, many to an email list of over 400 addressees.").

On April 15, 2025, Judge Lehrburger warned Celli that failure to comply with his orders would result in the Court issuing an "order to show cause why the case should not be dismissed for repeated failures to comply with court orders." Dkt. 84 at 1 (emphasis removed). Judge Lehrburger also denied three motions that Celli had submitted because they were not filed in the proper forum or duplicated his Amended Complaint. *Id.* at 2; *see* Dkts. 51, 52, 53. Two days later, Judge Lehrburger denied yet another "frivolous and vexatious" motion filed by Celli. Dkt. 86; *see* Dkt. 85 (motion titled, "MOTION TO COMPEL FINANCIAL DISCLOSURE AND REQUEST FORENSIC AUDIT BASED ON JUDICIAL MISCONDUCT AND POLITICAL INFLUENCE IN EMPLOYMENT MATTERS"). And in the mere five days after Judge Lehrburger's April 15, 2025 Order, Celli sent twenty-nine more ranting and profane emails "to the same or similar list of roughly 400 email addresses." Report and Recommendation at 14.

Following through on his warning, on April 21, 2025, Judge Lehrburger ordered Celli to show cause "why this case should not be dismissed due to Plaintiff's repeated failure to comply with Court orders." Dkt. 87 at 2. But even after being ordered to show cause, Celli continued to violate court orders by "continu[ing] to send mass emails," and "Celli's filing of frivolous and vexatious motions continued and even accelerated following issuance of the order to show cause."

9

Report and Recommendation at 14-15.  After denying Celli's subsequent motion to strike the order to show cause, Dkt. 94 at 2; *see* Dkt. 92, Judge Lehrburger held a hearing on May 13, 2025, *see* Minute Entry dated May 13, 2025, and concluded that Celli "had no good excuse for his violation of the Court's orders or his haranguing emails," Report and Recommendation at 16.  Yet still, following the hearing, Celli "continued to send ranting and incoherent mass emails and file frivolous and vexatious motions and letters, almost daily." *Id.*

All told, over the course of this litigation Celli has filed hundreds of frivolous motions and sent approximately one thousand emails to hundreds of recipients, most of whom have no involvement in this case.  Judge Lehrburger counted, as of May 27, 2025, over 320 spam emails sent by Celli, "135 of which came after Celli had been ordered to show cause why his case should not be dismissed for repeated violations of court orders." *Id.* at 15.  Since then, Celli has sent hundreds more emails and filed approximately two hundred more motions and letters. *See* Dkts. 174-194, 196-213, 215-226, 228-236, 238-256, 258-260, 262-266, 268-287, 290-298, 300-380.

### 3.    Report and Recommendation and Order to Show Cause

Judge Lehrburger issued a Report and Recommendation on May 27, 2025.  Dkt. 157.  He recommended granting UFT's motion and *sua sponte* dismissing the Amended Complaint with prejudice as to all Defendants, *id.* at 38, on five grounds: (1) the Amended Complaint fails to comply with Rule 8, *id.* at 19-21; (2) Celli repeatedly refused to comply with court orders, warranting dismissal under Rule 41(b), *id.* at 21-25; (3) *res judicata* and collateral estoppel bar Celli's claims challenging his termination, *id.* at 26-29; (4) Celli fails to plausibly plead factual allegations that UFT breached its duty of fair representation, and even if he did, that claim is time-barred, *id.* at 29-31; and (5) for purposes of his constitutional claims, Celli fails to plausibly allege facts showing that UFT is a state actor, that he was deprived of due process or any other constitutional right, or that he was the victim of obstruction of justice or invidious discrimination,

*id.* at 31-34.  Judge Lehrburger also recommended that the undersigned order Celli to show cause why a filing injunction should not issue.  *Id.* at 38.

 This Court issued that order to show cause the next day, May 28, 2025.  Dkt. 158 at 2.  In that order, the Court also directed that "[t]he parties may file one document each containing any objections to Judge Lehrburger's Report and Recommendation," that any such document "must be clearly titled 'Objections to Report and Recommendation,'" and that the "document must comply with the formatting and page limitations set forth in Local Civil Rule 7.1."  *Id.* at 1.  After receiving an extension to respond to that order and to object to the Report and Recommendation, Dkt. 195 at 2,[5] Celli filed both submissions with the *Pro Se* Office on June 25, 2025, Dkts. 257, 261.  Celli objected to Judge Lehrburger's Report and Recommendation in a 266-page submission that "plainly [did] not comply with the page limitation set by the Court in its May 28, 2025 Order."  Dkt. 267 at 1.  The Court ordered Celli to refile his objections and warned Celli that filing frivolous submissions while his objections were under consideration may result in sanctions.  *Id.* at 1-2.  Celli refiled his objections on July 5, 2025.  Dkt. 288.

## II. Legal Standard

 A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge" in a report and recommendation.  28 U.S.C. § 636(b)(1)(C).  Within fourteen days after a party has been served with a copy of a magistrate

---

[5] In granting that extension, the Court also denied Celli's motion for the undersigned's removal and/or disqualification because Celli "has not set forth any facts that would cause a reasonable person to find that the undersigned's 'impartiality might reasonably be questioned,' 28 U.S.C. § 455(a), or that raise a legitimate question of whether the undersigned has personal bias, prejudice, or an interest in the action, *id.* § 455(b)."  Dkt. 195 at 1-2.  The Court also warned Celli that "abusing the Court's official processes with baseless filings may result in sanctions."  *Id.* at 2.  In a subsequent order issued on June 9, 2025, the Court again denied Celli's multiple motions seeking the undersigned's recusal and/or disqualification under 28 U.S.C. § 144, Dkts. 178, 196-199, 206-207.  *Celli v. New York City*, No. 24 Civ. 9743 (JPC), 2025 WL 1908386, at *1 (S.D.N.Y. June 9, 2025).

judge's report and recommendation, the party "may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). If a party submits a timely and otherwise proper objection to any part of the magistrate judge's recommended disposition, the district court will conduct a *de novo* review of the contested section. Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juv.*, 121 F.3d 34, 38 (2d Cir. 1997). If no objections are made, the district court reviews a report and recommendation for clear error. *See, e.g.*, *Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Similarly, the district court reviews those portions of a report and recommendation to which an improper objection was filed only for clear error. *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008). "The objections of *pro se* parties are 'generally accorded leniency and should be construed to raise the strongest arguments that they suggest.'" *Machicote v. Ercole*, No. 06 Civ. 13320 (DAB) (JCF), 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) (quoting *Howell v. Port Chester Police Station*, No. 09 Civ. 1651 (CS) (LMS), 2010 WL 930981, at *1 (S.D.N.Y. Mar. 15, 2010)).

Finally, "a Magistrate Judge's Report and Recommendation recommending that a claim be dismissed constitutes the requisite notice and opportunity to be heard to allow a district court to dismiss a claim *sua sponte*." *Bocci v. Nationstar Mortg. LLC*, No. 23 Civ. 1780 (JPC) (KHP), 2025 WL 2754479, at *5 (S.D.N.Y. Sept. 29, 2025) (citation modified); *accord E.A. Sween Co. v. A&M Deli Express, Inc.*, 787 F. App'x 780, 782 (2d Cir. 2019) (summary order); *Newman v. Park*, No. 24 Civ. 6829 (JPC) (JW), 2025 WL 2350259, at *1 (S.D.N.Y. Aug. 14, 2025); *Avila v. Acacia Network, Inc.*, No. 23 Civ. 7834 (PAE), 2025 WL 2233987, at *3 n.2 (S.D.N.Y. Aug. 6, 2025).

### III. Discussion

**A.     Dismissal is Proper Due to Celli's Failure to Comply with Court Orders**

Celli did not object to Judge Lehrburger's conclusion that Celli's "repeated failure to comply with court orders" warrants dismissal. *See generally* Dkt. 288. Notwithstanding that he

thereby waived the right to object to that portion of the Report and Recommendation, *see Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992), the Court has reviewed that dispositive recommendation *de novo* and finds it to be well reasoned and its conclusions well founded.

"Rule 41(b) of the Federal Rules of Civil Procedure authorizes the district court to dismiss an action when a plaintiff fails to comply with any order of the court." *Lucas v. Miles*, 84 F.3d 532, 534-35 (2d Cir. 1996) (internal quotation marks omitted). Given that dismissal is a "harsh remedy . . . appropriate only in extreme situations," *id.* at 535, courts analyze five factors that "significantly cabin a district court's discretion under Rule 41(b)." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). They are:

> (1) the duration of the plaintiff's failure to comply with the court order, (2) whether [the] plaintiff was on notice that failure to comply would result in dismissal, (3) whether the defendants are likely to be prejudiced by further delay in the proceedings, (4) a balancing of the court's interest in managing its docket with the plaintiff's interest in receiving a fair chance to be heard, and (5) [consideration of] . . . a sanction less drastic than dismissal.

*Lucas*, 84 F.3d at 535. Notwithstanding the "special leniency" *pro se* litigants enjoy when it comes to procedural deficiencies, *LeSane*, 239 F.3d at 209, they nevertheless must comply with court orders. *McDonald v. Head Crim. Ct. Supervisor Officer*, 850 F.2d 121, 124 (2d Cir. 1988). "When they flout that obligation they, like all litigants, must suffer the consequences of their actions." *Id.*

All five factors weigh in favor of dismissal. First, as detailed at *supra* I.C.2, Celli's repeated violations of court orders in this case began in February 2025 and have continued throughout this litigation. Second, Celli has been on notice since February 10, 2025, that failure to comply could result in dismissal of his case. Dkt. 23. Judge Lehrburger warned Celli of that possibility at least seven times. Dkts. 23 (February 10, 2025), 32 (February 18, 2025), 33 (February 18, 2025), 50 (February 25, 2025), 64 (February 28, 2025), 84 (April 15, 2025), 87 (April 21, 2025). This included multiple warnings that dismissal *with prejudice* may result. Dkts. 32 (February 18, 2025), 50 (February 25, 2025), 64 (February 28, 2025). Far from heeding those

13

warnings, Celli's defiance only increased in severity. Third, prolonging this action in the face of Celli's non-compliance would further prejudice UFT (the only Defendant that has appeared) after it likely has already dedicated substantial resources in striving to monitor the docket and make sense of Celli's voluminous, incoherent, and defiant filings in this and other actions. *See Celli v. Katzman*, No. 22 Civ. 2354 (CS) (S.D.N.Y.), Dkt. 1 (calling UFT "Cash Cow Milking Leeches" in the complaint's caption); *Celli v. Trump*, No. 25 Civ. 2031 (JPC) (S.D.N.Y.).

Fourth, Celli's vexatious, rambling filings and email barrages have consumed intolerable amounts of judicial resources and time. The Court has a substantial interest in ending this congestion for the benefit of litigants who comply with court orders. For his part, Celli's interest in being heard is significantly diminished by the fact that he has brought similar challenges to his federal criminal conviction and the termination of his employment in other courts, all of which were dismissed. The overwhelming majority of his filings have been vexatious outbursts, not arguments. If these actions do not create the "extreme . . . court congestion" that justifies "subrogat[ing]" a "litigant's right to be heard . . . to the convenience of the court," *Lucas*, 84 F.3d at 535-36, then it is hard to imagine what conduct would. Fifth, a less drastic sanction than dismissal with prejudice would be futile. Monetary sanctions are unsuitable given Celli's likely inability to pay a meaningful monetary sanction and thus its doubtful impact on his behavior; though Celli paid the filing fee in this case, he has proceeded *in forma pauperis* in multiple other actions. Further warnings would be wholly ineffective given that Celli has continued his onslaught of emails and vexatious filings in the face of countless past admonitions. As Judge Lehrburger recognized, dismissal without prejudice would also be futile because it would merely provide Celli with the opportunity to file yet another vexatious, frivolous complaint relitigating the very same issues brought in this case. Report and Recommendation at 24.

Upon *de novo* review, the factors weigh heavily in favor of dismissal with prejudice for

14

Celli's repeated failure to comply with court orders pursuant to Rule 41(b).  Accordingly, the Court adopts Judge Lehrburger's recommendation to dismiss this action with prejudice on that basis and need not reach the other dismissal grounds that he provides.

**B.      Filing Injunction**

The courts have a duty to enjoin vexatious litigants from abusing the judicial process.  UFT requested a nationwide injunction barring Celli from filing any action against it without leave of court.  *See* Report and Recommendation at 34 (discussing UFT's request at the May 13, 2025 hearing).  In his Report and Recommendation, Judge Lehrburger recommended that this Court impose a filing injunction limited to this District and the Eastern District of New York.  *Id.* at 37. As noted above, however, since that recommendation, on September 4, 2025, Judge Subramanian issued the Bar Order in another case, which enjoins Celli "from filing future civil actions concerning his termination from the DOE or the consequences of his termination without first obtaining from the court leave to file."  *Celli v. Lehrburger*, No. 25 Civ. 4505 (AS) (S.D.N.Y.), Dkt. 98 at 2 (Sept. 4, 2025).  Considering the recent issuance of that filing injunction and the limited opportunity to see if it has effectively curtailed Celli's abusive litigation practices, the Court in its discretion declines to issue a further filing injunction against Celli in this action.

**IV.  Conclusion**

For the reasons stated above, the Court adopts the Report and Recommendation to the extent it recommends dismissal with prejudice pursuant to Rule 41(b) on account of Celli's repeated failure to comply with court orders.  Given that dispositive conclusion, the Court does not reach the other grounds for dismissal identified by Judge Lehrburger in his thorough and well-reasoned Report and Recommendation.  In addition, given Judge Subramanian's issuance of the Bar Order, enjoining Celli from filing future civil actions concerning his termination from DOE without leave of Court, this Court declines to impose a further filing injunction.  UFT's motion to

dismiss therefore is granted and Celli's claims against all Defendants in this case are dismissed with prejudice.  The Clerk of Court is respectfully directed to enter final judgment in favor of Defendants and to close this case.

     SO ORDERED.

Dated: December 29, 2025
     New York, New York

                                  JOHN P. CRONAN
                          United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LUCIO CELLI,

                Plaintiff,                          24 **CIVIL** 9743 (JPC)(RWL)

        -against-                                     <u>**JUDGMENT**</u>

NEW YORK CITY, et al.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 29, 2025, the Court has adopted the Report and

Recommendation to the extent it recommends dismissal with prejudice pursuant to Rule 41(b) on

account of Celli's repeated failure to comply with court orders. Given that dispositive

conclusion, the Court does not reach the other grounds for dismissal identified by Judge

Lehrburger in his thorough and well-reasoned Report and Recommendation. In addition, given

Judge Subramanian's issuance of the Bar Order, enjoining Celli from filing future civil actions

concerning his termination from DOE without leave of Court, this Court has declined to impose

a further filing injunction. UFT's motion to dismiss therefore is granted and Celli's claims

against all Defendants in this case are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          December 30, 2025

                                       **TAMMI M. HELLWIG**
                               _____
                                     **Clerk of Court**

        **BY:**               K. mango

                                  _____
                                     **Deputy Clerk**